UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA

          -v-

SCOTT IANGINI.

                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL
PROCEEDING

S2 20 CR 162 (JPO)

      I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

      1)      I have received and reviewed a copy of the indictment.
      2)      I do not need the judge to read the indictment aloud to me.
      3)      I plead not guilty to the charges against me in the indictment.

      I further understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on

account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings, even though I will not be there myself.

Date: _____   [signature]
Signature of Defendant

_____
Print Name

I hereby affirm that I am aware of my obligation\[s\] to discuss with my client the charges contained in this indictment, my client's rights, the attorney\[s\] and participate in the criminal proceedings encompassed by this waiver, and that I waive counsel, I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date: _____   [signature]
Signature of Defense Counsel

William Harrington
Print Name

Accepted: [signature]
Hon. J. Paul Oetken
Date: N/V.

2