March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

CONSENT TO PROCEED BY PHONE ~~VIDEOCONFERENCE~~ *JPO*

1:20-CR-00162 (2) (JPO)

                Defendant(s).
-------------------------------------------------------------X

Defendant __Scott Mangini__ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~ phone *JPO*:

___ Initial Appearance/Appointment of Counsel

_✓_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_✓_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Scott Mangini
Print Defendant's Name

_____
Defense Counsel's Signature

William Harrington
Print Defense Counsel's Name

This proceeding was conducted by reliable ~~videoconferencing~~ phone *JPO* technology.

Nov. 13, 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge