

William J. Harrington
+1 212 459 7140
WHarrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

December 11, 2020

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     United States v. Scott Mangini, 20 Cr. 162 (JPO)

Dear Judge Oetken:

I represent Scott Mangini in this matter.  Today, I filed pretrial motions for Mr. Mangini related to suppression issues. I write to request a ten-day adjournment for a potential motion for a bill of particulars. The purpose of the adjournment is to allow continued review of a sizable production of materials produced on December 2, 2020 and to allow for discussions among the parties about the necessity of such a motion.

If the Court grants my request, the adjusted deadlines would be: defense motion for a bill of particulars is due on December 21, 2020; the Government's response to such a motion is due on January 21, 2021; and any defense reply is due on February 4, 2021.

I have spoken to AUSA Andrew Adams and Sarah Mortazavi and they have no objection to my request.

Respectfully submitted,

/s/ William J. Harrington

William J. Harrington

Cc:     Mr. Jeff Marcus, Esq.
        AUSA Andrew Adams, Esq.
        AUSA Sarah Mortazavi, Esq.

> Granted.
> So ordered.
>    December 15, 2020

J. PAUL OETKEN
United States District Judge