

William J. Harrington  
+1 212 459 7140  
WHarrington@goodwinlaw.com

Goodwin Procter LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY  10018

goodwinlaw.com  
+1 212 813 8800

May 14, 2021

The Honorable J. Paul Oetken  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re:     United States v. Scott Mangini, 20 Cr. 162 (JPO)

Dear Judge Oetken:

I represent Scott Mangini in this matter.

I write to request permission for Mr. Mangini to travel to the state of North Carolina from June 3, 2021 to June 10, 2021 so that he may attend his daughter's wedding. Currently, Mr. Mangini's bail terms restrict his travel to the Southern District of New York, the Eastern District of New York, Middle District of Florida, and transit points in between.

The Government has told me that they do not object to this request.

Respectfully submitted,

/s/ William J. Harrington

William J. Harrington

Cc:    Mr. Jeff Marcus, Esq.  
       AUSA Anden Chow, Esq.  
       AUSA Sarah Mortazavi, Esq.

Granted.  
So ordered.  
  May 14, 2021

J. PAUL OETKEN  
United States District Judge