# Exhibit A

Your Honor,

I'm thankful to have the chance to write to you and explain how I got to the point of where we are today. I have spent a lot of time thinking about my choices and stand before you humbled and filled with remorse.

Growing up in New Jersey, I was a very active child whose parents taught me the value of education, hard work, and commitment. My family lived in a small, two-bedroom apartment where my sister and I shared one bedroom with a divider between us.

My Dad was a tool and die maker who worked six days a week and my Mom worked nights just to keep us afloat. They worked very hard to make sure that my sister and I would have a future and go to college because no one in our family had gone to college before.

Throughout high school I excelled in basketball and academics. I was captain of our high school basketball team and finished second in my class.

I grew up five minutes from The Meadowlands racetrack and after going there one night with my Uncle, I immediately fell in love with horses and horse racing. I always loved animals (had dogs my entire life growing up) and the idea of being around horses and the excitement of the sport really intrigued me.

At the same time, I made a commitment to myself to go to college and pursue a pharmacy degree because I loved the idea of helping people. A pharmacy degree is a 5-year course of study. While in college, I met my first wife and within one year after graduation, we were married. From there, we moved to Florida, and I was in heaven. I was able to work as a pharmacist plus pursue my love of horses. I started training racehorses in my spare time.

I then took a job in the Florida Keys as a Hospital Assistant Director for Lower Keys Medical Center and my wife took a director job at another hospital. It was the early 90's and AIDS was running rampant in the community. Key West was in dire need of qualified pharmacists and medical personnel. It was extremely meaningful work for me and my wife.

During this period, I also had a devastating experience training my first baby horse and the experience shaped my career. My filly developed EPM (Equine Protozoal Myeloencephalitis), a crippling parasitic disease that attacks the central nervous system. We tried everything medically possible, but the disease proved fatal. I then made a commitment to study this disease and help develop better treatments for it.

I did extensive research on the subject along with other ailments that racehorses experience where care and treatment were still primitive. Developing better treatments became a passion.

After my wife completed her PharmD degree specializing in oncology, we decided to move back to New Jersey to be closer to family while we raised our daughters. I went to work at Medco and my wife went to work at Glaxo Smith Kline. I also trained and owned horses in Goshen, NY. After a couple of years in New Jersey, we decided to move back to Florida. I took a job as a pharmacist which turned into a promotion to pharmacy manager.

As the years passed, I became an expert at reading blood reports. Most people believe that all you need to look at reading blood reports is to see whether levels are high or low and that's all you need to know. That's not true. Blood reports are like a puzzle. Beyond reading what is high and low, you need to see

what is nearly high or low and also tie combinations of readings together to come up with certain findings and also rule out other possibilities.

Performance horses become drained after strenuous work such as racing. They develop various deficiencies, such as low red blood counts, which need to be addressed with iron and other mineral supplements. Since racehorses are athletes, their blood levels need to be on the higher side of normal to help carry oxygen through their bloodstream. If the red count level is supposed to be between 7.0 and 12.0, a racehorse's level should be in the 10-12 range. 7.0 is a safety level for a pleasure horse or a pet. If the level goes above 12.0, the blood will become sludgy and have an adverse effect on the horse. This is why blood reports are important and why blood building vitamins and minerals are important in the everyday treatment of horses. This is just one very simple example of why understanding blood reports is important for the training and welfare of the animal.

Another important reason to read blood reports is to help understand if a sick horse has a bacterial or viral infection. Treatment is shaped based on those readings. If a horse "ties up" (called azotoria - where lactic acid buildup causes the horse to stiffen up and cause muscle damage), a blood report read correctly could actually tell the trainer how and why it happened. There are times when a horse stiffens up so bad that they cannot move one step. If they are forced to take a step, it will create immediate muscle damage. The horse then would need an immediate injection of acepromazine and flunixin. If a trainer is stabled on a farm and there is no veterinarian around, this could actually become a life-threatening issue.

While I was stabled at the South Florida Training Center, I became close friends with the farm manager, Terry Tucker. We always discussed horse health, breeding, farm management issues and more. He was a great guy who tragically died from pancreatic cancer. I was devastated. Since the owner of the farm knew that I was close with Terry and knew about my background, he asked me if I would take over as farm manager and I said yes. I was happy in the fact that he had the confidence in me to take on such a big job, so I made a commitment not to disappoint him.

This period became a crossroad in my life. I took on this big job, so I had to give up pharmacy. The farm manager job was seven days a week plus I had my horses to train. I l had a staff to work with at the farm plus a staff to work with at my barn and dozens of owners and trainers to deal with on a daily basis. There were a lot of personalities to deal with and everyone wanted a piece of me.

Also at this time, my marriage became really strained and eventually we amicably divorced.

During this very challenging period, Scott Robinson walked into my life. I met him through one of the trainers that I knew. We got to hanging out together and he told me about a website that he had and that he was selling horse supplements. I really didn't take much interest in what he was doing because I had so many things going on in my life. After a while he came to me and said that he had lost his supplier for omeprazole paste and asked me if I could copy the formula and make a quality ulcer paste. I told him that I could. The paste (Ulcerguard) at that time was an over-the-counter product (and no prescription was needed). It could be bought in any tack shop. I was willing to work with him, but I had one condition. I didn't know much about his website, especially where his products were coming from, so I told him that this would need to be a separate company and that's how Horse Gold began. I knew that I could make a product that would make a difference in the lives of the horses. Ulcers are a major problem for racehorses. I also knew I could make a paste for a lot less than the commercial pastes on the market and that every day, regular people who owned or trained horses would be able to now afford the treatment.

After two years of working with Robinson in Horse Gold (which was the end of 2012), I decided to move on from Horse Gold because Robinson was extremely hard to deal with as a working partner, plus the sales team also had friction with him. I got Robinson to buy me out in 2013 for the sum of $90,000. After our split, two of his former sales reps came to me and asked me if I was interested in building a compounding pharmacy. I thought it was a great idea and with investors such as veterinarians along with others in the sport, I devoted my time to building the pharmacy. After one year of planning, the pharmacy opened in 2014. It was a state-of-the-art pharmacy where the Medprep inspectors actually said that the sterile room was the best designed sterile room that they had seen in Florida.

The pharmacy struggled at the beginning. In fact, the first year I could not even take a salary. Between the divorce, no income from Horse Gold and having to give up my job as the farm manager, I was really being squeezed financially. I also had to employ a pharmacy manager and money was really tight. As it happened, Scott Robinson reached back out to me. The pharmacy he had been using in Texas to create his products had been closed down. Robinson was in a panic and implored me to make some of his products. Initially I hesitated, but I needed the money. I also knew that the products would be made the right way so that horses would be treated safely.

After I started making products for Robinson, one of his partners became involved in another website and I started making products for that website too. In 2016, Robinson sold his site and for a few months I made some products for the new owners. I then got involved with a second retail website against my better judgment. I told myself we were operating in a “gray area” but there is no such thing.

Your honor, I am extremely sorry for breaking the law. My passion in life has been to always help people and animals and hopefully I have explained that to you. I tried to justify my need to earn income based on my financial situation at the time along with using the excuse that I was simply helping horses, trainers, and owners. These laws are made for a reason and there is no excuse to break the law no matter what you believe or tell yourself.

I am especially sorry for how I have disappointed my family, especially my adult daughters. No matter how upset they were with me about the divorce, they still looked up to me as a credible and decent man. Now they will look at me as a convicted felon. And I am so proud of them. Last year, my oldest daughter received her master’s degree at Harvard and gave me my first grandchild this year. My second daughter just graduated from George Washington Medical School and was married this month. My youngest is now in nursing school.

I also have a young stepson, with my second wife, Darly. Life has been hard for him. His father was murdered when he was a young boy. As an immigrant from Central America, my stepson also initially struggled both with school and with the adjustment to life in the U.S. Every night I sit with him and help him with school and homework and English. He has really started to improve and last year won several academic awards in 5th grade. We are very close now and I consider him my son. I pray to God every night that I won’t have to go to prison and be yet another Dad that leaves him. More than anything, I worry about how my incarceration will impact him – after all the progress he has made the past few years.

I also worry about leaving my wife. Her English is limited, and she depends on me heavily to help with basic day-to-day living and to handle all financial and life planning responsibilities.

Your honor, this experience has taught me an incredible lesson. I lost my pharmacy license by breaking my pharmacy oath. I lost my racing license where I can never work around racehorses again. And I've lost the amazing credibility that I once had with the entire community. There is absolutely nothing worth breaking the law no matter how you may spin it in your mind. I can guarantee you that I will never break the law again. I am at your mercy.

Respectfully,

Scott J Mangini

Scott Mangini