# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SCOTT MANGINI,<br><br>Defendant. | CASE NO. 20-CR-162-2 (JPO) |

**DEFENDANT SCOTT MANGINI'S SENTENCING LETTERS**

**TABLE OF CONTENTS**

Letter from Marlene and James Mangini .................................................... 1
Letter from Casey Mangini ............................................................... 2
Letter from Katerina Mangini ............................................................ 3
Letter from Darly Mangini ............................................................... 5
Letter from J.A.[1] ........................................................................ 7
Letter from Gianni Fazio ................................................................. 8
Letter from John Fazio .................................................................. 9
Letter from Kane McDermott ............................................................ 11
Letter from John McDermott ............................................................. 12
Letter from Valeri Gonzalez ............................................................ 14
Letter from Theresa Garofalo ........................................................... 15
Letter from Ron Pope ..................................................................... 17
Letter from Dino Buenaventura ......................................................... 18
Letter from Ammi Leon .................................................................... 19
Letter from Berta Soto ..................................................................... 20
Letter from John McDermott, Sr. ........................................................ 21

[1] Minor child's name redacted.

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

To: Judge Paul Oetken

We have known Scott all his life, he is our son. He was a sportsman and a good student in his community.

He is very efficient, competent and oriented. Scott is very professional, organized and maticulous it whatever he does.

He is always there to help mom and dad first hand if we need help with any problems that come up. At at our age it is relaxing to have him here to fall back on.

We are aware of the charges of our son. And know Scott is fully aware of his mistakes and is acknowledging to change for his wrong doings.

Thank you for taking this into consideration.

Marlene and James Mangini

Casey Mangini
[redacted]
Wellington, FL [redacted]

15 August 2021

Honorable Judge Paul Oetken
U.S. District Court
Southern District of New York

Your Honor,

My father Scott Mangini asked me to write this letter on his behalf. I am the youngest of his three daughters and I am currently completing the last semester of my Bachelor's in Nursing Degree at [redacted] University. I would like to take this opportunity to share some of the memories that come to mind about my father. I have always had a great love for horses which I attribute to spending time at the farm with my father. I remember the many days of being on the farm with my dad, he taught me how to care for horses and to always respect them. Later in my adolescent and teenage years, I continued riding lessons and began jumping competitively. My father always made it a point to ensure that I knew how capable and intelligent horses really are and how to always do right by them no matter the circumstances.

When I got my second horse, Rush, it was no surprise that I fell in love with him. My appreciation for the sport continued to grow, and it was my father that encouraged me to pursue my dreams. My father would always come out to check on him since he was an older Off the Track Thoroughbred and he demonstrated how important it was for me to care for Rush. He would always give me recommendations and little tricks to care for Rush from ensuring that I ice or poultice his legs after jumping to different nutritional tips for his health. He would always tell me how lucky I am to have found such a good horse, because even though Rush was out of his prime, he still jumped like he was a younger horse and my father was able to recognize his special ability. Every word or lesson he taught me, I held on to. My father taught me compassion and patience. He taught me to love all animals.

I appreciate the opportunity to share some of the fond memories that I have of my father. He has played an important and influential role in my life. While I don't understand everything that has happened, I know that this situation has taken a staggering toll on him. I truly believe that he has learned from his mistakes.

Yours sincerely,

Casey Mangini

Katerina Mangini
[redacted]
Wellington, FL [redacted]

9 August 2021

Honorable Judge Paul Oetken
U.S. District Court
Southern District of New York

Re: Character Reference Letter for Scott Mangini

To the Honorable Judge Paul Oetken,

I am writing this letter in support of my father, Scott Mangini. My father has always been an important person in my life and he has supported me in a number of ways. My sincere hope is that this letter will give you a more nuanced understanding of my father—and insight into the person that I have known him to be throughout my entire life.

As a child, he taught me to value education and pursue my studies. He taught me to be determined, quick witted, hardworking, and a creative "out-of-the-box" thinker. These values instilled have ultimately empowered me to complete two Master's degrees. Most recently I have graduated from Harvard Divinity School. I can attribute my success to the way that both of my parents raised me. When I was seven years old, my father promised that I could get a cat, my first pet, but only if I obtained straight A's on my report card. When I did in fact achieve my goal, he kept his word and "Candy," a beautiful black and white kitten, the runt of the litter, came home with us soon after. That was not the last time that our family would adopt a rescue. I fondly remember that my father brought home a stray kitten a few years later that he had found outside during Hurricane Frances. He was striped orange and white, so we named him "Creamsicle." As a child, these small acts of kindness taught me compassion and I vividly remember his love for animals.

When I came to my father about the possibility of sponsoring my husband toward his legal path to citizenship, he did not hesitate. I realized at the time that this was a big request, but he agreed to be his sponsor anyway, and he carried out his promise. This ultimately enabled us to focus on our education and other aspects of life. My husband graduated from his PhD program, while I

transitioned into my second Master's degree program without having to worry about my husband's immigration status. My father's support was invaluable during this process and he demonstrated his commitment to his family. My husband and I have been married for five years and we have recently welcomed our daughter into the world. She is six months old now and I saw my father's face light up when he met her for the very first time. I have no doubt that he loves his three children, and his granddaughter.

I am aware of the charges and the fact that he has pleaded guilty, in doing so he has accepted responsibility for his actions. He has made mistakes in his life, but I am confident that he has learned a great deal from this situation. I believe that my father is ready to move forward from this in a way that is positive and I believe that he will come out of this better on the other side. I greatly appreciate the court's consideration of this letter during his sentencing.

Sincerely,

Katerina Mangini

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Dear Judge Oetken,

I am writing to you on behalf of my husband Scott Mangini. I met my husband my husband almost five years ago when he was visiting Costa Rica. He saw me and offered to buy me a drink. We talked for hours and had a connection right there. We spent a few days together having a wonderful time. I thought he was too good to be true so when he went back home to Florida I thought it was over because I thought I was just a girl he met on vacation. When he got home, he started to call me. We talked every day. He even came back just to visit me. He didn't like the poor conditions that I was living in with my son so he bought us an air conditioner and an oven which I never had and began sending me money to buy groceries. He even took me to see my mom and dad who lived in two different cities in Colombia because I did not see them in years. My mom is doing ok but my dad lives in very poor conditions and he also bought him an air conditioner and sending him $300 a month which he still does today.

It took one year before I really started to believe that he was for real and was in love with me. That's when I introduced him to my son. My son has had a traumatic life. My first husband who was his dad was murdered when he was three years old. I did not want to introduce a new man who could be a father figure in his life until I knew it was real. My son J[redacted] was bilingual because his dad was from California and the first words he learned were from him. My English is a little poor, but I made sure J[redacted] learned English in school. When we decided to get married it was a big move for me and J[redacted]. We were moving to a country where we didn't know anyone and also had a language barrier for me. I was leaving my

two sisters and nieces and J[redacted] was leaving family and all his friends so we were very afraid but I knew Scott would take care of us with his love.

We were married on December 22, 2018. Scott does EVERYTHING for us. I do not know how I will survive without him. J[redacted] and I love love him so much and need him. I am very afraid sir.

Darly

[redacted]

[redacted]

[redacted]

Dear Judge Oetken,

I am J[redacted]. I am Scott Mangini's step son. I just started sixth grade last week at a great school in Boca Raton, Florida. When my mom told me that she was going to marry Scott and we were going to move to the United States I was scared. I did not know anyone but Scott. When I started school in the United States I did very poorly. Scott would sit with me every night to teach me what I did not understand. He did not just do homework with me. He made sure I learned. He gave me the confidence to do better. When I graduated from fifth grade I received awards for my grades and it is all because of Scott. I also am doing well in sports playing soccer and doing taekwondo and I am also just starting to learn the clarinet. Scott even taught me how to ice skate. I never ice skated in my life and now I am good at it. He has been a father to me and my inspiration on what a man should be for his family. I know he loves me and my mom so much. Thank you.

J[redacted] A[redacted]

**From:** Gianni Fazio

[redacted]

Port Washington, NY [redacted]

August 14, 2021

**To:** The Honorable Judge Paul Oetken

United States District Court Judge for the Southern District of New York

**Dear Judge Oetken,**

I am writing this letter to refer to the character of my uncle, Scott Mangini. I have known my uncle Scott since the day I was born, roughly 25 years. I hope this letter offers a glimpse of Scott's life and character beyond that of the court room.

I have always perceived my uncle as a gentle goofy giant. He is quite large, standing at 6'3" and weighing over 275lbs. Despite his stature, he could never hurt a fly. He is the type deescalate tension before potential conflict may arise. There have been countless times when my mother, Scott's sisters, enters into petty arguments with their parents. When things begin to heat up and voices are raised, Scott seamlessly enters the picture and knows just what to say, usually by cracking a joke, to deescalate the family fuse. He is very mindful and understanding of those around him, which enables him to enlighten any environment he enters. His easy going, calm temperament makes him a kind and responsible person.

My uncles moderate, old-school values leave a lasting impact on me. Whether it be concerning potential relationships, investing decisions, or career advice, he offers intelligent, levelheaded principles to follow. For example, he has always advised me not to stress out when my investment portfolio isn't doing too hot. He assures me that being a consistent investor who invests over time is much better than being an emotional trader attempting to time the volatility of the stock market. His many years of life experience, through trial and error, have rubbed off on be for the better.

I truly believe that Scott embodies a strong moral compass. I sense a strong feeling of remorse and atonement whenever we discuss his guilty plea. He acknowledges his wrong doings and is sorry for what he has done.

Scott has always been a generous, reliable, and trustworthy uncle. I hope that this letter serves as a good representation of his strong moral character. Please let me know if I can be of further help.

Sincerely,

Gianni Fazio

**John A. Fazio**

[redacted]

**Port Washington, NY** [redacted]

[redacted]

[redacted]

**August 16, 2021**

Re: Scott Mangini

To : The Honorable Judge Paul Oetken

I'm having trouble finding words to describe the person you know as Scott Mangini. It's troubling for me to accept the circumstances which Scott has had to deal with over the last few years. The person who has been in and out of court and accused of a crime is not the Scott I know. I met Scott over 30 years ago. I was dating his younger sister Michele in New Jersey while Scott was living in Florida. He was already a pharmacist and was studying for his doctorate degree in pharmacy. As you can imagine as a younger man who was dating his little sister, I was a little nervous to meet him. He was described to me by his family as a guy who was very sensitive. He only had a small group of friends and did not talk very much. He is very smart, a great athlete ,and above all a great pharmacist. I was told he loved his family and had a great passion for animals. He loved all animals, but he had a great respect and passion for horses. I thought God how great is this guy?

When the time finally came for me to meet him, I must say I was planning to be a little intimidated. I thought this guy would never accept me for his sister's boyfriend. He would probably not give me the time of day. Well, was I wrong? Scott accepted me as friend from the minute I met him. We hit it off right from the start. We discussed his admiration for animals and horses. He even brought to the farm where he would take care of and train horses. I told him I was a hunter and hunted animals for sport and he laughed. He said he could never hurt an animal or any living creature.

Scott has a love for animals and when he speaks of horses, he faces lights up. He is simple guy. He loves good food and good wine. He enjoys to reminisce about the old days he spent growing up with his family in the apartments, (the first home they grew up in). He never cares about money or possessions like others in our generation. He only needs practical items, like his old pickup truck. He is an all-around great guy. He is respected by his coworkers, his family and his friends. He is content working as pharmacist and living his dream as a horse owner and trainer.

As time went on, I would visit Florida more often. I married Michele a few years after Scott and Karen, they had a few kids (our three beautiful nieces). We loved to spend time together with their family. Soon after Michele and I had kids and our family grew. Scott and I never talk much on the phone but when we get together, we made it point to tell stories to each other about he kids and how fast they

were growing up. We would laugh for hours. He loves his family and provides a lot for them, especially now that he is a grandfather.

I will never forget many years ago when Scott and his family wanted to be closer to us and they decided they would give living in New Jersey a try. Karen his wife was also originally from Jersey. He tried for over a year but the cold weather and people were not his cup of tea. He always loved Florida's warm weather and southern hospitality. We would laugh about how cold he was all the time up north, even when it was not frigid outside. He also claimed that sunny Florida is the best place on earth. However, he wanted to make his wife Karen, his sister Michele and his parents happy. He gave it his best shot but he was miserable. They soon after moved back to Florida. That's the type of person his is, always trying to accommodate everyone no matter what it takes.

Scott is modest man, who loves his family. He is a very proud person. He is trustworthy. and most of all would never hurt a fly. So why is he in this trouble? I guess he was surrounded by a group of people who he thought were like him. One who loves animals and only wants to help them. He does deserve what has transpired around him. The whole situation is way out of character for him. Scott has no business being tied up in this mess . I hope you find in your heart to see who Scott who is really is, a humble, good hearted, family man.

I hope this brief letter gives you a better understanding of Scott Mangini 's character. He means the world to me and to everyone who has the pleasure to know him. Please reach out to me if you have any further questions or concerns. I will be more than happy to assist.

Sincerely

John Fazio

Kane McDermott
[redacted]
Goshen, NY [redacted]
[redacted]

August 15, 2021

To the Honorable Judge Paul Oetken,

I am writing on the behalf of Scott Mangini, who I've had the privilege of knowing for the past twenty-five years, to convey his true character and attest that the case he is currently involved with created rare circumstance that caused him to act out of character.

I've had the privilege of calling Scott my uncle, even though we share no relation, since the day I was born. Scott is the kind of person that views friends and family as one in the same. Besides always being the first one to lend a hand when someone's in need, he's also the last one to quit on a friend. Because of this, I refuse to quit on my friend and will do my best to prove that Scott Mangini is an honest, loving, hard-working, family-focused man of integrity.

My first memory of Scott was when my family visited his home roughly twenty years ago for a Fourth of July barbeque. An adolescent me wandered away from the yard where everyone was sitting and found my way to the bottom of an inground swimming pool. Since I was nearly unconscious at the bottom of the pool, the rest of the story is from what I've heard others tell me. As my parents stood up and began looking for me, after they realized I hadn't made a peep in the last fifteen minutes, Scott was already finishing a sprint around the property in search of me. Luckily, he spotted me from over a wooden fence and quickly made his way over so he could dive into the water and save me.

As I grew up, Scott became one of the few adults I could go to with any of my problems to either release stress or seek advice. There's a level of humility and honesty that radiates from Scott that creates a very genuine exchange when talking with him one-on-one. Through these talks, I learned that he was not the Superman-like person I believed he was after saving me from the pool; he was better. Scott is far from invincible, but yet he always puts himself out on the line to help others. I don't know the full specifics of the case Scott is currently involved in, but I could only imagine he wound up in those circumstances in an attempt to help someone in need, rather than acting with intent of personal gain. It simply isn't the Scott I know, and I doubt it's a side we'll ever see again because I've never seen him more hurt from an experience than this one. It's been tough watching Scott go through this legal process because it's very obvious he's barely holding himself together, but yet he's still helping every friend with a problem and is also preoccupied with ensuring that his loved ones will be safe while he's gone. Through our occasional talks, Scott has conveyed remorse for his actions surrounding this case, and I have no reason to doubt this as the truth. If you have any questions about Scott's character or his value to his community, please don't hesitate to contact to me discuss it in more depth.

Sincerely,

Kane McDermott

August 17, 2021

The Honorable J. Paul Oetken
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: Scott Mangini

Dear Judge Oetken:

My name is John P. McDermott Jr. and I am an attorney in Jacksonville, Florida. I received my Bachelor's and Juris Doctor degrees from the University of Florida. More importantly, I have the privilege of calling Scott Mangini a friend, and respectfully submit this letter on his behalf in connection with his sentencing before you.

I have known Scott for my entire life, as he is one of my parent's closest friends. I can remember countless play dates my siblings and I had with Scott's daughters growing up. One such play date stands out, as it is brought up by my family and Scott at least a couple of times each year. On this occasion my parents were hanging out with Scott and his wife while the children were playing together. However, my younger brother did not know how to swim at the time, and he wandered to a neighboring pool and fell in the pool. Almost as soon as I can remember hearing my brother making a small splash as he fell in the pool, Scott sprinted by me out of no where and scooped my brother out of the pool. As we like to recall when telling the story, Scott saved my brother's life.

Scott has always wanted the best for me in life and served as a role model for me during my crucial developmental years. My dad trains racehorses for a living and works long grueling hours just to make ends meet. Most of the adults I was around when I was younger were also in the horse business and had little to no formal education past high school. Scott also trained racehorses, but he was a pharmacist as well. Given his educational background, he was one of the first people I can recall talking to me about the idea of education beyond a four-year degree. He explained the hard work that went into him finishing pharmacy school, but how the experience was mentally stimulating and led to greater opportunities and options for him in life. He knew I enjoyed school and did well, so he would regularly encourage me to keep working hard because school would take me places. He would point out how my dad's body was physically breaking down from his blue-collar work, and that I could avoid a similar fate by using my brain as an asset. Because neither of my parents received a four-year degree, there were times that I thought if I could just graduate with a Bachelor's degree I would be considered a success, but Scott helped me to dream bigger, which eventually led me to law school and my career as a lawyer.

As I have grown older, I no longer consider Scott as just one of my parent's friends, but one of my friends as well. A recent example was a lunch I had with Scott where he talked to me about the latest in crypto currency news and investments. Once he began talking to me about investments, I explained that I didn't have any money to invest. This didn't stop Scott, as he explained he wasn't trying to teach me about a particular crypto currency, but he was trying to give me examples of how to look for good investment opportunities so I can apply his knowledge once I am in a financial position to begin making my own investments. He also left an open ended invitation to talk to him anytime I need any advice for investments. Similar to our conversations about education earlier in my life, I know Scott was trying to make sure I knew of all the options that will be available to me in life to ensure my future is as bright as possible.

Aside from serving as a role model for me, Scott is an incredibly enjoyable person to be around. He is generous, never hesitating to offer to treat everyone to lunch or dinner, and he brings a smile to everyone's face. No one laugh's louder and more genuinely than Scott, and his joy is infectious to everyone around him. He brings everyone in a room together and makes everyone feel comfortable and accepted, no matter the setting.

I am aware of the charges that have been brought against Scott and of his plea to those charges. Given everything I know about Scott, the conduct that he has pled guilty to is out of character, but I also know that Scott has acknowledged his mistakes and wants to take the necessary steps to correct those mistakes. In spite of his illegal conduct, I know Scott is a person who goes out of his way to have a positive impact on the lives of others, as he has done with me.

Sincerely,

John P. McDermott

[redacted]

Dear Judge Oetken,

I am writing this letter on behalf of Scott Mangini in connection with his sentencing before you. My name is Valeri Gonzalez and I have known Scott for over 20 years. I remember meeting Scott when I was a teenager through my dad and their friend John. I got to know Scott more in my 20's as he and my dad because closer friends. Scott is a true friend and pure soul.

Scott has always been a genuinely nice guy. He has celebrated birthdays with our family and my kids. He was a guest at my wedding and has celebrated holidays and more with us. Scott has always been a good friend to me and to my husband. Scott would do anything for my family and has always been great to my kids. He talks with them about school, their interests and hobbies, and is fun to watch sports with. He has taken one of my son's to sporting events with my dad, came to watch him play sports, and even hangs out with them when they visit my dad. My youngest son enjoys joking with him and even asks if Scott can come to dinner if we go out as a family. Scott has been there during tough times for me and my family even if just emotionally. Our family loves Scott dearly.

I was a guest at his wedding a few years ago and the love everyone had for him that day was special. Scott truly is sweet and caring. I always told my dad that Scott is a true soul and cares about his friends and family. He is a laidback guy with so much heart and his heart is pure gold. In the past 20 years it has been a privilege to know Scott and to be in his presence. His laugh is contagious and he is a true person.

Thank you for taking the time to read my letter.

Sincerely,
Valeri

[redacted]

[redacted]

[redacted]

[redacted]

Dear Judge Oetken,

My name is Theresa Garofalo. I am writing this letter on behalf of Scott Mangini in connection with his sentencing before you. I have known Scott since 2013. I was introduced to him by my husband at the time. From the moment I met Scott he embraced me as a friend and was one of my biggest supporters throughout our friendship.

I looked up to Scott as an individual. He has three outstanding daughters who have become remarkable women in society. A main reason for all there success is from the love from their father, the pillar of support, strength, and discipline they received from him.

From one graduating from Harvard with a master degree, a medical doctor currently fulfilling her residency, and his youngest daughter who is dedicating her life to helping others as a nurse. He is a great man and father and I was always intrigued about how he managed to raise such amazing women. Since one day I would have loved to be a parent myself and be able to gift my children similar qualities and aspirations.

His dedication, patience, and unconditional love to his children was something I admired greatly. He lead by example. He passed down his passion for helping others and his love for science and education to his children and those around him. He instilled in his daughters to use their special gifts to make this world a better place. I noticed how he would treat others and was always the first person to get up and help those in need.

On January, 2019, I under went [redacted]. It was a tough time for me as I was starting my life after a divorce as well. I decided to participate in a Ironman Triathlon to counteract the drastic changes in my life. Aside from being at the finish line, Scott was there for me mentally and emotionally as I conquered one of my biggest achievements in my life. He always believed in me and I could count on him to make me smile when things were tough.
Scott displayed great affection for those around him. He was there for me as I went through a difficult time with my health issues and divorce. I can't thank him enough for his shoulder to lean on.

I became close to Scott's mother. I would ask her what was he like growing up and how did she raise such a smart caring man. She would tell me that he was a self starter, problem solver, and committed to his studies. He was not a quitter and loved his family very much. He was on a mission to finish college and use his talents to help others.

I feel very lucky to have Scott in my life during my tough times as he was like my brother ready to protect me and offer a soft hand when things didn't seem so bright. He is a special man and one of a kind.

Thank you for your time.
Theresa Garofalo

Judge Paul Oetken
United States District Judge for the Southern District of New York

Your Honor,
My name is Ron Pope. I am writing this letter on behalf of Scott Mangini in connection with his sentencing before you. Scotty, as he's called by most of us who love him, has been a family friend for countless years. I'm a 38 year old married father with a three year old girl so I don't have much time for social things outside of my family life; my interactions with Scotty have usually been during our family functions. He shows up for Christmas, graduations, Easter, birthdays and anywhere else we're all gathering. When my grandmother was preparing for a holiday, Scotty was always counted amongst her own kids and grandkids. He wasn't treated like a guest; he was treated like he'd been born one of us.
When my grandfather passed away, Grandma was seated in the first row of the chapel and looked up at me with tears in her beautiful green eyes and said "Where's Scotty" so I went and found him for her. He was seated towards the middle of the room, out of respect for the immediate family, but Grandma wanted him right next to her. Unbelievably, Grandma passed away just eight days after Grandpa and Scotty was again there standing shoulder to shoulder with all of us like a brother, crying over her, telling silly stories about things she did, and mourning like the member of the family that we all know him to be.
It's one thing to celebrate with people, share a big meal or some birthday cake, and it's another thing entirely to show up for people when it's time to grieve. We were doing one of the hardest things you have to do in life, burying loved ones, and Scotty was right next to us for every second of it.
Scotty isn't some kind of fair weather friend; he's a good man, thoughtful and kind, funny and giving. My grandparents loved him like a son and they always felt loved and respected by him in return. They even went on vacation with him; he's young enough to be their son, but he was willing to shepherd them around on a trip because he cared for them very deeply. I know my grandmother was comforted by his presence when Grandpa died, and I bet they both would've been proud of him for all he did for us after we experienced our second loss in just over a week.
I've had nothing but positive experiences with Scotty over all the years I've known him and this year, with the loss of both of my grandparents in such a short period of time, his presence was so meaningful to all of us. I will never forget his kindness during this horrible time in my life.
Thank you for taking the time to read my letter,
Ron Pope

Dino Buenaventura
[redacted]
Pompano Beach FL [redacted]

August 16, 2021

To: The Honorable J. Paul Oetken
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Scott Mangini

Dear Judge Oetken, I have known Scott Mangini as a good friend for a short number of years. Even though its been a short time since I know Scott, I was surprised to hear about his recent case as he has always been a very good person. It is for this reason that I have no troubles in writing a letter of reference for Scott on this matter. I understand the seriousness of his case.

Ever since I know Scott he has always been a good friend, cheerful and a helpful person a great dad and husband. I know that Scott will emerge a better person as he moves forward. I sincerely hope the court takes this letter into consideration. I still believe Scott to be an honorable individual and a good decent human being.

Please let me know if I can be of further help.

Sincerely,

Dino Buenaventura

[redacted]

[redacted]

[redacted]

To whom is may concern,

What can I say about the man who cared about me before I ever gave myself a chance? I was 25 young and lost when I met Scott in KW. I remember. I was working two jobs with no direction. When I started dating Scott, he always pushed me to be better. He help me get a car, and even encouraged me to go to school. I was going through a lot of personal changes at the time, and Scott never turned his back on me. Our relationship didn't work out, but I can definitely say he was good to me. I know that no one is perfect, and we all make mistakes. I know Scott, and I know that the conduct he is pleading guilty to is out of character. This a man who would ready articles, taught me to play chess. The kind of man that always helps others. If there was ever a time I needed anything, I knew I could count on him. I just wanted the court to know, that the man in question is good man that has made mistakes, and is trying to do the right thing.

Ammi Leon

Bertha Toro

[redacted]

Davie, FL [redacted]

8/20/2021

To the honorable judge Paul Oetken

I have known Scott Mangini for over 3 years now since he married my best friend, Darly Ramirez. Scott is a great person with a very noble heart he had been there to support our family during tough times and during great ones too. He has demonstrated to be a guy that will offer his help in any way possible even before you have asked him to.

Whenever my daughter had babysat J[redacted]. His stepson. I have had peace in my heart knowing that I can trust that Scott is a good man and I have never felt that he transmits any type of negative emotion towards my family or towards the people who know him.

A little before quarantine he had offer one of his cars to my daughter, she didn't had a car of her own since we had share my car for a few years due to the lack of the financial ability for us to have two cars. Since he gave the car to my daughter, she has been able to go to school and work with a lot more of flexibility and it has clearly made our life's easier. Not only due to the materialistic gift but for his support during any situation.

Scott is a family guy who would support any of his friends and would try to bring joy into their life in any way possible. Every time that we all would gather, we always have a great time, he tries to make sure that the people who surround him are comfortable and having a good time.

We are imperfect human beings and many times we make mistakes and many times we do not make the best decisions but if given the chance, Scott can prove us all that we can always do be better even after we fall. We all had made mistakes at some point in our lives but what define us is what we do after it.

Respectfully,

Family Toro.

John Paul McDermott Sr.
[redacted]
Goshen, NY [redacted]
[redacted]
08/18/2021

To The Honorable Judge Paul Oetken:

I'm writing to you on behalf of my close friend, Scott Mangini. I met Scott back in 1993 at Pompano racetrack, where we both trained racehorses. I learned that both our wives were pregnant, and we each went on to have three children close in age and all grew up around each other.

Training horses happened to be both of our second jobs, as I was a police officer in Sunrise, Florida. I was also an officer for Summit and Roxbury, New Jersey and was decorated for all three before retiring as an officer in 1998. Scotty loved his horses and getting people interested in them as well. I know he regrets his decisions in regards to his case because he truly felt he was helping ou the little guys. He raised his girls to be kind and generous as well, and he's ashamed to have caused any hardship for his family at a time that he was meant to be enjoying life as a grandfather. I hope you'll take some of this into consideration.

Regards,

John P. McDermott Sr.