# EXHIBIT 1

# Filed Under Seal

# EXHIBIT 2

Ringtone

web.archive.org/web/2

http://horseprerace.com/Blast Off Red Injection 10mL Go

6 captures
13 Jun 2016 - 3 Nov 2016

MAY JUN AUG
2015 13 2016 2017

About this capture

Home Blog Learn More » My Cart : 0 item(s) / $0.00

HORSEPRERACE.com
Performance Supplements for Horses, Dogs Alpacas, Pigeons & Camels

Search Horse Pre Race Find

**Categories**

- Amino Acid Supplements
- Anti-Oxidants
- Bleeding Products
- Blood Builders
- Condition & Weight
- Drenches
- Joint Supplements
- Muscle Damage, Tying Up
- Pain Supplements
- Performance Supplements
- Post Race Recovery
- Powders / Pastes
- Respiratory / Breathing Agents
- Sedatives / Calming Agents
- Stomach Medicines
- Toltrazuril / Baycox
- Vasodilators
- Vitamins
- Informational Products »
- Products

**Manufacturers**

Please select

**Newsletter**

Email Address:

Subscribe

Click here to unsubscribe

**My Profile**

Login
Register

Home > Performance Supplements

# Blast Off Red Injection 10mL




Price: $14.95

Product ID : Blast Off Red 10mL
Manufacturer: HorsePreRace

Weight: 0.15 lbs

0 review(s)

Bookmark this on Delicious

E-mail to a friend

**Buy 12 - 1,000 and get an additional 30 % off**

Quantity 1

Add to Cart

## Description

## Blast Off Red 10mL

Blast Off Red Blood Builder Injection is a proprietary formula that in an extremely potent blood builder. Blast Off Red Blood Builder Injection WILL NOT TEST.

10ml Sterile Vial

Dosage and Administration: **SHAKE WELL**. Best if used day before the event by administering a 5- 10ml dose by SLOW intravenous injection. Blast Off Red Blood Builder Injection is extremely fast acting. Best results if followed up two days later with B-Complex w/ Lipotropes to flush out the liver. Repeat in two weeks.

Intravenous use ONLY.

For: Horses, Dogs and Camels

**For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine camels, alpacas, and pigeons.**

**These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.**

## Product Reviews

Login or Register to write the first review.

## Products You May Like

**My Cart**

Your Shopping Cart is Empty

**Search**

Go!
Advanced search

**Bestsellers**

- Omeprazole Paste 2.3gr Price : $9.95 Click to view
- Omeprazole Paste 2.3gr for Horses Price : $9.95 Click to view
- Omeprazole Paste Price : $9.95 Click to view
- Numb It Injection 10mL Price : $21.95 Click to view
- Toltrazuril Baycox® 60ml Paste Single Dose Tube Price : $44.95 Click to view
- Hyaluronate Sodium Joint Gel - 10mL Price : $16.95 Click to view


Blast Off Extreme Injection 30mL
https://web.archive.org/web/20160310091339/http://horseprerace.com/Blast Off Extreme Injection 30mL
Home Blog Learn More »
My Cart 0 item(s) / $0.00
HORSEPRERACE.com
Performance Supplements for Horses, Dogs Alpacas, Pigeons & Camels
Search Horse Pre Race Find
Categories
Amino Acid Supplements
Anti-Oxidants
Bleeding Products
Blood Builders
Condition & Weight
Drenches
Joint Supplements
Muscle Damage, Tying Up
Pain Supplements
Performance Supplements
Post Race Recovery
Powders / Pastes
Respiratory / Breathing Agents
Sedatives / Calming Agents
Stomach Medicines
Toltrazuril / Baycox
Vasodilators
Vitamins
Informational Products »
Home > Products
Blast Off Extreme Injection 30mL
BLAST OFF EXTREME
Price: $17.95
Product ID : Blast Off Extreme 30mL
Manufacturer: HorsePreRace
Weight: 0.05 lbs
0 review(s)
Tweet
Bookmark this on Delicious
E-mail to a friend
Buy 12 - 24 and get an additional 10 % off
Buy 25 - 144 and get an additional 15 % off
Quantity 1
Add to Cart
Description
Blast Off Extreme Injection 30mL
My Cart
Your Shopping Cart is Empty
Search
Go!
Advanced search
Bestsellers
Omeprazole Paste 2.3gr Price : $8.95 Click to view
Omeprazole Paste 2.28gr/dose 60Ml (6 Dose) Price : $39.95 Click to view
Omeprazole Paste Price : $39.95 Click to view
Ulcerguard Price : $8.95 Click to view
Numb It Injection 10mL Price : $14.95 Click to view
Toltrazuril 5% - 200mL Baycox® Price : $39.95 Click to view
Toltrazuril Baycox® 60ml Paste Single Dose Tube Price : $34.95 Click to view


Blast Off Extreme Injection 30mL
https://web.archive.org/web/20160310091339/http://horseprerace.com/Blast Off Extreme Injection 30mL
Vitamins
Informational Products »
Products
Manufacturers
Please select
Newsletter
Email Address:
Subscribe
Click here to unsubscribe
My Profile
Login
Register
Blast Off Extreme Injection 30mL
Blast Off Extreme 30mL may increase the force of heart muscle contraction, thereby increasing blood flow and oxygen to the muscles in Race Horses, Greyhounds, Dogs and Camels
COMPOSITION:
200mg/ml Myo-Inositol Trispyrophosphate
ACTIONS:
Blast Off Extreme may increase oxygen uptake by binding to hemaglobin and helping release oxygen.
DESCRIPTION: The active ingredient of this one of a kind peptide is introduced into the bloodstream which then directly goes into the red blood cells. Those cells, then pick up increased amounts of oxygen when they pass through the lungs and deliver it to the muscles at an increased rate and better efficiency.
INDICATIONS:
-To improve energy and oxygen supply to muscles
-Increase maximum oxygen uptake and power output
-Delay onset of fatigue and promote muscle recovery in performance horses
FOR: Horses, Greyhounds, Dogs, Camels
DOSAGE & ADMINISTRATION:
30ml given 4-6hrs prior to anticipated exercise
PRESENTATION: 30 mL sterile glass vial.
STORAGE: Store below 25 C (Air Conditioning)
For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine camels, alpacas, and pigeons.
These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.
Product Reviews
Login or Register to write the first review.
Products You May Like


Numb It Injection 50mL
https://web.archive.org/web/20160308054604/http://horseprerace.com/Numb It Injection 50mL
Home Blog Learn More »
My Cart : 0 item(s) / $0.00
HORSEPRERACE .com
Performance Supplements for Horses, Dogs Alpacas, Pigeons & Camels
Search Horse Pre Race Find
Categories
Amino Acid Supplements
Anti-Oxidants
Bleeding Products
Blood Builders
Condition & Weight
Drenches
Joint Supplements
Muscle Damage, Tying Up
Pain Supplements
Performance Supplements
Post Race Recovery
Powders / Pastes
Respiratory / Breathing Agents
Sedatives / Calming Agents
Stomach Medicines
Toltrazuril / Baycox
Vasodilators
Vitamins
Home > Pain Supplements
Numb It Injection 50mL
Price: $69.95
Numb It Injection 50mL
HorsePreRace
Weight: 0.05 lbs
0 review(s)
Tweet
Bookmark this on Delicious
E-mail to a friend
Quantity 1
Add to Cart
Description
Numb It Injection 50mL
Numb It is a proprietary formula and without question is the most powerful pain shot on the market today AND WILL NOT
My Cart
Your Shopping Cart is Empty
Search
Go!
Advanced search
Bestsellers
Omeprazole Paste 2.3gr Price : $8.95 Click to view
Omeprazole Paste 2.28gr/dose 60Ml (6 Dose) Price : $39.95 Click to view
Ulcerguard Price : $8.95 Click to view
Omeprazole Paste Price : $39.95 Click to view
Toltrazuril 5% - 200mL Baycox® Price : $39.95 Click to view
Numb It Injection 10mL Price : $14.95 Click to view
Blast Off Extreme Injection 30mL Price : $17.95 Click to view
javascript:showImage('https://web.archive.org/web/20160308054604/http://horseprerace.com/images/products/numb it injection 50ml.png','220','400');


Numb It Injection 50mL
https://web.archive.org/web/20160308054604/http://horseprerace.com/Numb It Injection 50mL
Respiratory / Breathing Agents
Sedatives / Calming Agents
Stomach Medicines
Toltrazuril / Baycox
Vasodilators
Vitamins
Informational Products »
Products
Manufacturers
Please select
Newsletter
Email Address:
Subscribe
Click here to unsubscribe
My Profile
Login
Register
Description
Numb It Injection 50mL
Numb It is a proprietary formula and without question is the most powerful pain shot on the market today AND WILL NOT TEST!
Dosage and Administration: Administer 10ml by intravenous injection as close to the event or extreme exercise as possible, but no closer than 1.5 hrs. You can administer Numb It as far out as 8-10 hrs. before the event with excellent effects.
Numb It comes in a sterile 10ml vial for one time use.
For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine camels, alpacas, and pigeons.
These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.
Product Reviews
Login or Register to write the first review.
Products You May Like
MSM Transam Injection (100ml) $32.95 1 Add to Cart
Flucort 100mL $32.95 1 Add to Cart
Horse Salsprin Injection $29.95 1 Add to Cart
$39.95 Click to view
Toltrazuril 5% - 200mL Baycox® Price : $39.95 Click to view
Numb It Injection 10mL Price : $14.95 Click to view
Blast Off Extreme Injection 30mL Price : $17.95 Click to view

http://horseprerace.com/numb-it-purple-pain-injection-50ml Go
8 captures
11 Jul 2015 – 5 Mar 2016
JUL AUG DEC
16
2014 2015 2016
About this capture



HORSEPRERACE.com
Performance Supplements for Horses, Dogs Alpacas, Pigeons & Camels

Select Language

Search Horse Pre Race Find

**Categories**

- Amino Acid Supplements
- Anti Oxidants
- Bleeding Products
- Blood Builders
- Condition & Weight
- Drenches
- Joint Supplements
- Muscle Damage Tying Up
- Pain Supplements
- Performance Supplements
- Post Race Recovery
- Powders / Pastes
- Respiratory / Breathing Agents
- Sedatives / Calming Agents
- Stomach Medicines
- Toltrazuril
- Vasodilators
- Vitamins
- nformational Products »

**Manufacturers**

Please select

**Newsletter**

Email Address:

Subscribe

Click here to unsubscribe

**My Profile**

Login
Register

Home > Pain Supplements

## Numb It Purple Pain Injection 50mL




Price: $124.95

Product D Numb t Purple Pain njection 50mL
Manufacturer HorsePreRace

Weight 0 05 lbs

0 review(s)

Bookmark this on Delicious

E mail to a friend

Quantity 1

Add to Cart

**Description**

### Numb It Purple Pain Injection 50mL

Numb It (Formerly Purple Pain Injection) is a proprietary formula and without question is the most powerful pain shot on the market today AND WILL NOT TEST!

Dosage and Administration: Administer 10ml by intravenous injection as close to the event or extreme exercise as possible, but no closer than 1.5 hrs. You can administer Numb It (Formerly Purple Pain Injection) as far out as 8-10 hrs. before the event with excellent effects.

Numb It (Formerly Purple Pain Injection) comes in a sterile 10ml vial for one time use.

**For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine camels, alpacas, and pigeons.**

**These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.**

**Product Reviews**

Login or Register to write the first review

**Products You May Like**




**Flucort Injection - 100mL**

~~$34 95~~
$31 95



**Pain Stopper Pro 100mL Mitachondral®**




**Dexamethasone 100mL**

~~$25 95~~
$22 95

**My Cart**

Your Shopping Cart is Empty

**Search**

Go!
Advanced search

**Bestsellers**

- Omeprazole Paste 2 3gr Price : ~~$7 95~~ $6 55 Click to view
- Omeprazole Paste 2 28gr/dose 60Ml (6 Dose) Price : ~~$47 95~~ $29 95 Click to view
- Toltrazuril 5% 200mL Baycox® Price : ~~$59 95~~ $49 95 Click to view
- Pentosan njection 6mL Price : ~~$24 95~~ $15 95 Click to view
- Blast Off Extreme njection 30mL Price : ~~$19 95~~ $14 95 Click to view
- Hyaluronate Sodium Joint Gel 10mL Price : ~~$19 95~~ $15 95 Click to view
- Toltrazuril Baycox® 60ml Paste Single Dose Tube Price : ~~$49 95~~ $47 95 Click to view

http://horseprerace.com/Plug It Bleeder Injection 10mL Go
5 captures
8 Mar 2016 – 13 Aug 2016
FEB MAR APR
2015 08 2016 2017
About this capture

Home Blog Learn More »    My Cart 0 item(s) / $0 00

HORSEPRERACE.com
Performance Supplements for Horses, Dogs Alpacas, Pigeons & Camels

Select Language

Search Horse Pre Race Find

**Categories**

- Amino Acid Supplements
- Anti Oxidants
- Bleeding Products
- Blood Builders
- Condition & Weight
- Drenches
- Joint Supplements
- Muscle Damage Tying Up
- Pain Supplements
- Performance Supplements
- Post Race Recovery
- Powders / Pastes
- Respiratory / Breathing Agents
- Sedatives / Calming Agents
- Stomach Medicines
- Toltrazuril / Baycox
- Vasodilators
- Vitamins
- nformational Products »
- Products

**Manufacturers**

Please select

**Newsletter**

Email Address:

Subscribe

Click here to unsubscribe

**My Profile**

Login
Register

Home > Products

## Plug It Bleeder Injection 10mL

Plug t Bleeder njection 10mL

Price: $9.95

Product D Plug t Bleeder njection 10mL
Manufacturer HorsePreRace

Weight 0 05 lbs

0 review(s)

Bookmark this on Delicious

E mail to a friend

**Buy 12 - 24 and get an additional 10 % off**

**Buy 25 - 144 and get an additional 15 % off**

Quantity 1

Add to Cart

### Description

### Plug It Bleeder Injection 10mL

Plug It Injection is a proprietary formula that is used as an aid to prevent bleeding.Ê This product will not test or swab in any jurisdiction.

Dosage and Administration: ÊAdminister 10ml by intravenous injection 4 hrs. prior to the event.

Presentation: Ê10m dose vial

Store at room temp

For: Race Horses, Greyhounds, Dogs, & Camels

**For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine camels, alpacas, and pigeons.**

**These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.**

### Product Reviews

Login or Register to write the first review

### Products You May Like

Gel 50 njection
**Gel 50 Injection**

$16 95

1 Add to Cart

**My Cart**

Your Shopping Cart is Empty

**Search**

Go!
Advanced search

**Bestsellers**

- Omeprazole Paste 2 3gr Price : $8 95 Click to view
- Omeprazole Paste 2 28gr/dose 60Ml (6 Dose) Price : $39 95 Click to view
- Ulcerguard Price : $8 95 Click to view
- Omeprazole Paste Price : $39 95 Click to view
- Toltrazuril 5% 200mL Baycox® Price : $39 95 Click to view
- Numb t njection 10mL Price : $14 95 Click to view
- Blast Off Extreme njection 30mL Price : $17 95 Click to view

http://horseprerace.com/red-tide-blood-builder-injection-10ml Go
3 captures
29 Jul 2015 - 31 Dec 2015
JUL AUG DEC
16
2014 2015 2016
About this capture

Home Blog Learn More » My Cart 0 item(s) / $0 00

HORSEPRERACE.com
Performance Supplements for Horses, Dogs Alpacas, Pigeons & Camels

Search Horse Pre Race Find

**Categories**

- Amino Acid Supplements
- Anti Oxidants
- Bleeding Products
- Blood Builders
- Condition & Weight
- Drenches
- Joint Supplements
- Muscle Damage Tying Up
- Pain Supplements
- Performance Supplements
- Post Race Recovery
- Powders / Pastes
- Respiratory / Breathing Agents
- Sedatives / Calming Agents
- Stomach Medicines
- Toltrazuril
- Vasodilators
- Vitamins
- nformational Products »

**Manufacturers**

Please select

**Newsletter**

Email Address:

Subscribe

Click here to unsubscribe

**My Profile**

Login
Register

Home > Blood Builders

## Red Tide Blood Builder Injection 10mL




Sale Price: $319.95
Compared at: $349.95
You Save: $30.00
Product D Redtide
Manufacturer HorsePreRace

Weight 0 05 lbs

0 review(s)

Bookmark this on Delicious

E mail to a friend

**Buy 12 - 24 and get an additional 10 % off and free shipping**

**Buy 25 - 144 and get an additional 15 % off and free shipping**

Quantity 1

Add to Cart

**Description**

### Red Tide Blood Builder Injection 10mL

The most potent blood builder we carry for a one time use.This product will not test or swab.

This is a 10ml Sterile Vial

Best used four to five days prior to event. Effects last for three to fours weeks.

Must be given I.V.

**For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine camels, alpacas, and pigeons.**

**These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.**

**Product Reviews**

Login or Register to write the first review

**Products You May Like**










**My Cart**

Your Shopping Cart is Empty

**Search**

Go!
Advanced search

**Bestsellers**

- Omeprazole Paste 2 3gr Price : ~~$7 95~~ $6 55 Click to view
- Omeprazole Paste 2 28gr/dose 60Ml (6 Dose) Price : ~~$47 95~~ $29 95 Click to view
- Toltrazuril 5% 200mL Baycox® Price : ~~$59 95~~ $49 95 Click to view
- Pentosan njection 6mL Price : ~~$24 95~~ $15 95 Click to view
- Blast Off Extreme njection 30mL Price : ~~$19 95~~ $14 95 Click to view
- Hyaluronate Sodium Joint Gel 10mL Price : ~~$19 95~~ $15 95 Click to view
- Toltrazuril Baycox® 60ml Paste Single Dose Tube Price : ~~$49 95~~ $47 95 Click to view

http://horseprerace.com/TB 500 Injection Thymosin Beta 4 10mg 2ml – 1 Dose Go
6 captures
19 Mar 2016 – 16 Sep 2016
FEB MAR JUN
19
2015 2016 2017
About this capture

Home Blog Learn More » My Cart 0 item(s) / $0 00

HORSEPRERACE.com
Performance Supplements for Horses, Dogs Alpacas, Pigeons & Camels

Select Language

Search Horse Pre Race Find

**Categories**

- Amino Acid Supplements
- Anti Oxidants
- Bleeding Products
- Blood Builders
- Condition & Weight
- Drenches
- Joint Supplements
- Muscle Damage Tying Up
- Pain Supplements
- Performance Supplements
- Post Race Recovery
- Powders / Pastes
- Respiratory / Breathing Agents
- Sedatives / Calming Agents
- Stomach Medicines
- Toltrazuril / Baycox
- Vasodilators
- Vitamins
- nformational Products »
- Products

**Manufacturers**

Please select

**Newsletter**

Email Address:

Subscribe

Click here to unsubscribe

**My Profile**

Login
Register

Home > Per ormance Supplements

# TB 500 Injection Thymosin Beta 4 10mg 2ml - 1 Dose




Price: $59.95

Product D TB500
Manufacturer HorsePreRace

Weight 0 15 lbs

0 review(s)

Bookmark this on Delicious

E mail to a friend

Buy 12 - 24 and get an additional 10 % off

Buy 25 - 144 and get an additional 15 % off

Quantity 1

Add to Cart

**Description**

## TB 500 Injection Thymosin Beta 4 10mg 2ml

Thymosin Beta 4, also known as TB500 or TB-500, is a synthetic version of the naturally occurring peptide present in virtually all-human and animal cells, Thymosin Beta 4 (T4). It is a first-in-class candidate that promotes the following*:

WHAT THIS DOES:

1. Increases Red Blood Cells
2. Stops bleeding
3. Increase Endurance
4. Reduces Tie Up
5. Helps breathing
6. Reduces stomach acid which eliminates ulcers
7. Increases lean muscle mass
8. Helps repair tendons and ligaments

* Endothelial (blood vessels) cell differentiation (increases red blood cells)
* Angiogenesis (growth of new blood cells from pre-existing vessels) in dermal tissues
* Keratinocyte migration
* Collagen deposition; and
* Decreases inflammation.

One of Thymosin Beta 4's key mechanisms of action is its ability to regulate the cell-building protein, Actin, a vital component of

**My Cart**

Your Shopping Cart is Empty

**Search**

Go!
Advanced search

**Bestsellers**

- Omeprazole Paste 2 3gr Price : $8 95 Click to view
- Omeprazole Paste 2 28gr/dose 60Ml (6 Dose) Price : $39 95 Click to view
- Omeprazole Paste Price : $39 95 Click to view
- Numb t njection 10mL Price : $14 95 Click to view
- pentosan 6ml Price : $22 95 Click to view
- Blast Off Extreme njection 30mL Price : $17 95 Click to view
- Ulcerguard Price : $8 95 Click to view

http://horseprerace.com/TB 500 Injection Thymosin Beta 4 10mg 2ml – 1 Dose Go
6 captures
19 Mar 2016 – 16 Sep 2016
FEB MAR JUN
2015 19 2016 2017
About this capture

present in cells, actin represents up to 10% of the total proteins which therefore plays a major role in the genetic makeup of the cell.

This potent peptide is a member of a ubiquitous family of 16 related molecules with a high conservation of sequence and localization in most tissues and circulating cells in the body. Thymosin Beta 4 not only binds to actin, but also blocks actin polymerization and is the actin-sequestering molecule in eukaryotic cells.

Thymosin Beta 4 was identified as a gene that was up-regulated four-to-six fold during early blood vessel formation and found to promote the growth of new blood cells from the existing vessels. This peptide is present in wound fluid and when administered subcutaneously, it promotes wound healing, muscle building and speeds up recovery time of muscles fibres and their cells.

An additional key factor of T4 is that it promotes cell migration through a specific interaction with actin in the cell cytoskeleton. It has been demonstrated that a central small amino acid long-actin binding domain has both blood cell reproduction and wound healing characteristics. These characteristics are uncovered by accelerating the migration of endothelial cells and keratinocytes. It also increases the production of extracellular matrix-degrading enzymes.

Research confirms that T4 is a potent, naturally occurring wound repair factor with anti-inflammatory properties. T_¨_4 is different from other repair factors, such as growth factors, in that it promotes endothelial and keratinocyte migration. It also does not bind to the extracellular matrix and has a very low molecular weight meaning it can travel relatively long distances through tissues.

HOW TO USE: Give one 2ml vial subcutaneous each week for six consecutive weeks. There after use one 2ml vial per month. It's best to give oral use 6 days before intense work.

We recommend giving the shot the day after intense work then giving the shot every seven day there after. You must make sure to hydrate very well when using this product. Give normal vitamins and minerals to support normal racing function. Hydration is key when using this product.

**For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine camels, alpacas, and pigeons.**

**These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.**

**Product Reviews**

Login or Register to write the first review

**Products You May Like**



Green Speed 50mL

$49 95

1 Add to Cart



Super Shot Injection 10mL

$8 95

1 Add to Cart



Blast Off Red Injection 10mL

$14 95

1 Add to Cart

http://horseprerace.com/blood-builders/ Go
57 captures
1 Mar 2013 – 30 Mar 2019
FEB MAR MAY
28
2015 2016 2017
About this capture

Home Blog Learn More »

My Cart 0 item(s) / $0 00

HORSEPRERACE.com
Performance Supplements for Horses, Dogs Alpacas, Pigeons & Camels

Search Horse Pre Race Find

## Categories

- Amino Acid Supplements
- Anti Oxidants
- Bleeding Products
- Blood Builders
- Condition & Weight
- Drenches
- Joint Supplements
- Muscle Damage Tying Up
- Pain Supplements
- Performance Supplements
- Post Race Recovery
- Powders / Pastes
- Respiratory / Breathing Agents
- Sedatives / Calming Agents
- Stomach Medicines
- Toltrazuril / Baycox
- Vasodilators
- Vitamins
- nformational Products »
- Products

## Manufacturers

Please select

## Newsletter

Email Address:

Subscribe

Click here to unsubscribe

## My Profile

Login
Register

# Blood Builders

Home > Blood Builders




We offer some of the best Blood Builders in the business We have the newest and latest products on the market to increase hemaglobin and the Red Blood Count in Race Horses Dogs /Greyhounds Racing Camels Racing Pigeons & Alpacas Race Horse Blood Builders work in many different ways We offer njectable Multi Vitamins such as Newcells Plus and Hemo 15 along with ron Sucrose We also carry quick adding supplements such as Blast Off Red One of our longest and most trusted Blood Builders is Blood Building Peptide By giving this supplement four days in a row this will dramatically pick your performance animal up and give the energy and endurance they need We now offer Western Formula and Phosphorus / B12 njection f you don t find something your looking for please email us at info@horseprerace com and we will be happy to help you locate what it is you are looking for

14 item(s) Page 1 of 1 | **Items** 18 ↓ | **Sort** Best match ↓ | **View** Single column ↓



### Blast Off Red Injection 50mL

Blast Off Red njection 50mL

$69.95

1 Add to Cart



### Blood Building Peptide 100ml

Blood Building Peptide 100ml

$69.95

1 Add to Cart

### Caco Copper

Caco Copper

$14.95

1 Add to Cart

## My Cart

Your Shopping Cart is Empty

## Search

Go!

Advanced search

## Bestsellers

- Super Shot njection 10mL Price : $8 95 Click to view
- Hemo 15 njection 100mL Price : $17 95 Click to view
- Vitamin Jug njection 30mL Price : $17 95 Click to view
- Caco Copper Price : $14 95 Click to view
- Vitamin B12 5000 30mL Price : $14 95 Click to view
- Newcells Plus 100mL Price : $21 95 Click to view
- ron Sucrose njection Hippiron 100mL Price : $29 95 Click to view

http://horseprerace.com/blood-builders/ Go
57 captures
1 Mar 2013 – 30 Mar 2019
FEB MAR MAY
28
2015 2016 2017
About this capture





Hemo 15 Injection 100mL
Hemo 15
$17.95
1 Add to Cart



Oral Epo 250ml
Oral Epo 250ml
$59.95
1 Add to Cart




Red Tide Blood Builder Injection 10mL
Redtide
$299.95
1 Add to Cart



Super Shot Injection 10mL
Super Shot njection 10mL
$8.95
1 Add to Cart



Vitamin B12 1000 Injection 100mL
Vitamin B12 1000
$14.95
1 Add to Cart



Vitamin B12 5000 30mL
Vitamin B12 5000 30mL
$14.95
1 Add to Cart

Vitamin C Injection 100mL
Vitamin C 100mL
$17.95
1 Add to Cart

http://horseprerace.com/blood-builders/ Go
57 captures
1 Mar 2013 – 30 Mar 2019
FEB MAR MAY
28
2015 2016 2017
About this capture





**Vitamin Jug Injection 30mL**

Vitamin Jug 30mL

$17.95

1 Add to Cart



**Red Cap Blood Builder**

Red Cap Blood Builder

$49.95

1 Add to Cart



**Iron Sucrose Injection Hippiron 100mL**

ron Sucrose 100ml

$29.95

1 Add to Cart



**Newcells Plus 100mL**

Newcells Plus 100mL

$21.95

1 Add to Cart

1

horse aranesp camel aranesp greyhound newcells injections camel newcells injections greyhound folic acid injection greyhound vam injection horse vitamin injection camel vitamin injection equine vitamin supplements

Home | Terms & Conditions | Contact Us | Privacy Policy | Equine Performance | FaceBook | Twitter

http://horseprerace.com/condition-weight/ Go
FEB MAR MAY
28
2015 2016 2017
52 captures
1 Mar 2013 – 29 Mar 2019
About this capture

Home Blog Learn More »    My Cart 0 item(s) / $0 00

HORSEPRERACE.com
Performance Supplements for Horses, Dogs Alpacas, Pigeons & Camels

Search Horse Pre Race Find

**Categories**

- Amino Acid Supplements
- Anti Oxidants
- Bleeding Products
- Blood Builders
- Condition & Weight
- Drenches
- Joint Supplements
- Muscle Damage Tying Up
- Pain Supplements
- Performance Supplements
- Post Race Recovery
- Powders / Pastes
- Respiratory / Breathing Agents
- Sedatives / Calming Agents
- Stomach Medicines
- Toltrazuril / Baycox
- Vasodilators
- Vitamins
- nformational Products »
- Products

**Manufacturers**

Please select

**Newsletter**

Email Address:

Subscribe
Click here to unsubscribe

**My Profile**

Login
Register

## Condition & Weight

Home > Condition & Weight

Supplements to maintain condition and weight in performance Race Horses Dogs Racing Greyhounds Racing Camels and Alpacas The performance injections can help with gaining weight as well and keeping your equine athlete healthy from the rigors of racing

15 item(s) Page 1 of 1 Items 18 ↓ Sort Best match ↓ View Single column ↓



**Blast Off Bulk Powder (30 Days)**
Blast Off Bulk Powder (30 Days)
$119.95
1 Add to Cart



**Caccocyle Injection 100mL Ferrocyle**
Caccocyle njection 100mL
$22.95
1 Add to Cart



**Calm It Injection**
Calm t njection
$49.95
1 Add to Cart



**Delvorex 100mL**
Delvorex 100mL
$25.95
1 Add to Cart



**Hemo 15 Injection 100mL**
Hemo 15
$17.95
1 Add to Cart

**My Cart**

Your Shopping Cart is Empty

**Search**

Go!
Advanced search

**Bestsellers**

- Hemo 15 njection 100mL Price : $17 95 Click to view
- Vitamin Jug njection 30mL Price : $17 95 Click to view
- TB 500 njection Thymosin Beta 4 10mg 2ml 1 Dose Price : $59 95 Click to view
- Equine Growth Hormone (EGH) 10 i u Price : $39 95 Click to view
- Newcells Plus 100mL Price : $21 95 Click to view
- Vitamin C njection 100mL Price : $17 95 Click to view
- LipoHep 100mL Heptenal Price : $24 95 Click to view

http://horseprerace.com/condition-weight/ Go
52 captures
1 Mar 2013 – 29 Mar 2019
FEB MAR MAY
2015 28 2016 2017
About this capture



Jurosanilate 100ml Jurocyle

$19.95

1 Add to Cart



**LipoHep 100mL Heptenal**

LipoHep 100mL Heptenal

$24.95

1 Add to Cart



**Lipotropes LIver Flush 100ml**

Lipotropes L ver Flush 100ml

$99.95

1 Add to Cart




**Red Tide Blood Builder Injection 10mL**

Redtide

$299.95

1 Add to Cart




**TB 500 Injection Thymosin Beta 4 10mg 2ml - 1 Dose**

TB500

$59.95

1 Add to Cart



**Toltrazuril 2.5 % 200mL Baycox**

Toltrazuril 2 5 Percent 200mL Baycox

$29.95

1 Add to Cart



**Vitamin C Injection 100mL**

Vitamin C 100mL

$17.95

1 Add to Cart

**Vitamin Jug Injection 30mL**

Vitamin Jug 30mL

$17.95

1 Add to Cart

http://horseprerace.com/condition-weight/ Go
52 captures
1 Mar 2013 – 29 Mar 2019
FEB MAR MAY
2015 28 2016 2017
About this capture






**Equine Growth Hormone (EGH) 10 i.u.**

Equine Growth Hormone (EGH) 10 i u

$39.95

1 Add to Cart




**Newcells Plus 100mL**

Newcells Plus 100mL

$21.95

1 Add to Cart

1

Home | Terms & Conditions | Contact Us | Privacy Policy | Equine Performance | FaceBook | Twitter

# EXHIBIT 3

Vitamins and Minerals VAM 10
https://racehorsemeds.com/product/vitamins-and-minerals-vam-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

Home Specials Shop by Category My Account About Us FAQs Race Tracks

performance animals.
* The tissue demands for essential nutrients are very high with hard exercise and training regimes.
* Vitamins and Minerals VAM is formulated for use regularly 2 – 3 times weekly.
* Vitamins and Minerals VAM helps maintain blood counts, appetite and well being.
* Vitamins and Minerals VAM provides the essential nutrients when they are required.

**DOSAGE AND ADMINISTRATION:**

**Horses: Dose 1 mL per 45 kg (10 mL per 450 kg bodyweight) by intramuscular .**
**Cattle: Dose 1 mL per 45 kg (10 mL per 450 kg bodyweight) by intramuscular .**
**Dogs: 0.25 – 1 mL per 10 kg bodyweight.**

Administer twice weekly, or as directed by a veterinary surgeon.

Vitamins and Minerals VAM is routinely used in combination with many Racehorse Meds products, including RECOVERY EXPLOSION, B12 WITH PHOSPHOROUS, ADENOSINE, JUROSENIC.

Storage: Store below 25C (Air Conditioning) and protect from light.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Gastrointestinal Care
Ty-Up - Muscle Damage - Buffers
Uncategorized
Vitamins
Weight & Condition

We Proudly Accept:

VISA BANK TRANSFER bitcoin

## Related products

White Lightning 100ml | Raceh
https://racehorsemeds.com/product/white-lightning-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Amino Acid, Vitamin & Mineral Supplements / White Lightning 100ml




# White Lightning 100ml

$69.99

1 Add to cart

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

Description

## Description

White Lightning is a powerful combination of vitamins and amino acids to increase stamina and performance in racehorses, greyhounds and camels.

COMPOSITION: Pangamic Acid 250mg/ml, Adenosine Triphosphate 6mg/ml, L-Arginine 1mg/ml, L-Carnitine 1mg/ml

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements
Bleeding Supplements
Blood Building Supplements

https://racehorsemeds.com/wp-content/uploads/2013/10/IMGP3101-2-copy.jpg

White Lightning 100ml | Raceh...

https://racehorsemeds.com/product/white-lightning-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

## Description

White Lightning is a powerful combination of vitamins and amino acids to increase stamina and performance in racehorses, greyhounds and camels.

COMPOSITION: Pangamic Acid 250mg/ml, Adenosine Triphosphate 6mg/ml, L-Arginine 1mg/ml, L-Carnitine 1mg/ml

INDICATIONS:

1. To improve energy and oxygen supply to muscles.
2. To increase maximum oxygen uptake and power output.
3. Delay the onset of fatigue and promote muscle recovery in performance horses.

**DOSAGE & ADMINISTRATION: Administer 20ml by intramuscular 4-6 hours prior to event.**

WHITE LIGHTNING WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

STORAGE: Store below 25 C (Air Conditioning)

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

### RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements
- Breathing and Respiratory Supplements
- Calming Supplements
- CBD Supplements
- EPM Supplements
- Explosion Product Line
- ITPP (Myo-inositol trispyrophosphate)
- Joint Supplements
- Nitric Oxide Boosters
- Pastes, Powders and Suspensions
- Performance Supplements

Yellow Explosion 10ml | Raceh...

https://racehorsemeds.com/product/yellow-explosion-10ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Ty-Up - Muscle Damage - Buffers / Yellow Explosion 10ml




## Yellow Explosion 10ml

$17.99

Yellow Explosion Video

1 Add to cart

RACEHORSE MEDS.COM

### Search Our Products

Search products...

Search

### RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements

Description Reviews (0)

## Description

YELLOW EXPLOSION is an all-in-one proprietary pre-race formula that was developed to increase endurance, provide an immediate source of energy, transport oxygen to muscles and stop lactic acid build up to maximize muscle strength. If you are looking to gain maximum performance from your

Powermax 50ml Heptam ® | R

https://racehorsemeds.com/product/energy-max-50ml-heptam/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

Home Specials Shop by Category My Account About Us FAQs Race Tracks

**preferably within 4-6 hours of anticipated hard work.**
**Dogs: 0.5-1 ml per 10-15 kg bodyweight (2 ml per 30 kg greyhound)**

POWERMAX WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

Storage: Store below 25C (Air Conditioning) and protect from light. Use the contents of the vial within 3 months of initial broaching and discard any unused portion.

NOTES- POWERMAX can be used with any other Vitamin or supplement from Racehorse Meds. This product is best used the day before and the day of event. This product compares to Nature Vet Heptam® in that both have the same ingredients. This product is not manufactured or distributed by Nature Vet® who is the sole distributor of Heptam

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Also see: NO TY-UP, BLOOD BUILDING EXPLOSION and ICE EXPLOSION.

## Related products

Pre-Race Explosion 100ml | R

https://racehorsemeds.com/product/pre-race-explosion-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Amino Acid, Vitamin & Mineral Supplements / Pre-Race Explosion 100ml




## Pre-Race Explosion 100ml

~~$49.99~~ **$39.99**

1 Add to cart

Description Reviews (0)

## Description

Pre-Race Explosion is an all in one pre-race formula designed to increase performance in horses, dogs and camels.

Composition: Adenosine5Monophosphate 160mg/ml, Di-Isopropylamine Dichloracetate 100mg/ml, Arginine Hydrochloride 100mg/ml, AdenosineTri-Phosphate 2mg/ml, Lysine Hydrochloride 50mg/ml, Glucose 100mg/ml, Potassium Asparate 20mg/ml, Nicotinic Acid 20mg/ml, Magnesium Asparate

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

**Amino Acid, Vitamin & Mineral Supplements**

**Bleeding Supplements**

**Blood Building Supplements**

Pre-Race Explosion 100ml | Ra

https://racehorsemeds.com/product/pre-race-explosion-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

## Description

Pre-Race Explosion is an all in one pre-race formula designed to increase performance in horses, dogs and camels.

Composition: Adenosine5Monophosphate 160mg/ml, Di-Isopropylamine Dichloracetate 100mg/ml, Arginine Hydrochloride 100mg/ml, AdenosineTri-Phosphate 2mg/ml, Lysine Hydrochloride 50mg/ml, Glucose 100mg/ml, Potassium Asparate 20mg/ml, Nicotinic Acid 20mg/ml, Magnesium Asparate 20mg/ml, Sodium Selenite 550mcg,ml.

Features and Benefits: Pre-Race Explosion reduces the accumulation of lactic acid in muscle cells by ***combining ten products into one potent formula*** and increases energy in horses, greyhounds and camels. Pre-Race Explosion is the best all in one performance supplement!

Pre-Race Explosion is indicated to stimulate hepatic function and appetite due to the physical stress of racing, training, convalescence, stimulation of recovery after viral illness or surgery, and as an adjunct to the treatment of intoxication by heavy metals, nitrites, and organophosphates.

Pre-Race Explosion is used in the routine support of horses, greyhounds and camels under the stress of training and hard work, and/or as an adjunct in the treatment of heavy metal, nitrate, or organic phosphate intoxications. In the latter case, the combination of Pre-Race Explosion with the amino acids lysine and arginine, seem to have a potentiating action.

Adenosine is used for the production of coronary vasodilation in anticipation of severe cardiac load in athletic animals or in the treatment of myocardial oxygen deficit (as evidenced by performance linked ECG changes, muscle cramp, "tying up" prevention.

Pre-Race Explosion is a supplement to support muscle function and recovery during training and

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements
Bleeding Supplements
Blood Building Supplements
Breathing and Respiratory Supplements
Calming Supplements
CBD Supplements
EPM Supplements
Explosion Product Line
ITPP (Myo-inositol trispyrophosphate)
Joint Supplements
Nitric Oxide Boosters
Pastes, Powders and Suspensions
Performance Supplements
Post Race Recovery

Pre-Race Explosion 100ml | Ra

https://racehorsemeds.com/product/pre-race-explosion-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Pre-Race Explosion is used in the routine support of horses, greyhounds and camels under the stress of training and hard work, and/or as an adjunct in the treatment of heavy metal, nitrate, or organic phosphate intoxications. In the latter case, the combination of Pre-Race Explosion with the amino acids lysine and arginine, seem to have a potentiating action.

Adenosine is used for the production of coronary vasodilation in anticipation of severe cardiac load in athletic animals or in the treatment of myocardial oxygen deficit (as evidenced by performance linked ECG changes, muscle cramp, "tying up" prevention.

Pre-Race Explosion is a supplement to support muscle function and recovery during training and strenuous exercise.

**Dosage and Administration: The preferred dose is 20ml by intramuscular 4-6 hours prior to anticipated hard work.**

PRE-RACE EXPLOSION WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

Storage: Store below 25C (air conditioning) and protect from light.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

trispyrophosphate)
Joint Supplements
Nitric Oxide Boosters
Pastes, Powders and Suspensions
Performance Supplements
Post Race Recovery
Power Building Supplements
Soreness Supplements
Stomach and Gastrointestinal Care
Ty-Up - Muscle Damage - Buffers
Uncategorized
Vitamins
Weight & Condition

We Proudly Accept:

VISA BANK

Related products

Muscle Buffer Explosion 50ml

https://racehorsemeds.com/product/new-product-muscle-buffer-explosion-50ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM

Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Amino Acid, Vitamin & Mineral Supplements / Muscle Buffer Explosion 50ml




# Muscle Buffer Explosion 50ml

$29.99

1 Add to cart

Description

## Description

MUSCLE BUFFER EXPLOSION is a proprietary formula that includes L-Arginine, L-Carnosine, Beta Alanine and L-Carnitine and is formulated to increase strength and endurance in race horses, greyhounds, camels, alpacas and pigeons.

L-ARGININE is a potent nitric oxide enhancer and causes vasodilation of both smooth and skeletal muscles.

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements

Muscle Buffer Explosion 50ml

https://racehorsemeds.com/product/new-product-muscle-buffer-explosion-50ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM

Home Specials Shop by Category My Account About Us FAQs Race Tracks

## Description

MUSCLE BUFFER EXPLOSION is a proprietary formula that includes L-Arginine, L-Carnosine, Beta Alanine and L-Carnitine and is formulated to increase strength and endurance in race horses, greyhounds, camels, alpacas and pigeons.

L-ARGININE is a potent nitric oxide enhancer and causes vasodilation of both smooth and skeletal muscles.

L-CARNOSINE provides the vital buffering capacity as well as antioxidant activity to improve muscle function and delay the onset of fatigue.

BETA ALANINE has been shown to increase the concentration of carnosine in muscles, decrease fatigue in athletes and increase total muscular work done. Simply supplementing with carnosine is not as effective as supplementing with beta alanine.

L-CARNITINE delays muscle fatigue by reducing lactic acid formation while improving performance and endurance.

**DOSAGE & ADMINISTRATION: Administer 25ml by intravenous . Best results when administered 4-6 hours of anticipated hard work.**

MUSCLE BUFFER EXPLOSION WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

STORAGE: Store below 25 C (Air Conditioning) and protect from light.

RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements
- Breathing and Respiratory Supplements
- Calming Supplements
- CBD Supplements
- EPM Supplements
- Explosion Product Line
- ITPP (Myo-inositol trispyrophosphate)
- Joint Supplements
- Nitric Oxide Boosters
- Pastes, Powders and Suspensions
- Performance Supplements
- Post Race Recovery

Muscle Buffer Explosion 50ml

https://racehorsemeds.com/product/new-product-muscle-buffer-explosion-50ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

L-CARNOSINE provides the vital buffering capacity as well as antioxidant activity to improve muscle function and delay the onset of fatigue.

BETA ALANINE has been shown to increase the concentration of carnosine in muscles, decrease fatigue in athletes and increase total muscular work done. Simply supplementing with carnosine is not as effective as supplementing with beta alanine.

L-CARNITINE delays muscle fatigue by reducing lactic acid formation while improving performance and endurance.

**DOSAGE & ADMINISTRATION: Administer 25ml by intravenous . Best results when administered 4-6 hours of anticipated hard work.**

MUSCLE BUFFER EXPLOSION WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

STORAGE: Store below 25 C (Air Conditioning) and protect from light.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Related products

- Breathing and Respiratory Supplements
- Calming Supplements
- CBD Supplements
- EPM Supplements
- Explosion Product Line
- ITPP (Myo-inositol trispyrophosphate)
- Joint Supplements
- Nitric Oxide Boosters
- Pastes, Powders and Suspensions
- Performance Supplements
- Post Race Recovery
- Power Building Supplements
- Soreness Supplements
- Stomach and Gastrointestinal Care
- Ty-Up - Muscle Damage - Buffers

N-Butyl Alcohol (Generic Clotol)

https://racehorsemeds.com/product/n-butyl-alcohol-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Bleeding Supplements / N-Butyl Alcohol (Generic Clotol) 200mg/ml 100ml

Sale!




# N-Butyl Alcohol (Generic Clotol) 200mg/ml 100ml

~~$25.99~~ $19.99

1 Add to cart

Description Reviews (0)

## Description

N-Butyl Alcohol 100ml (200mg/ml) is an aid in the prevention and treatment of hemorrhage in horses, camels and dogs.

**Dosage and Administration: Administer 30ml by intravenous as close to the event as possible**

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements

HORSE POWER! 10ml | Raceho

https://racehorsemeds.com/product/horse-power-100ml-copy/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Amino Acid, Vitamin & Mineral Supplements / HORSE POWER! 10ml

Sale!




# HORSE POWER! 10ml

~~$12.99~~ $9.99

1 Add to cart

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements

Bleeding Supplements

Blood Building Supplements

Description Reviews (0)

## Description

HORSE POWER! is an all in one pre-race formula designed to increase performance in race horses, dogs

HORSE POWER! 10ml | Raceho

https://racehorsemeds.com/product/horse-power-100ml-copy/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Bleeding Supplements

## Description

HORSE POWER! is an all in one pre-race formula designed to increase performance in race horses, dogs and camels.

Composition: Adenosine-5-Monophosphate 160mg/ml, Di-Isopropylamine Dichloracetate 100mg/ml, Arginine Hydrochloride 100mg/ml, AdenosineTri-Phosphate 2mg/ml, Lysine Hydrochloride 50mg/ml, Glucose 100mg/ml, Potassium Asparate 20mg/ml, Nicotinic Acid 20mg/ml, Magnesium Asparate 20mg/ml, Sodium Selenite 550mcg,ml, Cyanocobalamin 50 mcg/ml.

Features and Benefits: HORSE POWER! increases stamina and endurance by reducing the accumulation of lactic acid in muscle cells by combining ten products into one very potent formula to increase energy in horses, greyhounds and camels. HORSE POWER! is THE all in one performance supplement!

**Dosage and Administration: Administer 10ml by SLOW intravenous 4 hours prior to hard work or intramuscular 4-6 hours prior to hard work. For best results, *also* administer 10ml by intramuscular 24 hours prior to hard work.**

Storage: Store below 25C (air conditioning) and protect from light.

HORSE POWER! WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Blood Building Supplements

Breathing and Respiratory Supplements

Calming Supplements

CBD Supplements

EPM Supplements

Explosion Product Line

ITPP (Myo-inositol trispyrophosphate)

Joint Supplements

Nitric Oxide Boosters

Pastes, Powders and Suspensions

Performance Supplements

Post Race Recovery

Power Building Supplements

Soreness Supplements

Stomach and Gastrointestinal Care

HORSE POWER! 10ml | Raceho...

https://racehorsemeds.com/product/horse-power-100ml-copy/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

supplement!

**Dosage and Administration: Administer 10ml by SLOW intravenous 4 hours prior to hard work or intramuscular 4-6 hours prior to hard work. For best results, *also* administer 10ml by intramuscular 24 hours prior to hard work.**

Storage: Store below 25C (air conditioning) and protect from light.

HORSE POWER! WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Related products










trispyrophosphate)

Joint Supplements

Nitric Oxide Boosters

Pastes, Powders and Suspensions

Performance Supplements

Post Race Recovery

Power Building Supplements

Soreness Supplements

Stomach and Gastrointestinal Care

Ty-Up - Muscle Damage - Buffers

Uncategorized

Vitamins

Weight & Condition

We Proudly Accept:

VISA BANK TRANSFER bitcoin

Ice Explosion 10ml | Racehorse...

https://racehorsemeds.com/product/ice-explosion-10ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Soreness Supplements / Ice Explosion 10ml




# Ice Explosion 10ml

$22.99

Ice Explosion Video

1 Add to cart

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

Description Reviews (0)

## Description

NEW AND IMPROVED FORMULA – NOW WITH B12! ICE EXPLOSION works to improve both sprint and endurance performance and reduce the perception of pain. This is one of our top selling products. ICE EXPLOSION WILL NOT TEST.

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements

Bleeding Supplements

Blood Building Supplements

Green Speed 50ml | Racehorse

https://racehorsemeds.com/product/green-speed-50ml/

Terms and Conditions | Shipping and Returns | Privacy Policy | RacehorseMeds@ProtonMail.ch | Select Language | 0 Items

RACEHORSE MEDS.COM

Home | Specials | Shop by Category | My Account | About Us | FAQs | Race Tracks

Home / Performance Supplements / Green Speed 50ml

Sale!




# Green Speed 50ml

~~$49.99~~ **$24.99**

1 | Add to cart

Description | Reviews (0)

## Description

GREEN SPEED is a proprietary formula that increases the activity of the sympathetic nervous system and also produces a sense of euphoria and increased alertness. GREEN SPEED also boosts endurance and productivity.

**Dosage and Administration: Administer 10ml by intravenous four hours prior to work to stimulate the horse's nervous system.**

Storage: Store below 3 degrees C (REFRIGERATE), do not freeze and protect from light.

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements

Green Speed 50ml | Racehorse

https://racehorsemeds.com/product/green-speed-50ml/

Terms and Conditions | Shipping and Returns | Privacy Policy | RacehorseMeds@ProtonMail.ch | Select Language | 0 Items

RACEHORSE MEDS.COM

Home | Specials | Shop by Category | My Account | About Us | FAQs | Race Tracks

Search products...

Search

Description | Reviews (0)

## Description

GREEN SPEED is a proprietary formula that increases the activity of the sympathetic nervous system and also produces a sense of euphoria and increased alertness. GREEN SPEED also boosts endurance and productivity.

**Dosage and Administration: Administer 10ml by intravenous four hours prior to work to stimulate the horse's nervous system.**

Storage: Store below 3 degrees C (REFRIGERATE), do not freeze and protect from light.

For: Horses, Dogs and Camels.

Tips for Trainers: THIS PRODUCT WILL NOT TEST AND IS A STIMULANT.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Related products

RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements
- Breathing and Respiratory Supplements
- Calming Supplements
- CBD Supplements
- EPM Supplements
- Explosion Product Line
- ITPP (Myo-inositol trispyrophosphate)
- Joint Supplements
- Nitric Oxide Boosters

Home / Blood Building Supplements / Blood Building Explosion 100ml




# Blood Building Explosion 100ml

$99.99

Blood Building Explosion Video

1 Add to cart

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements
Bleeding Supplements
Blood Building Supplements

Description Reviews (0)

## Description

Blood Building Explosion is used for rapidly increasing RBC & Hemoglobin in Racehorses & Camels.

Blood Building Explosion is an erythropoiesis-stimulating agent (ESA) that has been tested in clinical trials for the treatment of anemia associated with chronic renal failure (CRF). These trials are

Blood Building Explosion 100ml
https://racehorsemeds.com/product/blood-building-explosion-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM
Home Specials Shop by Category My Account About Us FAQs Race Tracks

## Description

Blood Building Explosion is used for rapidly increasing RBC & Hemoglobin in Racehorses & Camels.

Blood Building Explosion is an erythropoiesis-stimulating agent (ESA) that has been tested in clinical trials for the treatment of anemia associated with chronic renal failure (CRF). These trials are evaluating the ability of this peptide to correct anemia by raising and maintaining hemoglobin (Hgb) levels within a target of 10-12 or 11-12 g/dl, depending on the situation.

Actions: Increases red blood cells and Hgb.

Indications: Horses with a low blood count or anemia.

For: Horses and Camels

**Dosage and Administration:**
**Adult Horses: Administer 20 ml by SLOW intravenous for five consecutive days up to 2 days prior to the event – preferably start using 7 days prior to the event for 5 consecutive days.**

Storage: Store below 25C (Air Conditioning). Protect from light. Use the contents of the vial within 3 months of initial puncture of the bottle and discard any unused portion.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

*Click here to learn more about Complete Blood Count and Chemistry Profile Definitions.*

Amino Acid, Vitamin & Mineral Supplements
Bleeding Supplements
Blood Building Supplements
Breathing and Respiratory Supplements
Calming Supplements
CBD Supplements
EPM Supplements
Explosion Product Line
ITPP (Myo-inositol trispyrophosphate)
Joint Supplements
Nitric Oxide Boosters
Pastes, Powders and Suspensions
Performance Supplements
Post Race Recovery
Power Building Supplements
Soreness Supplements

HORSE POWER! 10ml | Raceho

https://racehorsemeds.com/product/horse-power-100ml-copy/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Amino Acid, Vitamin & Mineral Supplements / HORSE POWER! 10ml

Sale!



# HORSE POWER! 10ml

~~$12.99~~ $9.99

1 Add to cart

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements

Bleeding Supplements

Blood Building Supplements

Description Reviews (0)

## Description

HORSE POWER! is an all in one pre-race formula designed to increase performance in race horses, dogs

HORSE POWER! 10ml | Raceho

https://racehorsemeds.com/product/horse-power-100ml-copy/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

## Description

HORSE POWER! is an all in one pre-race formula designed to increase performance in race horses, dogs and camels.

Composition: Adenosine-5-Monophosphate 160mg/ml, Di-Isopropylamine Dichloracetate 100mg/ml, Arginine Hydrochloride 100mg/ml, AdenosineTri-Phosphate 2mg/ml, Lysine Hydrochloride 50mg/ml, Glucose 100mg/ml, Potassium Asparate 20mg/ml, Nicotinic Acid 20mg/ml, Magnesium Asparate 20mg/ml, Sodium Selenite 550mcg,ml, Cyanocobalamin 50 mcg/ml.

Features and Benefits: HORSE POWER! increases stamina and endurance by reducing the accumulation of lactic acid in muscle cells by combining ten products into one very potent formula to increase energy in horses, greyhounds and camels. HORSE POWER! is THE all in one performance supplement!

**Dosage and Administration: Administer 10ml by SLOW intravenous 4 hours prior to hard work or intramuscular 4-6 hours prior to hard work. For best results, *also* administer 10ml by intramuscular 24 hours prior to hard work.**

Storage: Store below 25C (air conditioning) and protect from light.

HORSE POWER! WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Bleeding Supplements

Blood Building Supplements

Breathing and Respiratory Supplements

Calming Supplements

CBD Supplements

EPM Supplements

Explosion Product Line

ITPP (Myo-inositol trispyrophosphate)

Joint Supplements

Nitric Oxide Boosters

Pastes, Powders and Suspensions

Performance Supplements

Post Race Recovery

Power Building Supplements

Soreness Supplements

Stomach and Gastrointestinal Care



HORSE POWER! 10ml | Raceho...

https://racehorsemeds.com/product/horse-power-100ml-copy/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

supplement!

**Dosage and Administration: Administer 10ml by SLOW intravenous 4 hours prior to hard work or intramuscular 4-6 hours prior to hard work. For best results, *also* administer 10ml by intramuscular 24 hours prior to hard work.**

Storage: Store below 25C (air conditioning) and protect from light.

HORSE POWER! WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Related products

Glutathione

Vitamin B Complex

Vitamin B12 1000

Joint Supplements
Nitric Oxide Boosters
Pastes, Powders and Suspensions
Performance Supplements
Post Race Recovery
Power Building Supplements
Soreness Supplements
Stomach and Gastrointestinal Care
Ty-Up - Muscle Damage - Buffers
Uncategorized
Vitamins
Weight & Condition

We Proudly Accept:

VISA BANK TRANSFER bitcoin



Ice Explosion 10ml | Racehorse...

https://racehorsemeds.com/product/ice-explosion-10ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Soreness Supplements / Ice Explosion 10ml

# Ice Explosion 10ml

$22.99

Ice Explosion Video

1 Add to cart

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

Description Reviews (0)

## Description

NEW AND IMPROVED FORMULA – NOW WITH B12! ICE EXPLOSION works to improve both sprint and endurance performance and reduce the perception of pain. This is one of our top selling products. ICE EXPLOSION WILL NOT TEST.

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements
Bleeding Supplements
Blood Building Supplements

# EXHIBIT 4

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 28 2019
CLERK, U.S. DISTRICT COURT
By ______ Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

JOE MICHAEL LANDERS (01)

No. 4:19-CR-183-A

**FACTUAL RESUME**

**INFORMATION**

Count One: Introducing Misbranded and Adulterated Drugs into Interstate Commerce with Intent to Defraud and Mislead, 21 U.S.C. §§ 331(a) and 333(a)(2)

**PLEA**

Guilty plea to Count One

**MAXIMUM PENALTY**

Upon conviction of Count One, the maximum penalty is as follows:

- Term of imprisonment for not more than three years;
- A fine up to the amount of $250,000, or twice the pecuniary gain or twice the pecuniary loss;
- A mandatory special assessment of $100;
- A term of supervised release of not more than one year, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates the conditions of supervised release, he could be imprisoned for the entire term of supervised release and multiple revocations of supervised release may result in a term of imprisonment that exceeds the maximum term of supervised release;
- costs of incarceration and supervision; and
- forfeiture of property.

## ELEMENTS OF THE OFFENSE

To find the defendant guilty of the charged offense of introducing misbranded and adulterated drugs in interstate commerce with intent to defraud or mislead in violation of 21 U.S.C. §§ 331(a) and 333(a)(2), the government must prove the following elements beyond a reasonable doubt:

First: That the substance was a misbranded or adulterated drug;

Second: That the defendant caused the introduction of, or delivered for introduction, into interstate commerce a misbranded or adulterated drug;

Third: That the defendant caused the introduction of the misbranded or adulterated drug with the intent to defraud or mislead.

## STIPULATION OF FACTS

Defendant Joe Michael Landers (Landers), a resident of Weatherford, Texas, was not a licensed veterinarian or pharmacist. Between on or about September 2008 and continuing until December 2015, Landers established businesses, including Weatherford Compounding Pharmacy, to operate under the guise of being compounding pharmacies that produced specific animal drug products. Landers located distributors of active pharmaceutical ingredients (API), which were produced in foreign countries such as China and India, and arranged for those products to be imported into the United States for use in animal drug production. Landers then hired professional staff to use the API to make animal drugs including, among other things, "Super Fecta." Landers also hired sales representatives to market these animal drug products and send out sales advertisements. Finally, Landers caused those animal drugs to be shipped in interstate commerce from Texas to other states.

Specifically, the product Super Fecta was a liquid intended for intravenous use to affect the structure and function of a horse's body. As such, Super Fecta was a new animal drug under 21 U.S.C. § 321(v) requiring approval from the United States Food and Drug Administration (FDA). Landers, however, did not obtain FDA approval for Super Fecta. Accordingly, it was deemed unsafe, and, therefore, adulterated pursuant to 21 U.S.C. §§ 351(a)(5) and 360b(a)(1).

Super Fecta was also a prescription animal drug under 21 U.S.C. § 353(f)(1) because of its method of use and collateral measures necessary for use, and was misbranded under 21 U.S.C. § 352(f)(1) because its label did not contain adequate directions for use by a layperson. In this manner, the Super Fecta Landers manufactured, marketed, and shipped in interstate commerce was both adulterated and misbranded.

On or about August 11, 2015, Landers, with the intent to defraud and mislead his customer, shipped twelve bottles of Super Fecta (500 ML) from Weatherford Compounding Pharmacy in Weatherford, Texas, to a veterinary clinic in Sunset, Louisiana.

SIGNED and AGREED to on this the 31 day of ~~April,~~ May 2019.

JOE MICHAEL LANDERS
Defendant

BARRY SORRELLS
Attorney for Defendant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 13 2019
CLERK, U.S. DISTRICT COURT
By ______ Deputy

# United States District Court

Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Case Number: 4:19-CR-183-A(01) |
| JOE MICHAEL LANDERS | § | |

## JUDGMENT IN A CRIMINAL CASE

The government was represented by Assistant United States Attorney Shawn Smith. The defendant, JOE MICHAEL LANDERS, was represented by Barry J. Sorrels.

The defendant pleaded guilty on June 28, 2019 to the one count Information filed on June 3, 2019. Accordingly, the court ORDERS that the defendant be, and is hereby, adjudged guilty of such count involving the following offense:

| Title & Section / Nature of Offense | Date Offense Concluded | Count |
|---|---|---|
| 21 U.S.C. §§ 331(a) and 333(a)(2) Introducing Misbranded and Adulterated Drugs Into Interstate Commerce with Intent to Defraud and Mislead | August 11, 2015 | 1 |

As pronounced and imposed on December 13, 2019, the defendant is sentenced as provided in this judgment.

The court ORDERS that the defendant immediately pay to the United States, through the Clerk of this Court, a special assessment of $100.00.

The court further ORDERS that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence address, or mailing address, as set forth below, until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court, through the clerk of this court, and the Attorney General, through the United States Attorney for this district, of any material change in the defendant's economic circumstances.

### IMPRISONMENT

The court further ORDERS that the defendant be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 36 months.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on or before 2:00 P.M., on January 3, 2020. The defendant shall determine from the Office of the United States Marshal in Fort Worth, Texas, at least four business days before January 3, 2020, the identity and location of the institution at which he is to surrender.

The court recommends to the Bureau of Prisons that defendant serve his period of imprisonment at the Federal Medical Center in Fort Worth, Texas, where he can receive the appropriate medical treatment as needed.

## SUPERVISED RELEASE

The court further ORDERS that, upon release from imprisonment, the defendant shall be on supervised release for a term of one (1) year and that while on supervised release, the defendant shall comply with the standard conditions ordered by this Court and shall comply with the following additional conditions:

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not unlawfully possess a controlled substance.

3. The defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Officer, as authorized by the Justice for All Act of 2004.

4. The defendant shall refrain from any unlawful use of a controlled substance, submitting to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer pursuant to the mandatory drug testing provision of the 1994 crime bill.

5. The defendant shall provide to the probation officer complete access to all business and personal financial information.

6. The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the probation officer makes a determination that the defendant has fully satisfied the fine obligation.

7. If, upon commencement of the term of supervised release, any part of the $10,000 fine ordered by this judgment remains unpaid, the defendant shall make payments on such unpaid amount at the rate of at least $600 per month. The first such payment shall be made no later than 60 days after the defendant's release from confinement and another payment to be made on the same day of each month thereafter until the fine amount is paid in full. Any unpaid balance of the fine ordered by this judgment shall be paid in full 60 days prior to the termination of the term of supervised release.

8. The defendant shall also comply with the Standard Conditions of Supervision as hereinafter set forth.

## Standard Conditions of Supervision

1. The defendant shall report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

3. The defendant shall provide to the U.S. Probation Officer any requested financial information.

4. The defendant shall not leave the judicial district where the defendant is being supervised without the permission of the Court or U.S. Probation Officer.

5. The defendant shall report to the U.S. Probation Officer as directed by the court or U.S. Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month.

6. The defendant shall answer truthfully all inquiries by the U.S. Probation Officer and follow the instructions of the U.S. Probation Officer.

7. The defendant shall support his dependents and meet other family responsibilities.

8. The defendant shall work regularly at a lawful occupation unless excused by the U.S. Probation Officer for schooling, training, or other acceptable reasons.

9. The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment.

10. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

11. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Officer.

13. The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the U.S. Probation Officer.

14. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

15. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

The court hereby directs the probation officer to provide defendant with a written statement that sets forth all the conditions to which the term of supervised release is subject, as contemplated and required by 18 U.S.C. § 3583(f).

## FINE

The Court further orders defendant shall pay a fine in the amount of $10,000. The fine includes any cost of incarceration and/or supervision. This amount is the total of the fine imposed on Count 1 of the Information. The fine is payable immediately, but non-payment will not be a violation of defendant's conditions of supervised release so long as defendant pays as provided in defendant's conditions of supervised release. All fine payments shall be made by defendant to the Clerk of the U.S. District Court, 501 West 10th Street, Room 310, Fort Worth, TX 76102.

## STATEMENT OF REASONS

The "Statement of Reasons" and personal information about the defendant are set forth on the attachment to this judgment.

Signed this the 13th day of December, 2019.

JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

RETURN

I have executed the imprisonment part of this Judgment as follows:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Defendant delivered on ________________, 2019 to ________________________________
at ____________________________________________, with a certified copy of this Judgment.

United States Marshal for the
Northern District of Texas

By ______________________________________
Deputy United States Marshal