# EXHIBIT 5A

HORSE POWER! 10ml | Racehorse

https://racehorsemeds.com/product/horse-power-100ml-copy/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

supplement!

**Dosage and Administration: Administer 10ml by SLOW intravenous 4 hours prior to hard work or intramuscular 4-6 hours prior to hard work. For best results, *also* administer 10ml by intramuscular 24 hours prior to hard work.**

Storage: Store below 25C (air conditioning) and protect from light.

HORSE POWER! WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Related products








trispyrophosphate)
Joint Supplements
Nitric Oxide Boosters
Pastes, Powders and Suspensions
Performance Supplements
Post Race Recovery
Power Building Supplements
Soreness Supplements
Stomach and Gastrointestinal Care
Ty-Up - Muscle Damage - Buffers
Uncategorized
Vitamins
Weight & Condition

We Proudly Accept:

VISA BANK TRANSFER bitcoin

Ice Explosion 10ml | Racehorse

https://racehorsemeds.com/product/ice-explosion-10ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Soreness Supplements / Ice Explosion 10ml




# Ice Explosion 10ml

$22.99

Ice Explosion Video

1 Add to cart

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements
Bleeding Supplements
Blood Building Supplements

Description Reviews (0)

## Description

NEW AND IMPROVED FORMULA – NOW WITH B12! ICE EXPLOSION works to improve both sprint and endurance performance and reduce the perception of pain. This is one of our top selling products. ICE EXPLOSION WILL NOT TEST.

Ice Explosion 10ml | Racehorse

https://racehorsemeds.com/product/ice-explosion-10ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM

Home Specials Shop by Category My Account About Us FAQs Race Tracks

## Description

NEW AND IMPROVED FORMULA – NOW WITH B12! ICE EXPLOSION works to improve both sprint and endurance performance and reduce the perception of pain. This is one of our top selling products. ICE EXPLOSION WILL NOT TEST.

COMPOSITION: A proprietary formula consisting of Amp 200, Glucosamine, Dextrose, Phenylalanine, L-leucine, Iso-Leucine, Vitamins B2, B3, B5, B6, B12.

ACTIONS:
1. ICE EXPLOSION increases energy and reduces the perception of pain in extreme exercise.
2. ICE EXPLOSION forms the essential transport system for use of fats as an energy source.
3. ICE EXPLOSION may help delay muscle fatigue and improve endurance.
4. ICE EXPLOSION is essential for normal heart function.

**DOSAGE AND ADMINISTRATION: Administer 10ml by intravenous (IV) or intramuscular (IM) 2-3 times weekly. Give the final dose 4-6 hours before hard or fast work.**

PRESENTATION: 10ml sterile for intramuscular (IM) or intravenous (IV) .

STORAGE: Store below 25C (Air Conditioning) and protect from light.

ICE EXPLOSION WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

*With the addition of Vitamin B12 to the formula, the color of Ice Explosion with be RED and NOT CLEAR as in the past formula.

Amino Acid, Vitamin &
Mineral Supplements
Bleeding Supplements
Blood Building Supplements
Breathing and Respiratory Supplements
Calming Supplements
CBD Supplements
EPM Supplements
Explosion Product Line
ITPP (Myo-inositol trispyrophosphate)
Joint Supplements
Nitric Oxide Boosters
Pastes, Powders and Suspensions
Performance Supplements
Post Race Recovery
Power Building Supplements
Soreness Supplements

Ice Explosion 10ml | Racehorse

https://racehorsemeds.com/product/ice-explosion-10ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM

Home Specials Shop by Category My Account About Us FAQs Race Tracks

PRESENTATION: 10ml sterile for intramuscular (IM) or intravenous (IV) .

STORAGE: Store below 25C (Air Conditioning) and protect from light.

ICE EXPLOSION WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

*With the addition of Vitamin B12 to the formula, the color of Ice Explosion with be RED and NOT CLEAR as in the past formula.

*ICE EXPLOSION is commonly used in combination with YELLOW EXPLOSION, RED EXPLOSION and EXTREME EXPLOSION as necessary.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Nitric Oxide Boosters
Pastes, Powders and Suspensions
Performance Supplements
Post Race Recovery
Power Building Supplements
Soreness Supplements
Stomach and Gastrointestinal Care
Ty-Up - Muscle Damage - Buffers
Uncategorized
Vitamins
Weight & Condition

## Related products







We Proudly Accept:

VISA BANK bitcoin

Vitamins and Minerals VAM 10

https://racehorsemeds.com/product/vitamins-and-minerals-vam-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

performance animals.

* The tissue demands for essential nutrients are very high with hard exercise and training regimes.
* Vitamins and Minerals VAM is formulated for use regularly 2 – 3 times weekly.
* Vitamins and Minerals VAM helps maintain blood counts, appetite and well being.
* Vitamins and Minerals VAM provides the essential nutrients when they are required.

**DOSAGE AND ADMINISTRATION:**

**Horses: Dose 1 mL per 45 kg (10 mL per 450 kg bodyweight) by intramuscular .**
**Cattle: Dose 1 mL per 45 kg (10 mL per 450 kg bodyweight) by intramuscular .**
**Dogs: 0.25 – 1 mL per 10 kg bodyweight.**

Administer twice weekly, or as directed by a veterinary surgeon.

Vitamins and Minerals VAM is routinely used in combination with many Racehorse Meds products, including RECOVERY EXPLOSION, B12 WITH PHOSPHOROUS, ADENOSINE, JUROSENIC.

Storage: Store below 25C (Air Conditioning) and protect from light.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Related products

Gastrointestinal Care
Ty-Up - Muscle Damage - Buffers
Uncategorized
Vitamins
Weight & Condition

We Proudly Accept:

VISA BANK TRANSFER bitcoin

White Lightning 100ml | Raceh

https://racehorsemeds.com/product/white-lightning-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Amino Acid, Vitamin & Mineral Supplements / White Lightning 100ml




## White Lightning 100ml

$69.99

1 Add to cart

Description

## Description

White Lightning is a powerful combination of vitamins and amino acids to increase stamina and performance in racehorses, greyhounds and camels.

COMPOSITION: Pangamic Acid 250mg/ml, Adenosine Triphosphate 6mg/ml, L-Arginine 1mg/ml, L-Carnitine 1mg/ml

https://racehorsemeds.com/wp-content/uploads/2013/10/IMGP3101-2-copy.jpg

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements
Bleeding Supplements
Blood Building Supplements

White Lightning 100ml | Raceh...

https://racehorsemeds.com/product/white-lightning-100ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

## Description

White Lightning is a powerful combination of vitamins and amino acids to increase stamina and performance in racehorses, greyhounds and camels.

COMPOSITION: Pangamic Acid 250mg/ml, Adenosine Triphosphate 6mg/ml, L-Arginine 1mg/ml, L-Carnitine 1mg/ml

INDICATIONS:

1. To improve energy and oxygen supply to muscles.
2. To increase maximum oxygen uptake and power output.
3. Delay the onset of fatigue and promote muscle recovery in performance horses.

**DOSAGE & ADMINISTRATION: Administer 20ml by intramuscular 4-6 hours prior to event.**

WHITE LIGHTNING WILL NOT TEST.

NOTES- Can be used with any other Vitamin or supplement from Racehorse Meds.

STORAGE: Store below 25 C (Air Conditioning)

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements
- Breathing and Respiratory Supplements
- Calming Supplements
- CBD Supplements
- EPM Supplements
- Explosion Product Line
- ITPP (Myo-inositol trispyrophosphate)
- Joint Supplements
- Nitric Oxide Boosters
- Pastes, Powders and Suspensions
- Performance Supplements

Yellow Explosion 10ml | Raceh...

https://racehorsemeds.com/product/yellow-explosion-10ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Ty-Up - Muscle Damage - Buffers / Yellow Explosion 10ml



## Yellow Explosion 10ml

$17.99

Yellow Explosion Video

1 Add to cart

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

Description Reviews (0)

## Description

YELLOW EXPLOSION is an all-in-one proprietary pre-race formula that was developed to increase endurance, provide an immediate source of energy, transport oxygen to muscles and stop lactic acid build up to maximize muscle strength. If you are looking to gain maximum performance from your

RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements

# EXHIBIT 5B


Ice
Explosion
Injection
10ml
RACEHORSE
MEDS
For animal
Dosage and
Administer
intravenous
intramuscular
times weekly
dose 4-6 hours
or fast work.


Store between
2-8 degrees C
(Refrigerate).
Do not freeze.
Protect from light.
Lot. No.
Exp. Date:
02/15/22
10ml


Keep out of reach of children
For animal treatment only
Prescription animal remedy
Dosage and Administration:
Administer 10ml by
intravenous or
intramuscular injection 2-3
times weekly. Give the final
dose 4-6 hours before hard
or fast work.
RacehorseMeds.com


Indications:
White Lightning is a powerful combination of vitamins and amino acids to increase stamina and performance in racehorses, greyhounds and camels..
Store below 25 degrees C.
Do not freeze.
Protect from light.
Lot. No.: RM-11180
Exp. Date: 11/15/21


White Lightning Injection
MEDS


Dosage and
Administration:
Administer Administer 20ml
by intramuscular injection
4-6 hours prior to anticipated
heavy work.
Composition: Pangamic Acid
250mg/ml, Adenosine
Triphosphate 6mg/ml,
L-Arginine 1mg/ml,
L-Carnitine 1mg/ml
RACEHORSE
MEDS
www.RacehorseMeds.com

# EXHIBITS 6A-6J

# Filed Under Seal

# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DECHRA LIMITED and DECHRA VETERINARY PRODUCTS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RACEHORSEMEDS.COM<br><br>Defendant. | Case No. 15-cv-9143<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiffs Dechra Limited and Dechra Veterinary Products LLC (collectively "Dechra") for its Complaint against Defendant Racehorsemeds.com ("RHM") hereby states and alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under 35 U.S.C. § 1 et seq. seeking monetary damages and other relief against RHM based on RHM's infringement of U.S. Patent No. 7,781,420 ("the '420 Patent"). A copy of the '420 Patent is attached to this Complaint as Exhibit A.

2. This is also an action for trademark infringement, false designation, unfair competition and false advertising arising under the Federal Lanham Act, 15 U.S.C. § 1051 et seq.

## PARTIES

3. Plaintiff Dechra Limited is a company organized and existing under the laws of the United Kingdom and Wales having a principal place of business at Snaygill Industrial Estate, Keighley Road, Skipton, North Yorkshire BD23 2RW, United Kingdom.

4. Plaintiff Dechra Limited is the lawful owner by assignment of all rights, title and interest in and to the '420 Patent, including all rights to sue for patent infringement and to recover damages for such infringement.

5. Plaintiff Dechra Limited is also the owner of the federally registered trademark Osphos®, Registration No. 3,356,636, for among other things, pharmaceutical and veterinary preparations, and various treatments including injectable treatment for horses.

6. Plaintiff Dechra Veterinary Products LLC is a company organized and existing under the laws of the State of Delaware with its principal place of business at 7015 College Blvd., Suite 525, Overland Park, Kansas 66211.

7. Plaintiff Dechra Veterinary Products LLC is the exclusive United States distributor of Osphos®, Dechra's Clodronate injectable product for the treatment of equine navicular syndrome, *i.e.*, podotrochlosis (the German term for navicular syndrome).

8. On information and belief, RHM is a business entity, form unknown, with a principal place of business in Richmond, British Columbia, Canada and having numerous distribution locations, including 22 West 56th Street, Suite 210, Kearny, Nebraska 68845, from which RHM distributes products sold from its website.

9. On information and belief, RHM manufacturers, uses, tests, imports, sells and/or offers to sell in the United States various veterinary products, supplements and pharmaceuticals including a Clodronate injectable product for the treatment of equine navicular syndrome (*i.e.*, podotrochlosis), sold by RHM under the name OsteoPhos.

**JURISDICTION AND VENUE**

10. This Court has jurisdiction over the subject matter of this action pursuant to at least 28 U.S.C. §§ 1331, 1338(a) and 15 U.S.C. §§ 1114, 1125(a).

11. This Court has personal jurisdiction over RHM by virtue of, *inter alia*, Kansas' long-arm statute K.S.A. 60-308(b), and as a result of RHM's minimum contacts with the State of Kansas and this judicial district based on business regularly conducted within the State of Kansas and this judicial district by RHM.

12. On information and belief, RHM has conducted and continues to conduct regular and ongoing business in Kansas, including but not limited to placing products that infringe the '420

Patent, and Dechra's registered trademark Osphos®, into the stream of commerce with the knowledge and/or intent that the infringing products enter Kansas.

13. On information and belief, RHM has committed and continues to commit acts of infringement in this judicial district by making, using, testing, importing, offering for sale, and/or selling products that infringe the '420 Patent, and that infringe Dechra's registered trademark Osphos®, including without limitation, RHM's sale of, and offers to sell, OsteoPhos through RHM's website and/or toll-free telephone number to purchasers in Kansas.

**THE PATENT–IN-SUIT**

14. On August 24, 2010, the '420 Patent, entitled "Use of Clodronic Acid for Treatment [of] Podotrochlosis" was duly and legally issued by the United States Patent and Trademark Office ("PTO").

15. The '420 Patent is generally directed to methods of treating podotrochlosis in horses.

16. Plaintiff Dechra Limited is the lawful owner by assignment of all rights, title and interest in and to the '420 Patent, including all rights to sue and recover for infringement thereof.

**DECHRA'S OSPHOS® TRADEMARK**

17. Plaintiff Dechra Limited is the owner of the federally registered trademark Osphos®

18. Osphos® has the Registration No. 3,356,636 and Registration Date of December 18, 2007.

19. Osphos® is the name of Dechra's Clodronate injectable product for the treatment of equine navicular syndrome (*i.e.*, podotrochlosis).

20. Dechra manufactures, markets and sells Osphos® throughout the United States.

21. Dechra's Osphos® trademark is inherently distinctive, and has acquired and continues to acquire substantial distinctiveness and goodwill in the marketplace through Dechra's use of that mark in commerce.

22. As a result of Dechra's continuous use of its Osphos® trademark, Osphos® has become associated in the minds of the relevant purchasing public with Dechra and Dechra's

Clodronate injectable product for the treatment of equine navicular syndrome (*i.e.*, podotrochlosis).

23. Dechra has acquired significant public trust and goodwill through its use of the Osphos® trademark and the high quality of Dechra's Osphos® product.

**RHM'S INFRINGING CONDUCT**

24. On information and belief, RHM is in the business of making, using, testing, importing, selling and/or offering for sale various veterinary products, supplements and pharmaceuticals including OsteoPhos, a Clodronate injectable product for the treatment of equine navicular syndrome (*i.e.*, podotrochlosis).

25. RHM offers to sell and sells products, including OsteoPhos, online through its website racehorsemeds.com.

26. It also sells products, including OsteoPhos, over the phone through its toll-free telephone number.

27. On its website racehorsemeds.com, RHM advertises its products and touts itself as "international supplier for all your veterinary products to maintain the health of your horse and to maximize the performance of the equine athlete."

28. RHM also advertises its products, website and toll-free telephone number on various social media and electronic media outlets, including without limitation, Facebook, Twitter and YouTube. Indeed, RHM's YouTube videos advertising its products have been viewed by thousands of viewers.

29. RHM offers for sale and sells OsteoPhos on its website at the following url address: http://racehorsemeds.com/product/new-product-osteophos-50mgml-15ml/.

30. According to its website, RHM's OsteoPhos product contains the active ingredient Clodronate Disodium Tetrahydrate which is the same active ingredient as Dechra's Osphos® product.

31. RHM provides the following "Dosage and Administration" directives for OsteoPhos on its website: "OsteoPhos is administered at 1.5 mg/kg by intramuscular (IM) injection up to a

maximum dose of 750 mg per horse – one vial. Evenly divide the total volume into three separate injection sites. For example, administer as three 5 cc intramuscular injections in three different locations on the body all at once. OsteoPhos is provided in a single use vial and does not contain a preservative, so discard any unused portion. OsteoPhos may be re-administered at three to six month intervals based on the recurrence of clinical signs. For horses that respond to OsteoPhos and maintain clinical improvement for 6 months, OsteoPhos should be re-administered after clinical signs recur."

32. In its description of OsteoPhos, RHM states on its website that OsteoPhos "has the same mechanism of action as…[Dechra's] Osphos®."

33. Dechra's Osphos® product was sold in the United States before RHM's infringing OsteoPhos product.

34. Dechra's Osphos® and RHM's OsteoPhos are sold in the same industry channels and to similar consumers (*i.e.*, Veterinarians and/or horse owners).

35. OsteoPhos is confusingly similar to Dechra's Osphos® trademark, and is likely to cause confusion among customers – including current Dechra customers.

36. Dechra will suffer reputational harm from such confusion, which is irreparable.

37. Dechra did not authorize, approve and/or sponsor RHM to use the name OsteoPhos.

**COUNT ONE**
**(Direct Infringement of the '420 Patent)**

38. Dechra incorporates herein by reference all allegations set forth in paragraphs 1 through 37 above.

39. RHM has infringed and continues to infringe the '420 Patent under 35 U.S.C. § 271(a), either literally and/or under the doctrine of equivalents by testing and/or making, using, offering to sell, selling and importing into the United States, products and/or methods that infringe one or more claims of the '420 Patent, including without limitation, RHM's OsteoPhos injectable solution and the use of the same.

40. Third parties, collectively with RHM, have infringed, and continue to infringe one or more claims of the '420 Patent under 35 U.S.C. §271(a), either literally and/or under the doctrine of equivalents by making, using, offering to sell and selling in the United States, and importing into the United States, products that infringe one or more claims of the '420 Patent, including without limitation, RHM's OsteoPhos injectable solution.

41. Dechra has and continues to be damaged by RHM's acts of infringement and will suffer additional damages and impairment of the value of its patent rights unless RHM is enjoined from its infringing activities.

42. As a direct and proximate result of RHM's infringement of the '420 Patent, Dechra has suffered and will continue to suffer irreparable injury and damages in an amount not yet determined for which Dechra is entitled to relief. Dechra is entitled to recover damages from RHM to compensate for RHM's past, present and ongoing infringement.

**COUNT TWO**
**(Induced Infringement of the '420 Patent)**

43. Dechra incorporates herein by reference all allegations set forth in paragraphs 1 through 42 above.

44. RHM has had actual knowledge of the '420 Patent since at least June 26, 2015, the date on which this action was filed, and the date that RHM received a letter from Dechra notifying RHM of the '420 Patent and RHM's infringement thereof.

45. RHM has actively induced and continues to actively induce the infringement of one or more claims of the '420 Patent under 35 U.S.C. §271(b) by causing, urging, encouraging, aiding, and/or instructing third parties to perform one or more of the claimed methods of the '420 Patent such that the third parties alone, or the third parties and RHM, directly infringe one or more claimed methods of the '420 Patent.

46. By way of example, RHM acting with specific intent, actively induces the infringement of one or more claimed methods of the '420 Patent by providing to third parties (through at least RHM's website) instructions for the use of its products, including without

limitation, the following instructions and express dosage and administration directives for using OsteoPhos to treat navicular syndrome: "OsteoPhos is administered at 1.5 mg/kg by intramuscular (IM) injection up to a maximum dose of 750mg per horse – one vial. Evenly divide the total volume into three separate injection sites. For example, administer as three 5 cc intramuscular injections in three different locations on the body all at once. OsteoPhos is provided in a single use vial and does not contain a preservative, so discard any unused portion. OsteoPhos may be re-administered at three to six month intervals based on the recurrence of clinical signs. For horses that respond to OsteoPhos and maintain clinical improvement for 6 months, OsteoPhos should be re-administered after clinical signs recur."

47. By following these instructions and directives, third-parties alone, or third parties and RHM, directly infringe one or more claimed methods of the '420 Patent. RHM, therefore, encourages and actively induces third parties to use OsteoPhos in a manner that infringes one or more claimed methods of the '420 Patent, either alone or together with RHM.

48. RHM's acts of inducing third parties to use OsteoPhos in an infringing manner are committed with: (1) knowledge of the '420 Patent, (2) specific intent that third parties infringe said patent, and (3) knowledge that such third party use of OsteoPhos constitutes infringement.

49. Dechra has and continues to be damaged by RHM's acts of infringement and will suffer additional damages and impairment of the value of its patent rights unless RHM is enjoined from its infringing activities.

50. Dechra is entitled to recover damages from RHM to compensate for RHM's past, present and ongoing infringement.

**COUNT THREE**
**(Willful Infringement of the '420 Patent)**

51. Dechra incorporates herein by reference all allegations set forth in paragraphs 1 through 50 above.

52. From at least June 26 2015, RHM has had actual knowledge of the '420 Patent.



USAO_20CR162_00173128

53. RHM should have been aware, at least from such time, that there was an objectively high likelihood that its actions thereafter constituted and were inducing patent infringement.

54. RHM has no good faith basis to believe that its continuing conduct as alleged herein does not constitute patent infringement.

55. RHM's infringement since at least June 26, 2015 has been willful and deliberate, entitling Dechra to enhanced damages under 35 U.S.C. § 284.

56. RHM's infringement since at least June 26, 2015, without a good faith basis to believe that such conduct is not infringing, renders this an extraordinary case under 35 U.S.C. § 285, which entitles Dechra to an award of attorneys' fees.

**COUNT FOUR**
**(Federal Trademark Infringement – 15 U.S.C. § 1114)**

57. Dechra incorporates herein by reference all allegations set forth in paragraphs 1 through 56 above.

58. Dechra owns the exclusive rights in and to U.S. Registration No 3,356,636 for its trademark Osphos®.

59. Dechra's Osphos® trademark is inherently distinctive, and has acquired and continues to acquire substantial distinctiveness and goodwill in the marketplace through Dechra's use of that mark in commerce. As a result of Dechra's continuous use its Osphos® trademark, Osphos ® has become associated in the minds of the relevant purchasing public with Dechra and Dechra's Clodronate injectable product.

60. RHM's use of the confusingly similar name OsteoPhos to identify, advertise, market and/or promote its Clodronate injectable product is likely to cause confusion among customers.

61. On information and belief, RHM's use of the confusingly similar name Osteophos to identify, advertise, market and/or promote its Clodronate injectable product is an intentional attempt to trade off the goodwill of Dechra and its Osphos® trademark.

62. RHM has infringed and will continue to infringe Dechra's rights in U.S. Registration No. 3,356,636 by using OsteoPhos or any other marks confusingly similar to Dechra's Osphos® mark in connection with the sale, offering for sale, marketing, and/or display of products.

63. RHM conduct constitutes trademark infringement in violation of 15 U.S.C. § 1114.

64. RHM's acts of trademark infringement have been and continue to be knowing, willful and intentional.

65. RHM's conduct has caused and, unless and until such acts are enjoined by this Court, will continue to cause great and irreparable injury to Dechra.

66. Dechra has no adequate remedy at law for the wrongful acts of RHM.

67. As a result of RHM's infringing actions, Dechra has suffered, and will continue to suffer, monetary damages in an amount to be proven at trial.

**COUNT FIVE**
**(False Designation of Origin under 15 U.S.C. §1125(a))**

68. Dechra incorporates herein by reference all allegations set forth in paragraphs 1 through 67 above.

69. RHM's use of the confusingly similar name Osteophos to identify, advertise, market and/or promote its Clodronate injectable product constitutes the use in commerce of names and designs, and of false designations of origin and false or misleading descriptions and representations associated with Dechra's Osphos® trademark in violation of 15 U.S.C. § 1125(a).

70. RHM's use of the confusingly similar name Osteophos to identify, advertise, market and/or promote its Clodronate injectable product is likely to cause confusion, mistake and deception as to the origin, sponsorship, or approval of RHM's products by Dechra.

71. RHM's use of the confusingly similar name Osteophos to identify, advertise, market and/or promote its Clodronate injectable product is an intentional attempt to trade off the goodwill of Plaintiff Unique and its trademark.

72. RHM's conduct constitutes false designation of origin in violation of 15 U. S.C. § 1125(a).

73. RHM's conduct has been and continues to be knowing, willful and intentional.

74. RHM conduct has caused and, unless and until such acts are enjoined by this Court, will continue to cause great and irreparable injury to Dechra.

75. Dechra has no adequate remedy at law for the wrongful acts of RHM.

76. As a result of RHM's infringing actions, Dechra has suffered, and will continue to suffer, monetary damages in an amount to be proven at trial.

**COUNT SIX**
**(Unfair Competition and False Advertising under 15 U.S.C. §1125(a))**

77. Dechra incorporates herein by reference all allegations set forth in paragraphs 1 through 76 above.

78. RHM's actions described above, including without limitation, RHM's suggestion that OsteoPhos "has the same mechanism of action as…Osphos®," is literally false and constitutes false advertising in violation of 15 U.S.C. § 1125(a).

79. Consumers are likely to be misled and deceived by RHM's representations regarding Dechra's Osphos® product.

80. RHM knew or should have known that its statements were literally false and/or likely to mislead.

81. RHM is in competition with Dechra.

82. As an actual and proximate result of RHM's willful and intentional actions, Dechra has suffered damages in an amount to be determined at trial, and unless RHM is enjoined, Dechra will continue to suffer irreparable harm and damage to its business, reputation, and goodwill.

83. Dechra has no adequate remedy at law for the wrongful acts of RHM.

## RELIEF SOUGHT

**WHEREFORE**, Dechra respectfully requests:

A) A judgment and decree that RHM has and is continuing to infringe the '420 Patent directly, indirectly by inducement and willfully;

B) A judgment and decree preliminarily and permanently enjoining RHM and its officers, directors, employees, agents and all persons in active concert with them, from infringing the '420 Patent;

C) An award of damages adequate to compensate Dechra for RHM's past, present and future infringement of the '420 Patent, including pre-judgment and post judgment interest;

D) An award of trebled damages for RHM's willful infringement of the '420 Patent;

E) A declaration that this an exceptional case under 35 U.S.C. § 285;

F) A judgment and decree that RHM has violated 15 U.S.C. § 1114 by infringing Dechra's Osphos® trademark; and violated 15 U.S.C. § 1125(a) based on RHM's acts of false designation of origin, unfair competition and false advertising;

G) An award of damages adequate to compensate Dechra for RHM's past, present and future trademark infringement, false designation of origin and unfair competition/false advertising, including pre-judgment and post judgment interest;

H) An award of profits derived by reason of said acts, or as determined by said accounting;

I) An award of trebled damages, costs, attorneys' fees and expenses in this suit under 15 U.S.C. § 1117 as a result of RHM's willful, intentional, and deliberate acts in violation of the Lanham Act;

J) A judgment and decree preliminarily and permanently enjoining RHM and its officers, directors, employees, agents and all persons in active concert with them, from infringing the Dechra's Osphos® trademark; and

K) Any other relief that the Court deems just and proper.

**JURY DEMAND**

Dechra demands a trial by jury of all issues triable of right by jury.

**DESIGNATION OF PLACE OF TRIAL**

Dechra hereby designates Kansas City, Kansas as the place for trial in the above-captioned cause of action.

Dated: June 26, 2015

Respectfully submitted,

LATHROP & GAGE LLP

By: /s/ David R. Barnard
David R. Barnard (KS # 17955)
David V. Clark (KS # 70014)
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Tel: 816.292.2000 Fax: 816.292.2001
dbarnard@lathropgage.com
dclark@lathropgage.com

*Of Counsel*:
Frank M. Gasparo
Todd M. Nosher
VENABLE LLP
1270 Avenue of the Americas
New York, New York 10020
Tel: 212.307.5500 Fax: 212.307.5598
fmgasparo@venable.com
tmnosher@venable.com

*Attorneys for Plaintiffs Dechra Limited and Dechra Veterinary Products LLC*