

Aminocaproic Acid 250mg/ml

https://racehorsemeds.com/product/aminocaproic-acid-generic-amicar-50ml/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

Home Specials Shop by Category My Account About Us FAQs Race Tracks

Aminocaproic acid is used to treat excessive post-op bleeding, especially after procedures where a great amount of bleeding is expected, such as cardiac surgery. Aminocaproic Acid can be given orally or intravenously. Findings showed that lysine analogs, like aminocaproic acid, significantly reduced blood loss in patients undergoing coronary artery bypass grafting.

Aminocaproic acid is used with heparin therapy in patients with acute promyelocytic leukemia. This use is not currently included in the labeling approved by the US Food and Drug Administration. It is used as initial therapy when plasma antiplasmin levels have decreased to less than 40% of the normal levels.

Aminocaproic acid is used to control the bleeding that occurs when blood clots are broken down very quickly. This type of bleeding can occur during or after liver or heart surgery, in people who have cancer of the prostate, in people or animals that have certain bleeding disorders, stomach, lung or cervix (and in pregnant women experiencing placental. Aminocaproic acid can also be used to control bleeding in the urinary tract that can occur after kidney or prostate surgery or in people who have certain types of cancer. Aminocaproic acid should not be used to treat bleeding which is not caused by faster than normal clot breakdown. Aminocaproic acid is in the class of medications called hemostatics. AA works by slowing the breakdown of blood clots.

**Dosage and Administration: Administer 10-20ml by intravenous 3 to 6 hours before the event.**

**WARNING: This product will test in some jurisdictions. Check your local rules.**

Related products

CBD Supplements
EPM Supplements
Explosion Product Line
ITPP (Myo-inositol trispyrophosphate)
Joint Supplements
Nitric Oxide Boosters
Pastes, Powders and Suspensions
Performance Supplements
Post Race Recovery
Power Building Supplements
Soreness Supplements
Stomach and Gastrointestinal Care
Ty-Up - Muscle Damage - Buffers
Uncategorized
Vitamins



Arsenocyl 100ml Ferrocyle®

https://racehorsemeds.com/product/caccocyle-100ml-ferrocyle/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

Home Specials Shop by Category My Account About Us FAQs Race Tracks

Home / Amino Acid, Vitamin & Mineral Supplements / Arsenocyl 100ml Ferrocyle®

## Arsenocyl 100ml Ferrocyle®

$24.99

Add to cart

Description Reviews (0)

## Description

DESCRIPTION: Organic arsenic, iron and copper supplement.

COMPOSITION: Sodium cacodylate 6.4 mg/ml, Ferric chloride 0.68 mg/ml, Copper gluconate 0.19 mg/ml

RACEHORSE MEDS.COM

Search Our Products

Search products...

Search

RHM Store Sections:

Amino Acid, Vitamin & Mineral Supplements
Bleeding Supplements
Blood Building Supplements

Arsenocyl 100ml Ferrocyle® | ×
https://racehorsemeds.com/product/caccocyle-100ml-ferrocyle/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

Description Reviews (0)

## Description

DESCRIPTION: Organic arsenic, iron and copper supplement.

COMPOSITION: Sodium cacodylate 6.4 mg/ml, Ferric chloride 0.68 mg/ml, Copper gluconate 0.19 mg/ml.

ACTIONS: ARSENOCYL (This product compares to the Nature Vet® FERROCYL®) is an injectable organic arsenic and mineral treatment for anemia's and debilitated states in horses.
ARSENOCYL combines the therapeutic properties of pentavalent arsenic compounds along with readily available iron and copper. This combination makes ARSENOCYL suitable for treatment of iron responsive anemia and as a tool for the stimulation of horses in debilitated states, slow convalescence, in-appetence and nutritional & performance related stress.

The Key Features & Benefits:
* ARSENOCYL is a safe preparation of organic arsenic, iron & copper to stimulate the production of red blood cells.
* ARSENOCYL improves appetite in difficult eaters and improves skin and coat condition.
* ARSENOCYL promotes recovery from stress, debility, parasitism and poor nutrition.
* ARSENOCYL assists horses under the stress of training and racing.

INDICATIONS: The organic arsenic in ARSENOCYL increases skin and gut blood circulation, promotes a healthy coat growth and also stimulates appetite, while the iron and copper stimulate red blood cell

### RHM Store Sections:

- Amino Acid, Vitamin & Mineral Supplements
- Bleeding Supplements
- Blood Building Supplements
- Breathing and Respiratory Supplements
- Calming Supplements
- CBD Supplements
- EPM Supplements
- Explosion Product Line
- ITPP (Myo-inositol trispyrophosphate)
- Joint Supplements
- Nitric Oxide Boosters
- Pastes, Powders and Suspensions
- Performance Supplements

Arsenocyl 100ml Ferrocyle® | ×
https://racehorsemeds.com/product/caccocyle-100ml-ferrocyle/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

The Key Features & Benefits:
* ARSENOCYL is a safe preparation of organic arsenic, iron & copper to stimulate the production of red blood cells.
* ARSENOCYL improves appetite in difficult eaters and improves skin and coat condition.
* ARSENOCYL promotes recovery from stress, debility, parasitism and poor nutrition.
* ARSENOCYL assists horses under the stress of training and racing.

INDICATIONS: The organic arsenic in ARSENOCYL increases skin and gut blood circulation, promotes a healthy coat growth and also stimulates appetite, while the iron and copper stimulate red blood cell and hemoglobin production for improved blood counts, improved oxygen transport and improved performance. Copper is an essential component of many body functions.

ARSENOCYL has a particular application in the following states:
* Shy, picky eaters. The effect is usually rapid, after only 2 – 3 s. Good eaters will recover more rapidly from stress. With the return of normal appetite any anemia's are often quickly corrected.
* To promote recovery from poor nutritional states, after worming or during hard training or convalescence from illness or injury.
* For over-trained or run down performance horses under stress.
* To improve horses brought into training after long time off.
* After serious illness or injury, parasitism or chronic hemorrhage.

FOR- Horses, Dogs and Camels

**DOSEAGE & ADMINISTRATION: Horses: 30 ml by intramuscular or as directed by your veterinary surgeon every second day. Repeat as indicated.**
**Dogs: 1-5 mL by intramuscular daily or every second day as directed by your veterinary**

- ITPP (Myo-inositol trispyrophosphate)
- Joint Supplements
- Nitric Oxide Boosters
- Pastes, Powders and Suspensions
- Performance Supplements
- Post Race Recovery
- Power Building Supplements
- Soreness Supplements
- Stomach and Gastrointestinal Care
- Ty-Up - Muscle Damage - Buffers
- Uncategorized
- Vitamins
- Weight & Condition

### We Proudly Accept:

Arsenocyl 100ml Ferrocyle® |

https://racehorsemeds.com/product/caccocyle-100ml-ferrocyle/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

FOR- Horses, Dogs and Camels

**DOSEAGE & ADMINISTRATION: Horses: 30 ml by intramuscular or as directed by your veterinary surgeon every second day. Repeat as indicated.**
**Dogs: 1-5 mL by intramuscular daily or every second day as directed by your veterinary surgeon. Repeat as indicated.**

PRESENTATION: 100 ml sterile multi-dose glass vial.

STORAGE: Store below 25C (Air Conditioning)

NOTE: This product can be used with any other Vitamin or supplement from Racehorse Meds. This product is best used the day before and the day of event. This product compares to Nature Vet® FERROCYL in that both have the same ingredients. This product is not manufactured or distributed by Nature Vet® who is the sole distributor of FERROCYL®

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels, alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

WARNING: Sodium cacodylate is an organic arsenic compound.
Do not use arsenic preparations for continuous treatment. A period of at least one month should pass before treatments are repeated.
Meat Withholding Period: Horses: 28 days.

Caution: ARSENOCYL can be combined with VITAMINS & MINERALS to provide all essential nutrients and co-factors for improved production of new red blood cells.

Vitamins

Weight & Condition

We Proudly Accept:

VISA BANK TRANSFER bitcoin

Arsenocyl 100ml Ferrocyle® |

https://racehorsemeds.com/product/caccocyle-100ml-ferrocyle/

Terms and Conditions Shipping and Returns Privacy Policy RacehorseMeds@ProtonMail.ch Select Language 0 Items

RACEHORSE MEDS.COM Home Specials Shop by Category My Account About Us FAQs Race Tracks

alpacas and pigeons. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

WARNING: Sodium cacodylate is an organic arsenic compound.
Do not use arsenic preparations for continuous treatment. A period of at least one month should pass before treatments are repeated.
Meat Withholding Period: Horses: 28 days.

Caution: ARSENOCYL can be combined with VITAMINS & MINERALS to provide all essential nutrients and co-factors for improved production of new red blood cells.

Note: Organic arsenic is available in two forms:

(1) the toxic trivalent form and

(2) the safe, non-toxic pentavalent form seen in ARSENOCYL. This product compares to Nature Vet FERROCYL®.

Arsenic preparations have long been known and used for their stimulant and therapeutic properties in animals. As an organic preparation it is rapidly absorbed and acts very quickly for early visible results.

Tips for Trainers: Indicated whenever anemia is evident. Many fit, athletic horses have some degree of anemia. Horses, which are difficult eaters, recovering from illness, injury or parasitism, stressed from hard training and racing or recovering from blood loss may all respond positively to ARSENOCYL (This product compares to Nature Vet® FERROCYL®). Provide all other essential nutrients and co-factors to improve blood production by combining with VITAMINS & MINERALS S two to three times weekly.

For use as a supplemental source of Vitamins & Amino Acids in horses, cattle, sheep, swine, camels,