Keep Out Of Reach Of Children
For Animal Treatment Only
Prescription Animal Remedy

# Ostarine MK-2866 Oral Solutiuon

## Indications:

Ostarine MK-2866 is in the class of Selective Androgen Receptor Modulators or SARMS. SARMS offer the benefits of traditional Anabolic Androgenic Steroids such as testosterone, including increased muscle mass, fat loss, and bone density.

**Store below 25 degrees C. Do not freeze. Protect from light.**

Lot No.: RM-19110
Exp. Date: 09/15/19

RACEHORSE MEDS

90ml
50mg/ml

Apple Flavor

## Dosage and Administration:

HORSES: Administer 3ml (150mg Ostarine per dose) orally (by mouth) daily. *Note: Ostarine has a 24 hour half life.

Ostarine Side Effects:
MK-2866 is fully side effect free. The only threat is that it's possible to experience some mild natural test shut down in cycles over 4 weeks, but the time between cycles are only 4 weeks.

RacehorseMeds.com