2016
China

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: October 19, 2016**
**INVOICE NO.: GW161020**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Iron Sucrose<br>CAS NO.: 8047-67-4 | 3 KG | USD360.00/KG | USD1080.00 |
| Total(include express fees to USA door to door ) | | | USD1080.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: RHM Equine Supplements**
**USA**

**DATE: May 21, 2018**
**INVOICE NO.: GW180521**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 500 MG | USD5.9/MG | USD2950.00 |
| Adenosine 5 Monophosphate<br>CAS NO.: 61-19-8 | 1 KG | USD280.00/KG | USD280.00 |
| Iron Sucrose<br>CAS NO.: 8047-67-4 | 2 KG | USD360.00/KG | USD720.00 |
| Total(include express fees to USA door to door ) | | | USD3950.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: RHM Equine Supplements
USA

DATE: June 07, 2018
INVOICE NO.: GW1806071

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Ostarine (MK-2866)<br>CAS: 841205-47-8 | 200 G | USD8.8/G | USD1760.00 |
| Flumethasone<br>CAS: 2135-17-3 | 20 G | USD31.5/g | USD630.00 |
| Furosemide<br>CAS NO.: 54-31-9 | 1 KG | USD450.00/KG | USD450.00 |
| Cardanine GW501516<br>CAS: 317318-70-0 | 100 G | USD8.75/G | USD875.00 |
| Product: Folic Acid<br>CAS: 59-30-3 | 1 KG | USD375.00/KG | USD375.00 |
| Total(include express fees to USA door to door ) | | | USD4090.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: February 16, 2017**
**INVOICE NO.: GW170216**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Adenosine 5 Monophosphate<br>CAS NO.: 61-19-8 | 1 KG | USD280.00/KG | USD280.00 |
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 5 KG | USD165.00/KG | USD825.00 |
| Disodium Succinate<br>CAS: 150-90-3 | 5 KG | USD80/KG | USD400.00 |
| Total(include express fees to USA door to door ) | | | USD1505.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明
AUTHORIZED SIGNATURE(S)

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: August 22, 2016
INVOICE NO.: GW160822

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Lactose Monohydrate Food Grade ✓ 9/13/16<br>CAS: 64044-51-5 | 12 KG | USD50.00/KG | USD600.00 |
| Total(include express fees to USA door to door ) | | | USD600.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: February 07, 2016
INVOICE NO.: GW17020702

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Toltrazuril<br>CAS: 69004-03-1<br>Purity: 99% | 10 kg | USD383.5/kg | USD3835.00 |
| Sodium Gluconate (Gluconic Acid Sodium Salt)<br>USP24<br>CAS:527-07-1 | 10 kg | USD75/kg | USD750.00 |
| Total(include express fees to USA door to door ) | | | USD4585.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: February 07, 2016**
**INVOICE NO.: GW17020701**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Iron Sucrose<br>CAS NO.: 8047-67-4 | 2 KG | USD360.00/KG | USD720.00 |
| Product: Dexamethasone Sodium Phosphate<br>CAS: 2392-39-4 | 500G | USD4.60/G | USD2300.00 |
| Total(include express fees to USA door to door ) | | | USD3020.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明

AUTHORIZED SIGNATURE(S)

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: February 03, 2016**
**INVOICE NO.: GW160203**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Levothyroxine<br>CAS: 51-48-9 | 5 G | USD57.00/G | USD285.00 |
| Total(include express fees to USA door to door ) | | | USD285.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: February 15, 2016**
**INVOICE NO.: GW160215**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 100 VIALS | USD8.51/VIAL | USD851.00 |
| Total(include express fees to USA door to door ) | | | USD851.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

DHL
7798194596

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: February 07, 2017
INVOICE NO.: GW17020702

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Toltrazuril<br>CAS: 69004-03-1<br>Purity: 99% | 10 kg | USD383.5/kg | USD3835.00 |
| Sodium Gluconate (Gluconic Acid Sodium Salt)<br>USP24<br>CAS:527-07-1 | 10 kg | USD75/kg | USD750.00 |
| Total(include express fees to USA door to door ) | | | USD4585.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: February 09, 2016
INVOICE NO.: GW160209

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Follistatin 344<br>Purity: 98%<br>Packing: 1mg/vial ORANGE | 10 vials | USD53.00/vial | USD530.00 ✓ |
| Product: MGF (GF)<br>Purity: 98%<br>Packing: 2mg/vial GRAY | 10 vials | USD13.50/vial | USD135.00 ✓ |
| Product: PEF-MGF (GF PLUS)<br>Purity: 98%<br>Packing: 2mg/vial BROWN | 10 vials | USD19.00/vial | USD190.00 ✓ |
| Total(include express fees to USA door to door ) | | | USD855.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

DHL

3875750325

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: September 08, 2016**
**INVOICE NO.: GW160908**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 10 KG | USD165.00/KG | USD1650.00 |
| Total(include express fees to USA door to door ) | | | USD1650.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: APR. 05, 2016
INVOICE NO.: GW160405

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| ACTH(1-24)-Tetracosaside CAS NO.: 16960-16-0 FEDEX 808457977487 | 1 G | USD1650.00/G | USD1650.00 |
| Total(include express fees to USA door to door ) | | | USD1650.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

RE-SHIP

CALCIUM LEVULINATE - 500G
SODIUM SELENATE - 100G

~~FEDEX 808457977443~~

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: RHM Equine Supplements**
**USA**

**DATE: November 13, 2017**
**INVOICE NO.: GW1711132**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Folic Acid<br>CAS: 59-30-3 | 1 KG | USD375.00/KG | USD375.00 |
| Myo-inositol trispyrophosphate hexasodium salt<br>CAS NO.: 23103-35-7 | 200 G | USD27.85/G | USD5570.00 |
| Total(include express fees to USA door to door ) | | | USD5945.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工貿有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: November 07, 2016
INVOICE NO.: GW161107

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Toltrazuril<br>CAS: 69004-03-1<br>Purity: 99% | 10 kg | USD383.5/kg | USD3835.00 |
| Sodium Gluconate (Gluconic Acid Sodium Salt)<br>USP24<br>CAS:527-07-1 | 10 kg | USD75/kg | USD750.00 |
| Total(include express fees to USA door to door ) | | | USD4585.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武 汉 金 翔 工 贸 有 限 公 司

**WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD**

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: ~~May 09, 201~~6**
**INVOICE NO.: GW160509**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 10 KG | USD165.00/KG | USD1650.00 |
| Sodium Gluconate (Gluconic Acid Sodium Salt)<br>USP24<br>CAS:527-07-1 | 10 kg | USD75/kg | USD750.00 |
| Total(include express fees to USA door to door ) | | | USD2400.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: RHM Equine Supplements**
**USA**

**DATE: May 14, 2017**
**INVOICE NO.: GW180514**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Myo-inositol trispyrophosphate hexasodium salt<br>CAS NO.: 23103-35-7 | 200 G | USD27.85/G | USD5570.00 |
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 10 KG | USD165.00/KG | USD1650.00 |
| Total(include express fees to USA door to door ) | | | USD7220.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: RHM Equine Supplements**
**USA**

**DATE: April 23, 2018**
**INVOICE NO.: GW180423**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Misoprostol 1%<br>CAS: 59122-46-2 | 2500 G | USD3.2/G | USD8000.00 |
| Total(include express fees to USA door to door ) | | | USD8000.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: August 11, 2017
INVOICE NO.: GW170811

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Sodium Gluconate (Gluconic Acid Sodium Salt)<br>USP24<br>CAS:527-07-1 | 10 KG | USD75/KG | USD750.00 |
| Total(include express fees to USA door to door ) | | | USD750.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: April 27, 2016
INVOICE NO.: GW160427

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Follistatin 344<br>Purity: 98%<br>Packing: 1mg/vial | 20 vials | USD53.00/vial | USD1060.00 |
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 200 mg | USD5.9/mg | USD1180.00 |
| Ostarine (MK-2866) FEDEX<br>CAS: 841205-47-8 808457978120 | 100 G | USD8.8/G | USD880.00 |
| Total(include express fees to USA door to door ) | | | USD3120.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

EMS
EA204598179CN

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: May 12, 2017
INVOICE NO.: GW170512

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Cardanine GW501516<br>CAS: 317318-70-0 | 200 G | USD8.75/G | USD1750.00 |
| Anibolicum LGD4033<br>CAS: 1165910-22-4 | 50G | USD23.5/G | USD1175.00 |
| Etamsylate<br>CAS NO.: 2624-44-4 | 2 KG | USD245.00/KG | USD490.00 |
| Total(include express fees to USA door to door ) | | | USD3415.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: RHM Equine Supplements**
**USA**

**DATE: November 13, 2017**
**INVOICE NO.: GW1711131**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| ACTH(1-24)-Tetracosaside<br>CAS NO.: 16960-16-0 | 1 G | USD1650.00/G | USD1650.00 |
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 300 MG | USD5.9/MG | USD1770.00 |
| Sodium Gluconate (Gluconic Acid Sodium Salt)<br>USP24<br>CAS:527-07-1 | 10 KG | USD75/KG | USD750.00 |
| Misoprostol 1%<br>CAS: 59122-46-2 | 200 G | USD3.2/G | USD640.00 |
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 100 VIALS | USD8.51/VIAL | USD851.00 |
| Total(include express fees to USA door to door ) | | | USD5661.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司
AUTHORIZED SIGNATURE(S)

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: December 12, 2016
INVOICE NO.: GW161212

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Flunixin Meglumine USP<br>CAS NO.: 42461-84-7 | 5 KG | USD375.00/KG | USD1875.00 |
| Arsanilate Sodium Salt<br>CAS NO.: 127-85-5 | 1 KG | USD375.00/KG | USD375.00 |
| Product: Clycopyrrolate<br>CAS: 596-51-0 | 5 G | USD95.00/G | USD475.00 |
| Cimetidine<br>CAS: 51481-61-9<br>Purity: 99% | 1KG | USD315/KG | USD315.00 |
| Myo-inositol trispyrophosphate hexasodium salt<br>CAS NO.: 23103-35-7 | 200 G | USD27.85/G | USD5570.00 |
| Product: Folic Acid<br>CAS: 59-30-3 | 1 KG | USD375.00/KG | USD375.00 |
| Product: Follistatin 344<br>Purity: 98%<br>Packing: 1mg/vial | 20 vials | USD53.00/vial | USD1060.00 |
| Product: PEG-MGF<br>Purity: 98%<br>Packing: 2mg/vial | 20 vials | USD19.00/vial | USD380.00 |
| Ostarine (MK-2866)<br>CAS: 841205-47-8 | 200 G | USD8.8/G | USD1760.00 |
| Lactose Monohydrate Food Grade<br>CAS: 64044-51-5 | 12 KG | USD50.00/KG | USD600.00 |
| Total(include express fees to USA door to door ) | | | USD12785.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: November 10, 2016
INVOICE NO.: GW161110

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Follistatin-344<br>Purity: 98%<br>Packing: 1mg/vial | 20 vials | USD53.00/vial | USD1060.00 |
| Total(include express fees to USA door to door ) | | | USD1060.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

刘明

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: January 13, 2017**
**INVOICE NO.: GW170113**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Etamsylate<br>CAS NO.: 2624-44-4 | 2 KG | USD245.00/KG | USD490.00 |
| Myo-inositol trispyrophosphate hexasodium salt<br>CAS NO.: 23103-35-7 | 100 G | USD27.85/G | USD2785.00 |
| Total(include express fees to USA door to door ) | | | USD3275.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: May 10, 2017**
**INVOICE NO.: GW170510**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: PEG-MGF<br>Purity: 98%<br>Packing: 2mg/vial | 60 vials | USD19.00/vial | USD1140.00 |
| Disodium Succinate<br>CAS: 150-90-3 | 10 KG | USD80/KG | USD800.00 |
| Sodium Gluconate (Gluconic Acid Sodium Salt)<br>USP24<br>CAS:527-07-1 | 10 KG | USD75/KG | USD750.00 |
| Total(include express fees to USA door to door ) | | | USD2690.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

18CIO7150266_55241_2_1_000177

| | CAS # |
|---|---|
| MYO-INOSITOL TRISPYROPHOSPHATE HEXASODIUM SALT | 23103-35-7 |
| PHENOL, USP LIQUIFIED | 108-95-2 |
| KETOPROFEN | 22071-15-4 |
| ACTH (1-24) TETRACOSASIDE | 16960-16-0 |
| MISOPROSTOL 1% | 59122-46-2 |
| SODIUM CACODYLATE TRIHYDRATE | 6131-99-3 |
| RESERPINE | 50-55-5 |
| ETAMSYLATE | 2624-44-4 |
| FLUMETHASONE | 2135-17-3 |
| CIMETIDINE | 51481-61-9 |
| DISODIUM SUCCINATE | 150-90-3 |
| PHENYLBUTAZONE | 50-33-9 |
| SODIUM SELENATE | 13410-01-0 |
| FUROSEMIDE | 54-31-9 |
| FOLIC ACID | 59-30-3 |
| LACTOSE MONOHYDRATE FOOD GRADE | 64044-51-5 |

| | CAS # |
|---|---|
| TOLTRAZURIL | 69004-03-1 |
| SODIUM GLUCONATE | 527-07-1 |
| IRON SUCROSE | 8047-67-4 |
| DEXAMETHASONE SODIUM PHOSPHATE | 2392-39-4 |
| LEVOTHYROXINE | 51-48-9 |
| ADENOSINE 5 MONOPHOSPHATE | 61-19-8 |
| THYMOSIN BETA 4 | 77591-33-4 |
| FOLLISTATIN 344 | 1MG/VIAL |
| PEG-MGF | 2MG/VIAL |
| OSTARINE | 841205-47-8 |
| DI-ISOPROPYLAMINE DICHLOROACETATE | 660-27-5 |
| ARSANILATE SODIUM SALT | 127-85-5 |
| FLUNIXIN MEGLUMINE | 42461-84-7 |
| GLYCOPYRROLATE | 596-51-0 |
| CLENBUTEROL HYDROCHLORIDE | 21898-19-1 |
| RANITIDINE HYDROCHLORIDE | 66357-59-3 |
| ADENOSINE TRIPHOSPHATE SODIUM SALT | 987-65-5 |

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: May 31, 2017**
**INVOICE NO.: GW170531**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Cardanine GW501516<br>CAS: 317318-70-0 | 300 G | USD8.75/G | USD2625.00 |
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 300 MG | USD5.9/MG | USD1770.00 |
| Total(include express fees to USA door to door ) | | | USD4395.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: July 10, 2017
INVOICE NO.: GW170710

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Ostarine (MK-2866)<br>CAS: 841205-47-8 | 300 G | USD8.8/G | USD2640.00 |
| Product: Levothyroxine<br>CAS: 51-48-9 | 10G | USD57/G | USD570.00 |
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 300MG | USD5.9/MG | USD1770.00 |
| Total(include express fees to USA door to door ) | | | USD4980.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: October 11, 2016
INVOICE NO.: GW161011

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Ranitidine Hydrochloride<br>CAS NO.: 66357-35-5 | 12 KG | USD175.00/KG | USD2100.00 |
| Product: Folic Acid<br>CAS: 59-30-3 | 1 KG | USD375.00/KG | USD375.00 |
| Arsanilate Sodium Salt<br>CAS NO.: 127-85-5 | 1 KG | USD375.00/KG | USD375.00 |
| Total(include express fees to USA door to door ) | | | USD2850.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

# 武汉金羽工贸有限公司

# WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: November 15, 2016**
**INVOICE NO.: GW161115**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Disodium Succinate<br>CAS: 150-90-3 | 10 KG | USD80/KG | USD800.00 |
| Total(include express fees to USA door to door ) | | | USD800.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: <u>chemical@golden-wing.com.cn</u>**

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: November 23, 2016
INVOICE NO.: GW161123

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Toltrazuril<br>CAS: 69004-03-1<br>Purity: 99% | 10 KG | USD383.5/KG | USD3835.00 |
| Flunixin Meglumine USP 12/15/16<br>CAS NO.: 42461-84-7 | 3 KG | USD375.00/KG | USD1125.00 |
| Ranitidine Hydrochloride 12/15/16<br>CAS NO.: 66357-35-5 | 20 KG | USD175.00/KG | USD3500.00 |
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 10 KG | USD165.00/KG | USD1650.00 |
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 200 MG | USD5.9/MG | USD1180.00 |
| Total(include express fees to USA door to door ) | | | USD11290.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: August 24, 2016**
**INVOICE NO.: GW160824**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Toltrazuril<br>CAS: 69004-03-1<br>Purity: 99% | 10 kg | USD383.5/kg | USD3835.00 |
| Total(include express fees to USA door to door ) | | | USD3835.00 |

✓ 9/13/16

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: September 02, 2016**
**INVOICE NO.: GW160902**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Ostarine (MK-2866)<br>CAS: 841205-47-8 | 100 G | USD8.8/G | USD880.00 |
| Total(include express fees to USA door to door ) | | | USD880.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: September 07, 2016**
**INVOICE NO.: GW160907**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Ostarine (MK-2866)<br>CAS: 841205-47-8 | 100 G | USD8.8/G | USD880.00 |
| Flunixin Meglumine USP ✓ 9/14/16<br>CAS NO.: 42461-84-7 | 2 KG | USD375.00/KG | USD750.00 |
| Total(include express fees to USA door to door ) | | | USD1630.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明
AUTHORIZED SIGNATURE(S)

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: May 23, 2016**
**INVOICE NO.: GW160523**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| **Product: PEF-MGF** SHIPPED<br>**Purity: 98%** WITH TB 500<br>**Packing: 2mg/vial** | **20 vials** | **USD19.00/vial** | **USD380.00** ✓ |
| **Ranitidine Hydrochloride** EMS<br>**CAS NO.: 66357-35-5** EA010166177CN | **2 KG** | **USD175.00/KG** | **USD350.00** |
| **Total(include express fees to USA door to door )** | | | **USD730.00** |

Growth Fac +

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

NEW TRACKING WITH 1TPP

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: May 17, 2016**
**INVOICE NO.: GW160517**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Etamsylate<br>CAS NO.: 2624-44-4 EMS EE603266865CN | 1 KG | USD245.00/KG | USD245.00 |
| Mildronate<br>CAS NO.: 76144-81-5 EMS EE603266848CN | 1 KG | USD505.00/KG | USD505.00 |
| Oxytetracycline<br>CAS NO.: 79-57-2 ✓ | 1 KG | USD280.00/KG | USD280.00 ✓ |
| Methylprednisolone<br>CAS: 83-43-2 ✓ | 50 G | USD9.8/G | USD490.00 ✓ |
| Myo-inositol trispyrophosphate hexasodium salt<br>CAS NO.: 23103-35-7 EMS EA262251741HK | 100 G | USD27.85/G | USD2785.00 ✓ |
| Total(include express fees to USA door to door ) | | | USD4305.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

[Stamp: 武汉金羽工贸有限公司 WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD. AUTHORIZED SIGNATURE(S) 刘明]

EMS - EE603266851CN ✓

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: May 10, 2016
INVOICE NO.: GW160510

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Levothyroxine EA<br>CAS: 51-48-9 EA204598219CN | 5 G | USD57.00/G | USD285.00 |
| Total(include express fees to USA door to door ) | | | USD285.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO. LTD

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: November 29, 2016**
**INVOICE NO.: GW161132**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| **Ranitidine Hydrochloride**<br>**CAS NO.: 66357-35-5** | **3 KG** | **USD175.00/KG** | **USD525.00** |
| **Furosemide**<br>**CAS NO.: 54-31-9** | **1 KG** | **USD450.00/KG** | **USD450.00** |
| **Total(include express fees to USA door to door )** | | | **USD975.00** |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: January 25, 2016
INVOICE NO.: GW170125

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Iron Sucrose<br>CAS NO.: 8047-67-4 | 2 KG | USD360.00/KG | USD720.00 |
| Product: Dexamethasone Sodium Phosphate<br>CAS: 2392-39-4 | 500G | USD4.60/G | USD2300.00 |
| Total(include express fees to USA door to door ) | | | USD3020.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

# 武 汉 金 羽 工 贸 有 限 公 司

**WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD**

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: January 18, 2016**
**INVOICE NO.: GW160118**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: PEF-MGF<br>Purity: 98%<br>Packing: 2mg/vial | 10 vials | USD19.00/vial | USD190.00 |
| Total(include express fees to USA door to door ) | | | USD190.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)

# 武汉金羽工贸有限公司

**WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD**

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: January 09, 2016**
**INVOICE NO.: GW170109**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Levothyroxine<br>CAS: 51-48-9 | 15 G | USD57.00/G | USD855.00 |
| Total(include express fees to USA door to door ) | | | USD855.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account:** chemical@golden-wing.com.cn

刘明

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: May 24, 2016
INVOICE NO.: GW160524

| Name of Commodity, packing PEG- | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4 SHIPPED WITH MGF<br>CAS: 77591-33-4<br>2mg/vial EMS EE603266825CN | 100 VIALS | USD8.51/VIAL | USD851.00 |
| Total(include express fees to USA door to door ) | | | USD851.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

NEW CMET TRACKING:
EMS - EE603268968

NEW OSTARINE -
EMS - EE603266817CN

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: April 19, 2016
INVOICE NO.: GW160420

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Sodium Cacodylate Trihydrate FEDEX<br>CAS: 6131-99-3<br>Purity: 98% 808457977362 | 200G | USD4.50/G | USD900.00 |
| Cimetidine FEDEX<br>CAS: 51481-61-9<br>Purity: 99% 808457977980 | 1KG | USD315/KG | USD315.00 |
| Dexamethazone Sodium Phosphate<br>Cas: 2392-39-4<br>Purity: 98% SAMPLE C | 200G | USD4.60/G | USD920.00 |
| Total(include express fees to USA door to door ) | | | USD2135.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: May 09, 2016
INVOICE NO.: GW160509

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Flumethasone EMS<br>CAS: 2135-17-3 EA204598205CN | 20 g | USD31.5/g | USD630.00 |
| Sodium Gluconate (Gluconic Acid Sodium Salt)<br>USP24<br>CAS:527-07-1 | 10 kg | USD75/kg | USD750.00 |
| Total(include express fees to USA door to door ) | | | USD1380.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: July 06, 2016
INVOICE NO.: GW160706

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Disodium Succinate<br>CAS: 150-90-3 | 5 KG | USD80/KG | USD400.00 |
| Total(include express fees to USA door to door ) | | | USD400.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: August 16, 2016**
**INVOICE NO.: GW160816**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Ostarine (MK-2866)<br>CAS: 841205-47-8 | 100 G | USD8.8/G | USD880.00 |
| Total(include express fees to USA door to door ) | | | USD880.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: August 09, 2016
INVOICE NO.: GW160809

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Flunixin Meglumine USP<br>CAS NO.: 42461-84-7 | 1 KG | USD375.00/KG | USD375.00 |
| Product: Levothyroxine<br>CAS: 51-48-9 | 5 G | USD57.00/G | USD285.00 |
| Phenylbutazone<br>CAS: 50-33-9 | 5 KG | USD200/KG | USD1000.00 |
| Etamsylate<br>CAS NO.: 2624-44-4 | 3 KG | USD245.00/KG | USD735.00 |
| Total(include express fees to USA door to door ) | | | USD2395.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: September 13, 2016
INVOICE NO.: GW160913

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 200 VIALS | USD8.51/VIAL | USD1702.00 |
| Total(include express fees to USA door to door ) | | | USD1702.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

刘明

AUTHORIZED SIGNATURE(S)

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: September 14, 2016
INVOICE NO.: GW160914

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Ranitidine Hydrochloride<br>CAS NO.: 66357-35-5 | 3 KG | USD175.00/KG | USD525.00 |
| Total(include express fees to USA door to door ) | | | USD525.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

刘明

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: February 25, 2016
INVOICE NO.: GW151225

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 10 KG | USD165.00/KG | USD1650.00 |
| Arsanilate Sodium Salt<br>CAS NO.: 127-85-5 DHL 6520534834 | 1KG | USD375.00/KG | USD375.00 |
| Total(include express fees to USA door to door ) | | | USD2025.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: August 23, 2016
INVOICE NO.: GW160823

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Arsanilate Sodium Salt<br>CAS NO.: 127-85-5 ✓9/14/16 | 1 KG | USD375.00/KG | USD375.00 |
| Sodium Cacodylate Trihydrate<br>CAS: 6131-99-3<br>Purity: 98% | 200G | USD4.5/G | USD900.00 |
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 300 mg | USD5.9/mg | USD1770.00 |
| Total(include express fees to USA door to door ) | | | USD3045.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

200 GRAMS OSTARINE

SHIPPING INFO: ____________________

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: August 05, 2016**
**INVOICE NO.: GW160805**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Flunixin Meglumine USP<br>CAS NO.: 42461-84-7 | 1KG | USD375.00/KG | USD375.00 |
| Total(include express fees to USA door to door ) | | | USD375.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: April 26, 2016**
**INVOICE NO.: GW160426**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| DADA Di-Isopropylamine Dichloroacetate FEDEX<br>CAS NO.: 660-27-5 776257404575 | 10 KG | USD165.00/KG | USD1650.00 |
| Total(include express fees to USA door to door ) | | | USD1650.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

**WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD**

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: April 22, 2016**
**INVOICE NO.: GW160422**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Misoprostol 1%<br>CAS: 59122-46-2 SAMPLE B | 150 G | USD3.2/G | USD480.00 |
| Ranitidine Hydrochloride<br>CAS NO.: 66357-35-5 SAMPLE A | 2 KG | USD175.00/KG | USD350.00 |
| Total(include express fees to USA door to door ) | | | USD830.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account:** chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

FEDEX - 808457978141

SAMPLE A - RANITIDNE
SAMPLE B - MISO
SAMPLE C - DEX

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: RHM Equine Supplements**
**USA**

**DATE: April 11st, 2018**
**INVOICE NO.: GW180411**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Cimetidine<br>CAS: 51481-61-9 | 1 KG | USD315.0/KG | USD315.00 |
| Sodium Gluconate (Gluconic Acid Sodium Salt)<br>USP24<br>CAS:527-07-1 | 10 KG | USD75/KG | USD750.00 |
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 1000 MG | USD5.9/MG | USD5900.00 |
| Total(include express fees to USA door to door ) | | | USD6965.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

谢芳芳

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: RHM Equine Supplements
USA

DATE: June 07, 2018
INVOICE NO.: GW1806072

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Dexamethazone Sodium Phosphate<br>Cas: 2392-39-4<br>Purity: 98% | 300G | USD4.60/G | USD1380.00 |
| Cimetidine<br>CAS: 51481-61-9 | 1 KG | USD315.0/KG | USD315.00 |
| Product: Clycopyrrolate<br>CAS: 596-51-0 | 5 G | USD95.00/G | USD475.00 |
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 400 MG | USD5.9/MG | USD2360.00 |
| Total(include express fees to USA door to door ) | | | USD4530.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

谢芳芳

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: March 31, 2016**
**INVOICE NO.: GW160331**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Disodium Succinate CAS: 150-90-3 FEDEX 808457977535 | 5 KG | USD80/KG | USD400.00 |
| Total(include express fees to USA door to door ) | | | USD400.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

INVOICE NO.: GW160819
DATE: Aug 19, 2016

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Flumethasone ✓ 9/13/16<br>CAS: 2135-17-3 | 25 g | USD31.5/g | USD787.50 |
| MK-2866 ✓ 9/13/16<br>CAS:841205-47-8 | 100g | USD8.8/g | USD880.00 |
| Total(include express fees to USA door to door ) | | | USD1667.50 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: February 18, 2016
INVOICE NO.: GW160218

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Clenbuterol Hydrochloride DHL<br>CAS: 21898-19-1 2452481430<br>Purity: 98% | 200 mg | USD5.9/mg | USD1180.00 |
| Flunixin Meglumine USP DHL<br>CAS NO.: 42461-84-7 45 2530 9832 | 1KG | USD375.00/KG | USD375.00 |
| Total(include express fees to USA door to door ) | | | USD1555.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: March 09, 2016
INVOICE NO.: GW160309

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Follistatin 344 DHL<br>Purity: 98%<br>Packing: 1mg/vial 2602416611 | 20 vials | USD53.00/vial | USD1060.00 |
| Total(include express fees to USA door to door ) | | | USD1060.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

CALCIUM LEVULINATE – DHL – 3721402705

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

### 形 式 发 票
### PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: March 28, 2016**
**INVOICE NO.: GW160328**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| **Phenylbutazone** FEXDEX<br>**CAS: 50-33-9** 8084-5797-7817<br>**Purity: 99%** | 5 KG | USD200/KG | USD1000.00 |
| **Sodium Selenate** DHL<br>**CAS: 13410-01-0** (8737778233<br>**Purity: 98%** | 100G | USD2.30/G | USD230.00 |
| **Total(include express fees to USA door to door )** | | | USD1230.00 |

√ CWJT

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: September 18, 2016
INVOICE NO.: GW160918

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Furosemide<br>CAS NO.: 54-31-9 | 1 KG | USD450.00/KG | USD450.00 |
| Total(include express fees to USA door to door ) | | | USD450.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: October 08, 2016
INVOICE NO.: GW161008

| Name of Commodity, packing | Quantity | Unit price | Amount |
| --- | --- | --- | --- |
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 100 VIALS | USD8.51/VIAL | USD851.00 |
| Product: Levothyroxine<br>CAS: 51-48-9 | 5 G | USD57.00/G | USD285.00 |
| Sodium Cacodylate Trihydrate<br>CAS: 6131-99-3<br>Purity: 98% | 200G | USD4.5/G | USD900.00 |
| Total(include express fees to USA door to door ) | | | USD2036.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

刘明

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: RHM Equine Supplements**
**USA**

**DATE: September 28, 2017**
**INVOICE NO.: GW170928**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 300 VIALS | USD8.51/VIAL | USD2553.00 |
| Total(include express fees to USA door to door ) | | | USD2553.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: May 02, 2017
INVOICE NO.: GW170502

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Flunixin Meglumine USP<br>CAS NO.: 42461-84-7 | 3 KG | USD375.00/KG | USD1125.00 |
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 10 KG | USD1650.00/KG | USD1650.00 |
| Total(include express fees to USA door to door ) | | | USD2775.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

~~22.5 EDTA~~
PEG.

PG = *25/1000
PHENYL
FERRIC
EDTA
ETHANOLAMINE

2.5 G / 50 ML
.49 / g
2.50 ✓
20 ML P.G. .60
.50
1.06
4.50

2050 lb
28.70 U.S.