

BB

EVID... ...CH

Agenc
Item N
Suspe
Victim
Date a
Recov
Descri

417

# SW EVIDENCE TAG

**Date:** 03-09-2020 **Item #** 2

**Location:** 1001 W. Cypress Creek, #417
Ft. Lauderdale, FL 33309

**Case Name:** Horsemedsonline.com

**Case/IE No:** 2018-CIO -715-0266 55241
18-0266- ~~81247~~

**Place Item Found:** Room A
Black file Cabinet by door

**Description of Item:**
Invoices for orders from China

**Item Found/Sealed By:** [signature]
**Searcher's Initials:** [initials]

FR

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FITZCO®
www.Fitzcoinc.com

FITZCO
www.Fitzcoinc.com

2017
China

# 武汉金羽工贸有限公司
# WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: August 5, 2015
INVOICE NO.: GW150805

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Clycopyrrolate DHL<br>CAS: 596-51-0 66 5470 8104 | 5 G | USD95.00/G | USD475.00 |
| Product: Dexamethasone Sodium Phosphate DHL<br>CAS: 2392-39-4 71 1756 5770 | 1KG | USD2690/KG | USD2690.00 |
| Product: Levothyroxine ~~DHL~~ FEDX<br>CAS: 51-48-9 6470 1948 7006 | 5 G | USD57.00/G | USD285.00 |
| Total(include express fees to USA door to door ) | | | USD3450.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工貿有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: May 05, 2017**
**INVOICE NO.: GW1705051**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Product: Follistatin 344<br>Purity: 98%<br>Packing: 1mg/vial | 20 vials | USD53.00/vial | USD1060.00 |
| Total(include express fees to USA door to door ) | | | USD1060.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: JUL. 07, 2015
INVOICE NO.: GW150707

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Arsanilate Sodium Salt<br>CAS NO.: 127-85-5 DHL 7437431164 | 1KG | USD375.00/KG | USD375.00 ✓ |
| Total(include express fees to USA door to door ) | | | USD375.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

2ND
ADSWOSING TRI + MON (LOST ONE)
~~DHL~~ FEDEX 641022745602 ✓

# 武汉金羽工貿有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: November 19, 2015
INVOICE NO.: GW151119

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Iron Sucrose<br>CAS NO.: 8047-67-4 | 2 KG | USD360.00/KG | USD720.00 |
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 5 KG | USD165.00/KG | USD825.00 |
| Flunixin Meglumine USP<br>CAS NO.: 42461-84-7 | 1KG | USD375.00/KG | USD375.00 |
| Total(include express fees to USA door to door ) | | | USD1920.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: JUL. 17, 2015
INVOICE NO.: GW150717

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Adenosine 5 Monophosphate<br>CAS NO.: 61-19-8 | 2 KG | USD280.00/KG | USD560.00 |
| Adenosine Triphosphate Disodium Salt<br>CAS NO.: 987-65-5 | 2 KG | USD280.00/KG | USD560.00 |
| Total(include express fees to USA door to door ) | | | USD1120.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

刘明

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: JUNE. 30, 2015**
**INVOICE NO.: GW150630**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Clenbuterol Hydrochloride EMS<br>CAS: 21898-19-1 EA134413176CN<br>Purity: 98% | 100 mg | USD5.9/mg | USD590.00 ✓ |
| Cyanocobalamin (B12) USP Grade 97~102% DHL<br>CAS NO.: 68-19-9 75 0891 1931 | 100 G | USD8.00/G | USD800.00 ✓ |
| Di-Isopropylamine Dichloroacetate DHL<br>CAS NO.: 660-27-5 2866740181 | 2 KG | USD165.00/KG | USD330.00 ✓ |
| Ranitidine Hydrochloride DHL<br>CAS NO.: 66357-[illegible] 59-3<br>Purity: 99% 16 9942 4473 | 2 KG | USD175.00/KG | USD350.00 ✓ |
| Total(include express fees to USA door to door ) | | | USD2070.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: June 17, 2015
INVOICE NO.: GW150617

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Toltrazuril DHL<br>CAS: 69004-03-1 3321908262<br>Purity: 99% | 10 kg | USD383.5/kg | USD3835.00 |
| Total(include express fees to USA door to door ) | | | USD3835.00 |

✓

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: June 12, 2015
INVOICE NO.: GW150612

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 100 mg | USD5.9/mg | USD590.00 |
| Total(include express fees to USA door to door ) | | | USD590.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

# WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: June 10, 2015
INVOICE NO.: GW150610

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Myo-inositol trispyrophosphate hexasodium salt<br>CAS NO.: 23103-35-7 | 100 G | USD27.85/G | USD2785.00 |
| Total(include express fees to USA door to door ) | | | USD2785.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: May 05, 2017**
**INVOICE NO.: GW1705052**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Arsanilate Sodium Salt<br>CAS NO.: 127-85-5 | 2 KG | USD375.00/KG | USD750.00 |
| Lactose Monohydrate Food Grade<br>CAS: 64044-51-5 | 12 KG | USD50.00/KG | USD600.00 |
| Adenosine Triphosphate Disodium Salt<br>CAS NO.: 987-65-5 | 2 KG | USD280.00/KG | USD560.00 |
| Total(include express fees to USA door to door ) | | | USD1910.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)

# 武汉金羽工貿有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: RHM Equine Supplements
USA

DATE: September 28, 2017
INVOICE NO.: GW170928

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 300 VIALS | USD8.51/VIAL | USD2553.00 |
| Total(include express fees to USA door to door ) | | | USD2553.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

# WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: March 14, 2017
INVOICE NO.: GW170314

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Ostarine (MK-2866)<br>CAS: 841205-47-8 | 200 G | USD8.8/G | USD1760.00 |
| Cardanine GW501516<br>CAS: 317318-70-0 | 100 G | USD8.75/G | USD875.00 |
| Phenol<br>CAS: 108-95-2<br>Purity: 99.5% GR | 500G | USD0.3/G | USD150.00 |
| Sodium Cacodylate Trihydrate<br>CAS: 6131-99-3<br>Purity: 98% | 200G | USD6.5/G | USD1300.00 |
| Total(include express fees to USA door to door ) | | | USD4085.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: RHM Equine Supplements
USA

DATE: SEP.30, 2017
INVOICE NO.: GW170930

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Cyanocobalamin (B12) USP Grade 97~102%<br>CAS NO.: 68-19-9 | 500 G | USD8.00/G | USD4000.00 |
| Total(include express fees to USA door to door ) | | | USD4000.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

谢芳芳

From: **chemical@golden-wing.cn** <*chemical@golden-wing.cn*> 10/10/2017 (15 hours ago)

To: Pegasis

Show details

Dear Rene,

Good day!

We sent out a package today by Fedex, the tracking number is 7704 6652 3623, please check.

The package includes:
Adenosine 5 Monophosphate #61-19-8 2kg/bag x 1 bag, unique number GW024-17123, Invoice number GW170926.
thymosin beta 4: 300vials/pack x 1 pack, unique number GW005-17124, Invoice number GW170928.
flunixin #42461-84-7: 1kg/bag x 1 bag, unique number GW018-17125 for the replacement.

Enclosed please find the updated delivey information data sheet for your reference.

Thanks and best regards,

Susan

**Wuhan Golden Wing Industry & Trade Co., Ltd**
**www.golden-wing.com.cn**
**Address:** Room 1101, Building 2-2, Dajiang Yuan (North Garden),
Jiangda Road, Jiangan District, Wuhan, 430015, China
**Tel:** 0086-27-82645123
**Fax:** 0086-27-82611835

**Please consider the environment - Do you really need to print this email?**

---

**From:** chemical@golden-wing.cn
**Date:** 2017-09-29 08:48
**To:** Pegasis
**Subject:** Re: Re: New

Dear Rene,

Good day!

Enclosed please find the proforma invoice, we will also send invoice via paypal, please check.

Thanks and best regards,

Susan

**Wuhan Golden Wing Industry & Trade Co., Ltd**
**www.golden-wing.com.cn**
**Address:** Room 1101, Building 2-2, Dajiang Yuan (North Garden),

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: February 15, 2017**
**INVOICE NO.: GW170215**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Reserpine<br>CAS: 50-55-5<br>Purity: 99%(HPLC) | 5G | USD63.0/G | USD315.00 |
| Phenol<br>CAS: 108-95-2<br>Purity: 99.5% GR | 500G | USD0.3/G | USD150.00 |
| Cimetidine<br>CAS: 51481-61-9<br>Purity: 99% | 2KG | USD315.0/KG | USD630.00 |
| Total(include express fees to USA door to door ) | | | USD1095.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武 汉 金 羽 工 贸 有 限 公 司

**WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD**

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: February 28, 2017**
**INVOICE NO.: GW170228**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 100 VIALS | USD8.51/VIAL | USD851.00 |
| Total(include express fees to USA door to door ) | | | USD851.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工贸有限公司

# WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: March 03, 2017**
**INVOICE NO.: GW170303**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Misoprostol 1%<br>CAS: 59122-46-2 | 100 G | USD3.2/G | USD320.00 |
| Total(include express fees to USA door to door ) | | | USD320.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: April 05, 2017**
**INVOICE NO.: GW1704051**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 300 MG | USD5.9/MG | USD1770.00 |
| Total(include express fees to USA door to door ) | | | USD1770.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: April 21, 2017**
**INVOICE NO.: GW170421**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 200 VIALS | USD8.51/VIAL | USD1702.00 |
| Adenosine 5 Monophosphate<br>CAS NO.: 61-19-8 | 1 KG | USD280.00/KG | USD280.00 |
| Product: Folic Acid<br>CAS: 59-30-3 | 1 KG | USD375.00/KG | USD375.00 |
| ACTH(1-24)-Tetracosaside<br>CAS NO.: 16960-16-0 | 1 G | USD1650.00/G | USD1650.00 |
| Toltrazuril<br>CAS: 69004-03-1<br>Purity: 99% | 10 KG | USD383.5/KG | USD3835.00 |
| Total(include express fees to USA door to door ) | | | USD7842.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: April 24, 2017**
**INVOICE NO.: GW170424**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Misoprostol 1%<br>CAS: 59122-46-2 | 600 G | USD3.2/G | USD1920.00 |
| Total(include express fees to USA door to door ) | | | USD1920.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account:** chemical@golden-wing.com.cn

刘明

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: September 26, 2017**
**INVOICE NO.: GW170926**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Adenosine 5 Monophosphate<br>CAS NO.: 61-19-8 | 2 KG | USD280.00/KG | USD560.00 |
| Cimetidine<br>CAS: 51481-61-9 | 3 KG | USD315.0/KG | USD945.00 |
| Clenbuterol Hydrochloride<br>CAS: 21898-19-1<br>Purity: 98% | 300 MG | USD5.9/MG | USD1770.00 |
| Total(include express fees to USA door to door ) | | | USD3275.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明

18CIO7150266_55241_2_1_000134

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: JUNE. 02, 2015
INVOICE NO.: GW150603

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Ketoprofen DHL<br>CAS: 22071-15-4 44 2780 8291 | 1 KG | USD510.00/KG | USD510.00 |
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 100 VIALS | USD8.51/VIAL | USD851.00 |
| Total(include express fees to USA door to door ) | | | USD1361.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: JUNE. 01, 2015
INVOICE NO.: GW150601

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Di-Isopropylamine Dichloroacetate CAS NO.: 660-27-5 (handwritten: DHL 328660 4333) | 2 KG | USD165.00/KG | USD330.00 ✓ |
| Clodronate Disodium(tetra hydrate) CAS NO.: 88416-50-6 Purity: 98%~102% (handwritten: DHL 53 7204 2281) | 100 G | USD6.50/G | USD650.00 ✓ |
| Total(include express fees to USA door to door ) | | | USD980.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

(Stamp: 武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD)

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: MAY. 22, 2015
INVOICE NO.: GW150522

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Myo-inositol trispyrophosphate hexasodium salt<br>CAS NO.: 23103-35-7 | 100 G | USD27.85/G | USD2785.00 |
| Cyanocobalamin (B12) USP Grade 97~102%<br>CAS NO.: 68-19-9 DHL 16 6779 8414 | 100 G | USD8.00/G | USD800.00 |
| Arsanilate Sodium Salt DHL - 9288156360<br>CAS NO.: 127-85-5 | 1KG | USD375.00/KG | USD375.00 |
| Total(include express fees to USA door to door ) | | | USD3960.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: MAY. 08, 2015
INVOICE NO.: GW150508

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Clodronate Disodium(tetra hydrate) DHL<br>CAS NO.: 88416-50-6 53 72042281<br>Purity: 98%~102% | 100 G | USD6.50/G | USD650.00 |
| Total(include express fees to USA door to door ) | | | USD650.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: APR. 14, 2015
INVOICE NO.: GW150414

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Adenosine 5 Monophosphate<br>CAS NO.: 61-19-8 | 2 KG | USD280.00/KG | USD560.00 |
| Adenosine Triphosphate Disodium Salt<br>CAS NO.: 987-65-5 | 2 KG | USD280.00/KG | USD560.00 |
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 2 KG | USD165.00/KG | USD330.00 |
| Myo-inositol trispyrophosphate hexasodium salt<br>CAS NO.: 23103-35-7 | 100 G | USD27.85/G | USD2785.00 |
| Iron Sucrose<br>CAS NO.: 8047-67-4 | 1 KG | USD360.00/KG | USD360.00 |
| ACTH(1-24)-Tetracosaside<br>CAS NO.: 16960-16-0 | 1 G | USD1650.00/G | USD1650.00 |
| Total(include express fees to USA door to door ) | | | USD6245.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武 汉 金 羽 工 贸 有 限 公 司

**WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD**

## 形 式 发 票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: MAR. 04, 2015**
**INVOICE NO.: GW150304**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Myo-inositol trispyrophosphate hexasodium salt<br>CAS NO.: 23103-35-7 | 20 g | USD565.00 | USD565.00 ✓ |
| Total(include express fees to USA door to door ) | | | USD565.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

刘明

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: December 2, 2015
INVOICE NO.: GW151206

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 100 VIALS | USD8.51/VIAL | USD851.00 |
| Arsanilate Sodium Salt<br>CAS NO.: 127-85-5 | 1KG | USD375.00/KG | USD375.00 |
| Total(include express fees to USA door to door ) | | | USD1226.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: December 14, 2015
INVOICE NO.: GW151214

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Di-Isopropylamine Dichloroacetate<br>CAS NO.: 660-27-5 | 10 KG | USD165.00/KG | USD1650.00 |
| Total(include express fees to USA door to door ) | | | USD1650.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

刘明

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: December 30, 2015
INVOICE NO.: GW151230

| Name of Commodity, packing | Quantity | Unit price | Amount |
| --- | --- | --- | --- |
| Ostarine (MK-2866) DHL<br>CAS: 841205-47-8 37 0101 7106 | 100 G | USD8.8/G | USD880.00 |
| Total(include express fees to USA door to door ) | | | USD880.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: SEP. 09, 2015**
**INVOICE NO.: GW150909**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Iron Sucrose<br>CAS NO.: 8047-67-4 | 2 KG | USD360.00/KG | USD720.00 |
| Total(include express fees to USA door to door ) | | | USD720.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

**TO: Pegasis Investment Group LLC**
**USA**

**DATE: September 22, 2015**
**INVOICE NO.: GW150922**

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 100 VIALS | USD8.51/VIAL | USD851.00 |
| Total(include express fees to USA door to door ) | | | USD851.00 |

**PAYMENT TERMS: 100% Paypal in advance**

**Paypal Account: chemical@golden-wing.com.cn**

# 武 汉 金 羽 工 贸 有 限 公 司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形 式 发 票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: August 28, 2015
INVOICE NO.: GW150828

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Adenosine 5 Monophosphate<br>CAS NO.: 61-19-8 | 2 KG | USD280.00/KG | USD560.00 ✓ |
| Di-Isopropylamine Dichloroacetate DHC 60 0485 6476<br>CAS NO.: 660-27-5 [illegible] | 5 KG | USD165.00/KG | USD825.00 ✓ |
| Total(include express fees to USA door to door ) | | | USD1385.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: August 17, 2015
INVOICE NO.: GW150817

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Pyrroloquinolin Quinone Di- sodium Salt<br>CAS: 122628-50-6<br>Purity: 99% | 100 G | USD11.40/G | USD1140.00 |
| Total(include express fees to USA door to door ) | | | USD1140.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.

# 武汉金翔工贸有限公司

# WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasus Investment Group LLC
USA

DATE: August 11, 2015
INVOICE NO.: GW150811

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Thymosin Beta 4<br>CAS: 77591-33-4<br>2mg/vial | 100 VIALS | USD8.51/VIAL | USD851.00 |
| Total(include express fees to USA door to door) | | | USD851.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金翔工贸有限公司
刘明
AUTHORIZED SIGNATURE(S)
WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

# 武汉金羽工贸有限公司

## WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD

## 形式发票
## PROFORMA INVOICE

TO: Pegasis Investment Group LLC
USA

DATE: August 4, 2015
INVOICE NO.: GW150804

| Name of Commodity, packing | Quantity | Unit price | Amount |
|---|---|---|---|
| Di-Isopropylamine Dichloroacetate DHL<br>CAS NO.: 660-27-5 8481398413 | 5 KG | USD165.00/KG | USD825.00 ✓ |
| Flunixin Meglumine USP DHL<br>CAS NO.: 42461-84-7 2586278052 | 1KG | USD375.00/KG | USD375.00 ✓ |
| Total(include express fees to USA door to door ) | | | USD1200.00 |

PAYMENT TERMS: 100% Paypal in advance

Paypal Account: chemical@golden-wing.com.cn

武汉金羽工贸有限公司 刘明 AUTHORIZED SIGNATURE(S) WUHAN GOLDEN WING INDUSTRY & TRADE CO., LTD.