# OZONE

35% Hydrogen Peroxide 25%

Total amount to be made: ______5000_____ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Hydrogen Peroxide 35% Food Grade | 0.25 ml | Actual: _1250__________ |
| Water for Sterile Injection | 0.75 ml | Actual: ________________ |

**Directions:**

1. Mix Hydrogen Peroxide and Water
2. Filter

## 100ml AMBER BOTTLES

# RBC

**PER 500ML (50 BOTTLES 10ML)**

1G NICKEL - 5

.25G B12 - 1.25

1.5ML BENZYL – 7.5

QS- SODIUM CHLORIDE .9% - 4.5

PH 6-7

**10 ML AMBER**


Pegasis 3098

# RED EXPLOSION

(Per 500ml)

B12 .002GRAMS ---- 1 gram

Sodium Chloride USP Granular .009grams ---- 4.5 grams

Benzyl .015ml ----- 7.5ml

Water 1ml

**PH 5-7**

**10 ML Clear Vials**


Pegasis 3099

# TQ EXPLOSION

Calcium Levulinate/Thiamine/GABA/Tryptophan

Total amount to be made: ____2000_______ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Calcium Levulinate USP Dihydrate | 0.1 grams | Actual: _200_______________ |
| Thiamine Hydrochloride USP (B1) | 0.2 grams | Actual: ____400____________ |
| Aminobutyric Acid (GABA) | 0.165 grams | Actual: _______330_________ |
| Tryptophan (L) USP | 0.02 grams | Actual: __________40______ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ____________20____ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve all components in 95% of water.
2. Adjust PH between 7.2 – 7.4.
3. Fill with water to final volume and mix well.
4. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER Bottles

# Blast Off Yellow and Yellow Explosion

ATP 6mg/ml

Total amount to be made: ___500____________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Adenosine-5-Triphosphoric Disodium | 0.006 grams | Actual: __3_______________ |
| Benzyl Alcohol | 0.01 ml | Actual: ___5______________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |
| Yellow Food Coloring | 0.0003 grams | Actual: _____5 Drops____________ |

**Directions:**

1. Add Benzyl Alcohol to 95% of Water.
2. Add Adenosine-5-Triphosphoric Disodium.
3. Bring to volume with water.
4. *Adjust PH between 4.0 and 5.0.
5. Add Yellow Food Coloring
6. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

# 10ml AMBER

# ACE

**(PER 50 BOTTLES)**

ACE-1.35 per 100ml- 67

BENZYL-1ml per 100ml- 50

PH 4.5-5.5

**100ML AMBER**


Pegasis 3102

# ACETYLCYSTEINE

Acetyl-L-Cysteine 200 mg/ml

Total amount to be made: ____3000________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Acetyl-L-Cysteine (N) USP | 0.2 grams | Actual: _600_______________ |
| Edetate Disodium USP Dihydrate | 0.01 grams | Actual: ____30____________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Edetate Disodium THEN Acetyl-L-Cysteine in 95% of total volume of water.
2. Adjust PH between 6.0 - 7.5.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER Bottles

# ACTH

Adrenocorticitropic Hormone 80IU/ml

Total amount to be made: ______1000_________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Adrenocorticitropic Hormone | 80 IU | Actual: ________0.1________ |
| Phenol Liquified USP | 0.005 ml | Actual: _______5__________ |
| Sodium Chloride USP Granular | 0.0089 grams | Actual: _______9__________ |
| Gelatin NF | 0.014 grams | Actual: ________14________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. PREPARE HOT WATER BATH in 60% of water.
2. Once heated, add sodium chloride and slowly add gelatin. Mix well.
3. Add phenol to Step #2. Mix well.
4. Add water to Step #3 to bring to 80% of volume.
5. Take Step #4 and heat in hot water bath until ALL solid particles have completely dissolved while maintaining a temperature between 90-100c. DO NOT ALLOW TEMPERATURE TO EXCEED 100c.
6. Add adrenocorticitropic hormone in a separate beaker to the remaining 20% of water. Filter into Step #6 and mix well.
7. Autoclave.
8. Refrigerate

**Calculation for API:**

| | |
|---|---|
| Number of units required: | _______________ IU |
| Divided by API potency (from certification of analysis) | ______810_______ |
| Equals – Quantity of API required for total volume) | _______________ mg |
| Muliplied by factor – milligrams to grams | .001g = 1 mg |
| Quantity of API required for total volume for formula | _______________ |

# 10ml AMBER BOTTLES


Pegasis 3104

Pegasis 3105

# (ATP)

Adenosine Triphosphate (ATP) 12.5 mg/ml

Total amount to be made: ____3000___________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Adenosine-5-Triphosphoric Disodium | 0.0125 grams | Actual: ___37.5_____________ |
| Benzyl Alcohol | 0.01 ml | Actual: _______30_________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add Benzyl Alcohol to 95% of Water.
2. Add Adenosine-5-Triphosphoric Disodium.
3. Bring to volume with water.
4. *Adjust PH between 4.0 and 5.0.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 30ml AMBER Bottles

# ADENOSINE

Adenosine-5-Monophosphate (AMP) 200 mg/ml

Total amount to be made: ___3000______ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| ADENOSINE-5-Monophosphate | 0.2 grams | Actual: 600______________ |
| Sodium Chloride USP Granular | 0.009 grams | Actual: ___27___________ |
| Benzyl Alcohol | 0.01 ml | Actual: _____30_________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add one spoonful of Sodium Hydroxide to 80% of water. Add as necessary and monitor the PH.
2. Add Benzyl Alcohol.
3. Add Sodium Hydroxide to bring PH up to 12.0.
4. Add Sodium Chloride.
5. Add Adenosine-5-Monophosphate while maintaining a PH of 10.0 – 12.0. Add Sodium Hydroxide as necessary because the Adenosine will drop the PH.
6. Bring to volume with water.
7. *Adjust PH between 10.0 and 12.0. **(It takes a lot of Sodium Hydroxide to raise the PH. It will start out very milky then once the PH reaches 10, it will clear up).**
8. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 30ml AMBER Bottles


Pegasis 3107

# ADRENAL CORTEX

Adrenal Cortex 200 mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Adrenal Cortex | 0.2 grams | Actual: ________________ |
| Cyanocobalamin USP | 0.001 grams | Actual: ________________ |
| Phenylalanine (D) | 0.004 grams | Actual: ________________ |
| Pangamic Acid Sodium | 0.02 grams | Actual: ________________ |
| Methionine USP (L) | 0.02 grams | Actual: ________________ |
| Pyridoxine Hydrochloride (USP) | 0.01 grams | Actual: ________________ |
| Glycine USP (Aminoacetic Acid) | 0.02 grams | Actual: ________________ |
| Leucine (L) | 0.02 grams | Actual: ________________ |
| Benzyl Alcohol | 0.02 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

## 100ml AMBER Bottles


Pegasis 3108

# ALLERGY EXPLOSION (FORMIC ACID)

FORMIC ACID 2%

Total amount to be made: _____1500_______ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Water for Sterile Injection | 1 ml | Actual: ________________ |
| Sodium Chloride USP Granular | 0.009 grams | Actual: _13.5____________ |
| Formic Acid (Liquid) | 0.025 ml | Actual: ____37.5___________ |
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: ______60_________ |
| Benzyl Alcohol | 0.01 ml | Actual: ________15_______ |

**Directions:**

1. In beaker #1 make sodium chloride solution. As an example, if making 100ml Sodium Chloride Solution 0.9%, add 900mg sodium chloride to water. 1000ml Sodium Chloride Solution you would add 9.0 grams sodium chloride to water and so on.
2. Add Formic Acid, Ammonium Sulfate and Benzyl Alcohol to beaker #2.
3. Add Sodium Chloride Solution from beaker #1 to beaker #2 and bring to final volume.
4. Filter.

## 30ml CLEAR Bottles

# AMBROXOL

Ambroxol HCL 6mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ambroxol HCL Powder | 0.006 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.02 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Disolve Ambroxol in 80% of total volume of water.
2. Add Benzyl Alcohol
3. Adjust PH between 5.0 – 6.0.
4. Bring to volume with water.
5. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding **Citric Acid**.

## 100ml AMBER Bottles


Pegasis 3110

# AMIKACIN

Amikacin Sulfate 250mg/ml

Total amount to be made: _______________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Amikacin Sulfate USP | 0.25 grams | Actual: ________________ |
| Sodium Metabisulfite NF Granular | 0.006 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Disolve powders in 95% of total volume of water.
2. Bring to volume with water.
3. Adjust PH between 4.3 – 4.7.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.


Pegasis 3111

# AMINOCAPROIC ACID (AMICAR)

Aminocaproic Acid 250mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Aminocaproic Acid USP | 0.25 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.009 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Disolve Aminocaproic Acid and Benzyl Alcohol in 95% of total volume of water.
2. Bring to volume with water.
3. Adjust PH to approximately 6.8.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 50ml AMBER Bottles


Pegasis 3112

# DIURECYL – DIURETIC PLUS – AMMONIUM CHLORIDE

Ammonium Chloride 5.4mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

## Ingredients:

| | | |
|---|---|---|
| Ammonium Chloride USP Granular | 0.0054 grams | Actual: ________________ |
| Edetate Disodium USP Dihydrate | 0.002 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

## Directions:

1. Disolve Ammonium Chloride and Edetate Disodium in 95% of total volume of water.
2. Adjust PH to approximately 4.0 – 6.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.


Pegasis 3113

# P-BLOCK – AMMONIUM SULFATE

Ammonium Sulfate 40mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: ________________ |
| Benzyl Alcohol | 0.007 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add Benzyl Alcohol to 80% of total volume of water.
2. Add Ammonium Sulfate to Step #1.
3. Bring to volume with water.
4. Filter (NO need to filter yet if using for Red Acid)

## 100ml AMBER Bottles


Pegasis 3114

# ANABOLICUM ORAL SOLUTION

**NUMBER OF BOTTLES** to be made: _______________

Calculations made for **20** **100ml Bottles (Label will say 90ml)**

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ethyl Alcohol | 150 ml | Actual: ________________ |
| Anabolicum | 2 grams | Actual: ________________ |
| Propylene Glycol | 200 ml | Actual: ________________ |
| Glycerine | 950 ml | Actual: ________________ |
| Liquid Apple Flavor | 60 ml | Actual: ________________ |
| Simple Syrup | 640+ml | Actual: ________________ |

**Directions:**

1. Pour in Ethyl Alcohol and mix in Anabolicum.
2. Add Propylene Glycol and mix until CLEAR.
3. Mix in all other components.
4. PUMP 100ml into each container.

**100 ml CLEAR PLASTIC Oral Bottles, Plastic Stopper, Cap and 5ml Dose Syringe goes with order.**


Pegasis 3115

# ARSENOCYL – JUROSENIC – CACCOCYLE – JUROSANILATE - APPETITE

Sodium Arsanilate/Cyanocobalamin USP (B12)

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Sodium Arsanilate (Caution) | 0.05 grams | Actual: ________________ |
| Cyanocobalamin USP | 0.00005 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve all components in 95% total volume of water.
2. Adjust PH to between 5.5 – 7.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles


Pegasis 3116

# ARSENOCYL – JUROSENIC

Sodium Arsanilate/Cyanocobalamin USP (B12)

Total amount to be made: ____5,000________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Sodium Arsanilate (Caution) | 0.05 grams | Actual: _250________________ |
| Cyanocobalamin USP | 0.00005 grams | Actual: ____.25____________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: _______50_________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Dissolve all components in 95% total volume of water.
2. Adjust PH to between 5.5 – 7.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles

# ADRENAL CORTEX

Adrenal Cortex 200 mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Adrenal Cortex | 0.2 grams | Actual: ________________ |
| Cyanocobalamin USP | 0.001 grams | Actual: ________________ |
| Phenylalanine (D) | 0.004 grams | Actual: ________________ |
| Pangamic Acid Sodium | 0.02 grams | Actual: ________________ |
| Methionine USP (L) | 0.02 grams | Actual: ________________ |
| Pyridoxine Hydrochloride (USP) | 0.01 grams | Actual: ________________ |
| Glycine USP (Aminoacetic Acid) | 0.02 grams | Actual: ________________ |
| Leucine (L) | 0.02 grams | Actual: ________________ |
| Benzyl Alcohol | 0.02 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

## 100ml AMBER Bottles

# ALLERGY EXPLOSION (FORMIC ACID)

FORMIC ACID 2%

Total amount to be made: _____1500_______ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Water for Sterile Injection | 1 ml | Actual: _______________ |
| Sodium Chloride USP Granular | 0.009 grams | Actual: _13.5___________ |
| Formic Acid (Liquid) | 0.025 ml | Actual: ____37.5__________ |
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: ______60________ |
| Benzyl Alcohol | 0.01 ml | Actual: ________15_______ |

**Directions:**

1. In beaker #1 make sodium chloride solution. As an example, if making 100ml Sodium Chloride Solution 0.9%, add 900mg sodium chloride to water. 1000ml Sodium Chloride Solution you would add 9.0 grams sodium chloride to water and so on.
2. Add Formic Acid, Ammonium Sulfate and Benzyl Alcohol to beaker #2.
3. Add Sodium Chloride Solution from beaker #1 to beaker #2 and bring to final volume.
4. Filter.

## 30ml CLEAR Bottles

# ACTH

Adrenocorticitropic Hormone 80IU/ml

Total amount to be made: ______1000_________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Adrenocorticitropic Hormone | 80 IU | Actual: ________0.1________ |
| Phenol Liquified USP | 0.005 ml | Actual: _______5_________ |
| Sodium Chloride USP Granular | 0.0089 grams | Actual: _______9_________ |
| Gelatin NF | 0.014 grams | Actual: ________14________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. PREPARE HOT WATER BATH in 60% of water.
2. Once heated, add sodium chloride and slowly add gelatin. Mix well.
3. Add phenol to Step #2. Mix well.
4. Add water to Step #3 to bring to 80% of volume.
5. Take Step #4 and heat in hot water bath until ALL solid particles have completely dissolved while maintaining a temperature between 90-100c. DO NOT ALLOW TEMPERATURE TO EXCEED 100c.
6. Add adrenocorticitropic hormone in a separate beaker to the remaining 20% of water. Filter into Step #6 and mix well.
7. Autoclave.
8. Refrigerate

**Calculation for API:**

Number of units required: ______________ IU

Divided by API potency (from certification of analysis) ______810_______

Equals – Quantity of API required for total volume) ______________ mg

Muliplied by factor – milligrams to grams .001g = 1 mg

Quantity of API required for total volume for formula ______________

## 10ml AMBER BOTTLES

# ATP ORAL GEL

## (2,000 ML)

**66 Grams of ATP**

**1,900 ML's of Sorbitol**

**Apple Flavor**

**First mix in 1,000 ML's of Sorbitol with 33 Grams of ATP.**

**When it clears add rest of Sorbitol and ATP.**

**Top off with Apple Flavor**

# ASCORBIC ACID – VITAMIN C

Ascorbic Acid (Vitamin C) 250 mg/ml

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ascorbic Acid USP | 0.25 grams | Actual: ________________ |
| Edetate Disodium USP Dihydrate | 0.00025 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add Edetate Disodium to 95% of total volume of water and mix until all particles are dissolved.
2. Add Ascorbic Acid and mix until all particles are dissolved .
3. Adjust PH to approximately 5.5 – 7.0.
4. Bring to volume with water.
5. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles

# B12 W/FOLIC ACID

B12/Folic Acid 500mcg/15mg/ml

Total amount to be made: ___5000________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Folic Acid USP Powder | 0.015 grams | Actual: __75______________ |
| Cyanocobalamin USP (B12) | 0.0005 grams | Actual: _____2.5_____________ |
| Niacinamide USP (B3) | 0.15 grams | Actual: ________750__________ |
| Sodium Chloride USP Granular | 0.004 grams | Actual: ___________20______ |
| Benzyl Alcohol | 0.01 ml | Actual: ____________50_____ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Add Benzyl Alcohol to 90% of water
2. Mix in Folic Acid, Niacinamide and Sodium Chloride.
3. Add Cyanocobalamin to the mix.
4. Adjust PH between 6.8-7.8*.
5. Bring to volume with water.
6. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER BOTTLES

# ATP COMBO

ATP/Dextrose/Niacinimide/Magnesium Asparate/Potassium Asparate

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Adenosine-5-Triphosphoric Disodium | 0.004 grams | Actual: ________________ |
| Niacinimide USP | 0.06 grams | Actual: ________________ |
| Potassium Magnesium Asparate | 0.04 grams | Actual: ________________ |
| Sodium Selenate (Caution w/measurement) | 0.001 grams | Actual: ________________ |
| Cyanocobalamin USP | 0.005 grams | Actual: ________________ |
| Lysine Hydrochloride USP | 0.05 grams | Actual: ________________ |
| Arginine (L) Hydrochloride USP | 0.1 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.02 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine all components in 80% of total volume of water.
2. Adjust PH to approximately 5.0 – 6.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles

# B COMPLEX W/LIPOTROPES
# &
# RECOVERY EXPLOSION

## (PER 100ML BOTTLE)

### (50 BOTTLES)

METHIONE- .25 – 12.5

INOSITOL- .25 --- 12.5

CHOLINE- .25 --- 12.5

L-CARNITINE- .50 --- 25

LEUCINE- .025 --- 1.25

THIAMINE- .25 --- 12.5

B12- .01 ---- .5

BENZYL 1ML ---- 50

**100 ML Amber**


Pegasis 3125

# RED EXPLOSION/BLAST OFF RED

Vitamin B12 1000 mcg/ml

Total amount to be made: ___500________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Cyanocobalamin USP (B12) | 0.003 grams | Actual: _1.5_______________ |
| Sodium Chloride USP Granular | 0.009 grams | Actual: ____4.5_____________ |
| Benzyl Alcohol NF | 0.015 ml | Actual: _______7.5__________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add Sodium Chloride to 95% of total volume of water and mix until dissolved.
2. Add Cyanocobalamin and mix until dissolved.
3. Add Benzyl Alcohol
4. Adjust PH between 4.5 – 7.0.
5. Bring to volume with water.
6. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 10 ml CLEAR


Pegasis 3126

# Blast Off ICE and ICE Explosion

Total amount to be made: _______________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Niacinamide USP (B3) | 0.1 grams | Actual: ________________ |
| Pyridoxine Hydrochloride USP (B6) | 0.005 grams | Actual: ________________ |
| Riboflavin-5-Phosphate Sodium USP | 0.025 grams | Actual: ________________ |
| Acetyl-D-Glucosamine (N) | 0.01 grams | Actual: ________________ |
| L-Leucine | 0.01 grams | Actual: ________________ |
| Dextrose USP Anhydrous | 0.05 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.02 ml | Actual: ________________ |
| Water Sterile For Injection | 1 ml | Actual: ________________ |

**Directions:**

1. In 50% Water add ingredients in the order listed above. Add additional water as needed.
2. Mix until all particles are completely dissolved.
3. DON'T KNOW THE PH
4. Bring to final volume with water.
5. Filter.

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 10ml AMBER BOTTLES

# Blast Off Breather

Acetyl-L-Cysteine 200 mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Acetyl-L-Cysteine (N) USP | 0.2 grams | Actual: ________________ |
| Edetate Disodium USP Dihydrate | 0.01 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Edetate Disodium THEN Acetyl-L-Cysteine in 95% of total volume of water.
2. Adjust PH between 6.0 - 7.5.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 10ml for nummy


Pegasis 3128

# BIO POWER

(PER 2,500ML) (50 BOTTLES)

ATP .001---- 2.5

B12 .0005----- 1.25

SODIUM SELENITE .0001----- 2.5

POSTASSIUM ASPARPATE .01---25

MAGNESIUM ASPARATE .015--- 37.5

Benzyl 0.01--- 25

PH 6-7

50ML AMBER


Pegasis 3129

# BLEEDER BREATHER

Acetyl-L-Cysteine (N) USP/Formaldehyde Solution USP

Total amount to be made: ____5000___________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Acetyl-L-Cysteine (N) USP | 0.01 grams | Actual: __50_______________ |
| Edetate Disodium USP Dihydrate | 0.001 grams | Actual: ____5_____________ |
| Formaldehyde Solution USP | 0.027 ml | Actual: _____135____________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Disolve Edetate Disodium THEN Acetyl-L-Cysteine in 95% of total volume of water.
2. Add in Formaldehyde Solution USP.
3. Adjust PH between 6.0 - 7.5.
4. Bring to volume with water.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

**100ml AMBER Bottles**


Pegasis3130

# BLOOD BUILDING EXPLOSION

## (PER 100ML)

30 BOTTLES

NIACINAMINDE 10GM- 300

CYANOCOBALAMIN .015GM- .45

RIBOFLAVIN 1GM- 30

PYRIDOXINE 1GM- 30

INOSITOL 1GM- 30

FERRIC CITRATE 1.5GM- 45

COBALT .007GM- .2

COPPER .02GM- .6

CHOLINE CHLORIDE 1GM- 30

METHIONINE 2GM- 60

LYSINE 2GM- 60

GLYCINE 2GM- 60

SODIUM METABISULFATE .01GM- .3

BENZYL 1ML- 30

**PH 5-6**


Pegasis 3131

# BLEEDER STOPPER, STOP IT BLEEDER, SODIUM SUCCINATE

Sodium Succinate 200mg/ml (20% Injectable)

Total amount to be made: ____5000_______ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Sodium Succinate | 0.2 grams | Actual: __1000__________ |
| Benzyl Alcohol | 0.01 ml | Actual: ______50__________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Sodium Succinate in 75% of total volume of water.
2. Add in Benzyl Alcohol.
3. Bring to volume with water.
4. Filter

## BLEEDER STOPPER - 100ml AMBER Bottles

## STOP IT BLEEDER – 10ml AMBER Bottles

## SODIUM SUCCINATE – 100ml AMBER Bottles


Pegasis 3132

# CACO COPPER

Total amount to be made: _____5000__________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Sodium Cacodylate Trihydrate | 0.0064 grams | Actual: _32_______________ |
| Ferric Chloride Hexahydrate | 0.00068 grams | Actual: ___3.4_____________ |
| Copper Gluconate USP | 0.00019 grams | Actual: ______.95__________ |
| Sodium Chloride USP Granular | 0.00314 grams | Actual: _________15.7_______ |
| Benzyl Alcohol NF | 0.02 ml | Actual: _____________100___ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine powders together to form a fine powder.
2. Add Benzyl Alcohol and mix well.
3. Add 95 total volume of water and mix until completely dissolved, then fill with water to final volume.
4. Adjust PH between 5.0 – 7.0.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER Bottles

# BLUE BLOCK

Ammonium Sulfate 40mg/ml / Sodium Formaldehyde Sulfoxylate 0.4mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: _________________ |
| Sodium Formaldehyde Sulfoxylate | 0.0004 grams | Actual: _________________ |
| Benzyl Alcohol | 0.007 ml | Actual: _________________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |
| Blue Food Color (Powder) | 0.00006 grams | Actual: _________________ |

**Directions:**

1. Add Benzyl Alcohol to 80% of total volume of water.
2. Add Ammonium Sulfate and Sodium Formaldehyde to Step #1.
3. Bring to volume with water.
4. Add Blue Food Coloring and mix well.
5. Filter


Pegasis 3134

# ARSENOCYL – JUROSENIC – CACCOCYLE – JUROSANILATE - APPETITE

Sodium Arsanilate/Cyanocobalamin USP (B12)

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Sodium Arsanilate (Caution) | 0.05 grams | Actual: ______________ |
| Cyanocobalamin USP | 0.00005 grams | Actual: ______________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ______________ |
| Water for Sterile Injection | 1 ml | Actual: ______________ |

**Directions:**

1. Dissolve all components in 95% total volume of water.
2. Adjust PH to between 5.5 – 7.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles


Pegasis 3135

# CALCIUM CHLORIDE STOCK SOLUTION 10%

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Calcium Chloride USP Dihydrate | 0.1 | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

# CAMPHOR IN OIL

Camphor In Oil 200 mg/ml

Total amount to be made: _____1000__________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Camphor USP Synthetic | 0.2 grams | Actual: _____200___________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: _____10___________ |
| Sesame Oil NF | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Camphor in Benzyl Alcohol. (MAKE SURE YOU HEAT UP)
2. Bring to final volume with Sesame Oil and mix well.
3. Pump No Filter
4. Autoclave

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER Bottles

# CBD 1000MG/ML

Total amount to be made: _________ml
Calculations made for **30 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| CBD Isolate | 0.001 grams | Actual: ________ |
| Stevia in Oil | 0.001 ml | Actual: ________ |
| Flavor in Oil | 0.002 ml | Actual: ________ |
| Fractionated MCT Oil (QS Total) | 30 ml | Actual: ________ |

**Directions:**

1. Warm Stevia Oil container upside down in a beaker with warm water.
2. Warm Fractionated MCT Oil to 40 degrees C and add CBD Isolate.
3. Crush CBD Isolate to powder then add it to Fractionated MCT Oil.
4. Add Stevia In Oil.
5. Add Flavor In Oil.
6. QS with Fractionated MCT Oil.

## 30ml BLUE EYE DROPPER BOTTLES


Pegasis 3138

# CARDANINE ORAL SUSPENSION

**NUMBER OF BOTTLES** to be made: ______________

Calculations made for **20 100ml Bottles (Label will say 90ml)**

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Cardanine | 36 grams | Actual: ______________ |
| Propylene Glycol | 1000 ml | Actual: ______________ |
| Ethyl Alcohol | 300 ml | Actual: ______________ |
| Glycerine | 700 ml | Actual: ______________ |
| Liquid Apple Flavor | 60 ml | Actual: ______________ |

**Directions:**

1. Wet Cardarine with Propylene Glycol and mix.
2. Add Ethyl Alcohol and let spin for a while.
3. Mix in all other components.
4. PUMP 100ml into each container.

**100 ml CLEAR PLASTIC Oral Bottles, Plastic Stopper, Cap and 5ml Dose Syringe goes with order.**


Pegasis3139

# CBD 500MG/ML

Total amount to be made: _________ml

Calculations made for **30 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| CBD Isolate | 0.0005 grams | Actual: ________ |
| Stevia in Oil | 0.001 ml | Actual: ________ |
| Flavor in Oil | 0.002 ml | Actual: ________ |
| Fractionated MCT Oil (QS Total) | 30 ml | Actual: ________ |

**Directions:**

1. Warm Stevia Oil container upside down in a beaker with warm water.
2. Warm Fractionated MCT Oil to 40 degrees C and add CBD Isolate.
3. Crush CBD Isolate to powder then add it to Fractionated MCT Oil.
4. Add Stevia In Oil.
5. Add Flavor In Oil.
6. QS with Fractionated MCT Oil.

## 30ml BLUE EYE DROPPER BOTTLES


Pegasis 3140

# CBD 250MG/ML

Total amount to be made: _________ml
Calculations made for **30 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| CBD Isolate | 0.00025 mg | Actual: ________ |
| Stevia in Oil | 0.001 ml | Actual: ________ |
| Flavor in Oil | 0.002 ml | Actual: ________ |
| Fractionated MCT Oil (QS Total) | 30 ml | Actual: ________ |

**Directions:**

1. Warm Stevia Oil container upside down in a beaker with warm water.
2. Warm Fractionated MCT Oil to 40 degrees C and add CBD Isolate.
3. Crush CBD Isolate to powder then add it to Fractionated MCT Oil.
4. Add Stevia In Oil.
5. Add Flavor In Oil.
6. QS with Fractionated MCT Oil.

## 30ml BLUE EYE DROPPER BOTTLES


Pegasis 3141

# CALM IT

Ammonium Sulfate 40mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting:**

**Ingredients:**

| | | |
|---|---|---|
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: ________________ |
| Benzyl Alcohol | 0.007 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add Benzyl Alcohol to 80% of total volume of water.
2. Add Ammonium Sulfate to Step #1.
3. Bring to volume with water.
4. Filter

## 100ml AMBER Bottles


Pegasis 3142

# CITRIC ACID and SODIUM PHOSPHATE BUFFER SOLUTION

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Citric Acid Anhydrous Fine Granular | 0.0434 grams | Actual: ________________ |
| Sodium Phosphate Dibasic Heptahydrate | 0.0536 grams | Actual: ________________ |
| Sodium Chloride USP Granular | 0.9 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve powders in 95% total volume of water.
2. Fill with water to final volume.
3. Adjust PH between 5.0 – 5.3.
4. Filter


Pegasis 3143

# COBALTOUS CHLORIDE 1.2%

Total amount to be made: _______________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Cobalt (II) Chloride Hexahydrate | 0.012 grams | Actual: ________________ |
| Phenylethyl Alcohol USP | 0.006 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve the components in 95% total volume of water and mix until completely dissolved.
2. Bring to volume with water.
3. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid


Pegasis 3144

# CBD OIL

## (PER 30ML)

**CBD – 3 GRAMS**

**BUCHA- 0.3 ML**

**MCT – 27 ML**

1) **Heat up to 25c.**
2) **Mix until fully dissolved**


Pegasis 3145

# COBALT CHLORIDE / VITAMIN B12

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Cobalt (II) Chloride Hexahydrate | 0.01 grams | Actual: ________________ |
| Cyanocobalamin USP (B12) | 0.0025 grams | Actual: ________________ |
| Sodium Chloride USP Granular | 1.0 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.015 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve the components in 95% total volume of water and mix until completely dissolved.
2. Adjust PH between 4.5 – 7.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

# CLENBUTEROL HYDROCHLORIDE INJECTION

Total amount to be made: _____2500__________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Clenbuterol Hydrochloride | 0.00003 grams | Actual: _.07_______________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ____25____________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Add Clenbuterol Hydrochloride to 95% of total volume of water and mix until dissolved.
2. Add Benzyl Alcohol
3. Bring to volume with water.
4. Filter

EXAMPLE: FORMULA USING 50MG VIAL OF CLENBUTEROL HYDROCHLORIDE:

TOTAL AMOUNT TO BE MADE: 1667ML

| | |
|---|---|
| Clenbuterol Hydrochloride | 50mg (1 Vial) |
| Benzyl Alcohol | 33.3ml |
| Water for Sterile Injection | QS to 1700ml |

## 50ml AMBER Bottles


Pegasis 3147

# CLENBUTEROL ORAL SOLUTION

**NUMBER OF BOTTLES** to be made: ______________

Calculations made for **20 100ml Bottles**

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Simple Syrup | 1640 ml | Actual: ______________ |
| Ethyl Alcohol | 100 ml | Actual: ______________ |
| Glycerine | 90 ml | Actual: ______________ |
| Propylene Glycol | 180 ml | Actual: ______________ |
| Clenbuterol | 50 MG | Actual: ______________ |

**Directions:**

1. Combine all liquids.
2. Dissolve Clenbuterol into liquids. (50mg equals one small bottle)
3. PUMP 100ml into each container.

**100 ml CLEAR PLASTIC Oral Bottles, Plastic Stopper, Cap and 5ml Dose Syringe goes with order.**

# CIMETIDINE POWDER

Cimetidine Powder 500 mg/5 cc scoop

Total amount to be made: **100 SCOOPS**

Calculations made for **100 SCOOPS**

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | |
|---|---|
| Cimetidine Powder | 50 grams |
| Apple Flavor Powder | 0.3 grams |
| Lactose Monohydrate NF (Spray dried) | 261 grams |
| Stevia Powder Extract | 0.3 grams |

**Directions:**

1. Mix powders.
2. Package in **32 OUNCE CONTAINER WITH 5CC SCOOP**.


Pegasis 3149

# CITRIC ACID SOLUTION 10%

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Citric Acid Anhydrous Fine Granular | 0.1 | Actual: ______________ |
| Water for Sterile Injection | 1 ml | Actual: ______________ |


Pegasis 3150

# ENDURANCE

(PER ML)
(2500 ml)

L-ARGININE 0.1GM- 250
POTASSIUM/MAGNESIUM ASPARATE 0.02GM- 50
PYRIDOXINE 0.02GM- 50
GLYCINE 0.1GM- 250
ORNITHINE 0.2GM- 500
BENZYL .01ML- 25

PH 6-6.5

50ml AMBER Bottles


Pegasis 3151

# DEXAMETHASONE SODIUM PHOSPHATE

Dexamethasone Sodium Phosphate 4.37 mg/ml

Total amount to be made: ___5000________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Dexamethasone Sodium Phosphate USP | 0.00437 grams | Actual: _22________________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ___50_____________ |
| Sodium Sulfite Powder FCC Anhydrous | 0.001 grams | Actual: _____5___________ |
| Sodium Citrate USP Anhydrous | 0.01906 | Actual: ______95__________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve all components in 80% of total volume of water.
2. Bring to volume with water.
3. Adjust PH to approximately 7.0 – 8.5.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding **Citric Acid.**

## 100ml AMBER Bottles


Pegasis 3152

# DANTROLENE SODIUM PASTE

60 ml Dose

Total amount to be made: _______________ml

Calculations made for **60 ml dose syringe**: Multiply all ingredients by number of **syringes** to be made. ***NOTE: Always make a little extra for spillage.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Base A (Polyethylene Glycol "1450 MW, NF)" | 18 ml | Actual: ________________ |
| Base C (Polyethylene Glycol "300 MW, NF Liquid)" | 28 ml | Actual: ________________ |
| Dantrolene Sodium | 6 grams | Actual: ________________ |
| Stevia Powder Extract | 3 grams | Actual: ________________ |
| Propylene Glycol | 6 ml | Actual: ________________ |
| Apple Flavor Liquid (Artificial) | 1 ml | Actual: ________________ |

**Directions:**

1. START THIS IMMEDIATELY SO IT IS WARMED UP. Combine Base A and Base C in a beaker to heat and mix at 50 – 60 degrees C.
2. Remove from heat and stir until congealed (gelled/thickened).
3. Triturate (grind into a fine powder) Dantrolene and Stevia powder into a mortar.
4. Wet powders with Propylene Glycol to form a smooth paste.
5. Add Apple flavor to Step #4 and mix thoroughly.
6. Add Step #2 to Step #5 in small portions until thoroughly mixed.
7. Pour into 60 ml dose syringes.


Pegasis 3153

# DIURECYL – DIURETIC PLUS – AMMONIUM CHLORIDE

Ammonium Chloride 5.4mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ammonium Chloride USP Granular | 0.0054 grams | Actual: ________________ |
| Edetate Disodium USP Dihydrate | 0.002 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Disolve Ammonium Chloride and Edetate Disodium in 95% of total volume of water.
2. Adjust PH to approximately 4.0 – 6.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 50ml AMBER Bottles

# DIURECYL – DIURETIC PLUS – AMMONIUM CHLORIDE

Ammonium Chloride 5.4mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ammonium Chloride USP Granular | 0.0054 grams | Actual: ________________ |
| Edetate Disodium USP Dihydrate | 0.002 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Disolve Ammonium Chloride and Edetate Disodium in 95% of total volume of water.
2. Adjust PH to approximately 4.0 – 6.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.


Pegasis 3155

# CREOPAN

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Dimethylglycine Hydrochloride "(N,N)" (DMG) | 0.1grams | Actual: ______________ |
| Ornithine Alpha Ketogutarate | 0.2 grams | Actual: ______________ |
| Creatine Phosphate Disodium Salt | 0.04 grams | Actual: ______________ |

**Directions:**


Pegasis 3156

# DADA (DIISOPROPYLAMINE DICHLORACETATE)

***Note: Can also be substituted for PANGAMIC ACID

Total amount to be made: ____3000_______ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Diisopropylamine Dichloracetate | 0.25 grams | Actual: _750_____________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ____30___________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Add Diisopropylamine Dichloracetate to 95% of total volume of water and mix until dissolved.
2. Add Benzyl Alcohol
3. Adjust PH between 6.0 – 7.0.
4. Bring to volume with water.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 50ml AMBER Bottles


Pegasis 3157

# DMG

Dimethylglycine Hydrochloride 100mg/ml

Total amount to be made: _______5000________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Dimethylglycine Hydrochloride (N) (DMG) | 0.1 grams | Actual: ___500_____________ |
| Benzyl Alcohol | 0.02 grams | Actual: ______100__________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Dimethylglycine Hydrochloride and Benzyl Alcohol in 95% of total volume of water.
2. Bring to volume with water.
3. Filter

## 100ml AMBER Bottles


Pegasis 3158

# REDCELL

Total amount to be made: __3000________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Niacinimide USP | 0.05 grams | Actual: _150_______________ |
| Riboflavin-5-Phosphate Sodium USP (B2) | 0.0005 grams | Actual: _____1.5_____________ |
| Cyanocobalamin USP (B12) | 0.0001 grams | Actual: ________.3_________ |
| Ferric Ammonium Citrate Brown FCC | 0.0075 grams | Actual: _________22.5________ |
| Cobalt (II) Chloride Hexahydrate | 0.0007 grams | Actual: ________2.1__________ |
| Copper Gluconate USP | 0.0002 grams | Actual: ____.6_____________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: _____30_____________ |
| Water for Sterile Injection | 1 ml | Actual: __________________ |

**Directions:**

1. Dissolve all components IN GIVEN ORDER in about 95% of water.
2. Bring to volume with water.
3. Adjust between 5.0 – 6.0.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles

# DEXAMETHASONE POWDER

Formula for a 100 scoop container

Total amount to be made: ______________ml

Calculations made for a **100 scoop container**: Multiply all ingredients by number of **containers** to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Dexamethasone USP Micronized | 1 gram | Actual: ______________ |
| Stevia Powder Extract | 0.1 grams | Actual: ______________ |
| Apple Flavor Powder | 3 grams | Actual: ______________ |
| Lactose Monohydrate NF (Spray-Dried) | 344 grams | Actual: ______________ |

**Directions:**

1. Mix powders.
2. Package in appropriate container.


Pegasis 3160

# FUROSEMIDE

Furosemide 50 mg/ml

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Furosemide USP | 0.05 grams | Actual: ________________ |
| Sodium Chloride USP Granular | 0.002 grams | Actual: ________________ |
| Benzyl Alcohol | 0.015 ml | Actual: ________________ |
| Sodium Sulfite Powder Anhydrous | 0.001 grams | Actual: ________________ |
| EDTA | 0.001 grams | Actual: ________________ |
| Ethanolamine (Monoethanolamine) | 0.01 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Furosemide in 80% of water. PH will be low, so add sodium hydroxide to get PH around 8.0.
2. When Furosemide is almost fully dissolved add in Sodium Chloride and mix for about 10 minutes.
3. Mix in the rest of the ingredients, in order as above.
4. QS with water.
5. Adjust PH between 8-8.5.

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER Bottles

# EXTREME EXPLOSION –INOSITOL

Inositol 140mg/ml

Total amount to be made: _____3000__________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Inositol (B8) | 0.14 grams | Actual: ____420_____________ |
| Sodium Bicarbonate USP | 0.001 grams | Actual: _______3_________ |
| Food Color (BLUE) (Powder) | 0.00009 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine all components in 95% of total volume of water.
2. PH between 9.0 and 9.5*
3. Add water to final volume.
4. Filter.

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 30ml CLEAR Bottles


Pegasis 3162

# FOLIC ACID & B12/ADRENAL CORTEX/B12 W/ PHOSPHORUS

FOLIC ACID & B12 15mg/500mcg/ml

Total amount to be made: ___5000____________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Folic Acid USP Powder | 0.015 grams | Actual: _75_____________ |
| Cyanocobalamin USP (B12) | 0.0005 grams | Actual: ___2.5_____________ |
| Niacinamide USP (B3) | 0.15 grams | Actual: _______750_________ |
| Sodium Chloride USP Granular | 0.004 grams | Actual: ___________20______ |
| Benzyl Alcohol | 0.01 ml | Actual: _____________50____ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine all components in 80% of total volume of water.
2. PH between 6.8 and 7.8*
3. Add water to final volume.
4. Filter.

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles


Pegasis 3163

# FOLIC ACID

Folic Acid 15mg/ml

Total amount to be made: _____3000______ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Folic Acid USP Powder | 0.015 grams | Actual: __45______________ |
| Niacinamide USP (B3) | 0.15 grams | Actual: ____450_____________ |
| Sodium Chloride USP Granular | 0.004 grams | Actual: ________12__________ |
| Benzyl Alcohol | 0.01 ml | Actual: __________30_______ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add Benzyl Alcohol to 90% of water
2. Mix in Folic Acid, Niacinamide and Sodium Chloride.
3. Adjust PH between 6.8-7.8*.
4. Bring to volume with water.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER BOTTLES

# FUROSEMIDE

Furosemide 50 mg/ml

Total amount to be made: ______2500_________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Furosemide USP | 0.1 grams | Actual: ______250___________ |
| Sodium Chloride USP Granular | 0.002 grams | Actual: ______5___________ |
| Benzyl Alcohol | 0.015 ml | Actual: ______37.5__________ |
| Sodium Sulfite Powder Anhydrous | 0.001 grams | Actual: ______2.5__________ |
| EDTA | 0.001 grams | Actual: ______2.5__________ |
| Ethanolamine (Monoethanolamine) | 0.01 ml | Actual: ______25__________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Dissolve Furosemide in 80% of water. PH will be low, so add sodium hydroxide to get PH around 8.0.
2. When Furosemide is almost fully dissolved add in Sodium Chloride and mix for about 10 minutes.
3. Mix in the rest of the ingredients, in order as above.
4. QS with water.
5. Adjust PH between 8-8.5.

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 50ml AMBER Bottles

# FLUMETHASONE

FLUMETHASONE 0.5mg/ml

Total amount to be made: ___2000_______ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Flumethasone | 0.0005 grams | Actual: _1___________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: __20_______________ |
| Propylene Glycol | 0.6 ml | Actual: ________1200________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Wet Flumethasone, with Benzyl Alcohol.
2. Add Propylene Glycol to step #1 and mix until dissolved.
3. Add water to achieve desired amount.
4. Filter

## 100ml AMBER Bottles


Pegasis 3166

# FUROSEMIDE

## Per 1ml

FUROSEMIDE- .05 GRAMS
EDTA-.001
SODIUM SULFITE- .001
SODIUM CHLORIDE- .002
PH- 8-9.3

50ML AMBER BOTTLE

# EXTREME EXPLOSION – BLAST OFF EXTREME - INOSITOL

Inositol 140mg/ml

Total amount to be made: _____3000__________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Inositol (B8) | 0.14 grams | Actual: ____420____________ |
| Sodium Bicarbonate USP | 0.001 grams | Actual: _______3_________ |
| Food Color (BLUE) (Powder) | 0.00009 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine all components in 95% of total volume of water.
2. PH between 9.0 and 9.5*
3. Add water to final volume.
4. Filter.

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 30ml CLEAR Bottles


Pegasis 3168

# FLUNIXIN (BANAMINE)

FLUNIXIN 50mg/ml

Total amount to be made: ____5000___________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Flunixin Meglumine USP | 0.05 grams | Actual: ____250_____________ |
| Edetate Disodium USP Dihydrate | 0.009 ml | Actual: _______45__________ |
| Sodium Formaldehyde Sulfoxylate | 0.0025 grams | Actual: _________12_______ |
| Ethanolamine (Monoethanolaine) Liquid | 0.004 ml | Actual: ___________20____ |
| Phenol Liquified USP | 0.005 grams | Actual: _______________25___ |
| Propylene Glycol USP | 0.2072 grams | Actual: ____1036__________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Flunixin, Edetate Disodium, Sodium Formaldehyde and Ethanolamine in Proylene Glycol.
2. Add Phenol.
3. Add 90% of water.
4. PH between 7.8 and 9.0*
5. Add water to achieve desired amount.
6. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml CLEAR Bottles

# HEMO PLUS and HEMO 15

L-Arginine, Magnesium Asparate, Pyridoxine HCL, Glycine, Ornithine Alpha Keto...

Total amount to be made: _____5000__________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Riboflavin-5-Phosphate Sodium USP | 0.01 grams | Actual: ________50________ |
| Niacinamide USP (B3) | 0.1 grams | Actual: ___________500______ |
| Pyridoxine Hydrochloride USP (B6) | 0.01 grams | Actual: ____50_____________ |
| Cyanocobalamin USP (B12) | 0.00015 grams | Actual: _____.75____________ |
| Choline Chloride | 0.001 grams | Actual: ________5________ |
| Ferric Ammonium Citrate (Brown) | 0.015 grams | Actual: _________75_______ |
| Copper Gluconate | 0.0002 grams | Actual: ___________1_____ |
| Cobalt Gluconate | 0.0007 grams | Actual: ____________3.5____ |
| Glycine USP | 0.02 grams | Actual: __100_______________ |
| Lysine Hydrochloride USP | 0.02 grams | Actual: _____100____________ |
| L-Methionine USP | 0.02 grams | Actual: ________100________ |
| Inositol (B8) | 0.01 grams | Actual: ___________50_____ |
| Benzyl Alcohol | 0.02 ml | Actual: _____________100___ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Mix in all components into 75% of water.
2. Bring to volume with water.
3. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER BOTTLES

# GUAIFENESIN (WOBBLER JUG)

GUAIFENESIN 50mg/ml

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Guaifenesin USP | 0.05 grams | Actual: ________________ |
| Edetate Disodium Dihydrate | 0.0075 grams | Actual: ________________ |
| Dextrose USP Anhydrous | 0.05 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Heat 90% of water to 200C.
2. Dissolve Dextrose in water and mix until dissolved.
3. Add in Guaifenesin and Edetate Disodium Dihydrate.
4. Bring to volume with water.
5. Autoclave or sterilize by cold filtration.

## 100ml AMBER Bottles


Pegasis3171

# IRON EXPLOSION – IRON SUCROSE

Iron Sucrose 20mg/ml

Total amount to be made: ____3000___________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Iron Sucrose | 0.0217 grams | Actual: __65____________ |
| Benzyl Alcohol | 0.01 ml | Actual: ____30____________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Combine the components in 95% of total volume of water.
2. PH between 10 and 12*
3. Add water to final volume.
4. Filter.

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles


Pegasis 3172

# GREEN IRON

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Sodium Cacodylate Trihydrate | 0.004 grams | Actual: ________________ |
| Ferric Ammonium Citrate | 0.00068 grams | Actual: ________________ |
| Copper Gluconate USP | 0.00024 grams | Actual: ________________ |
| Sodium Chloride USP Granular | 0.00314 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.02 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine powders together to form a fine powder.
2. Add Benzyl Alcohol and mix well.
3. Add 95 total volume of water and mix until completely dissolved, then fill with water to final volume.
4. Adjust PH between 5.0 – 7.0.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml CLEAR Bottles

# ICE Explosion

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Niacinamide USP (B3) | 0.1 grams | Actual: ________________ |
| Pyridoxine Hydrochloride USP (B6) | 0.005 grams | Actual: ________________ |
| Riboflavin-5-Phosphate Sodium USP | 0.025 grams | Actual: ________________ |
| Acetyl-D-Glucosamine (N) | 0.01 grams | Actual: ________________ |
| L-Leucine | 0.01 grams | Actual: ________________ |
| Dextrose USP Anhydrous | 0.05 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.02 ml | Actual: ________________ |
| Water Sterile For Injection | 1 ml | Actual: ________________ |

**Directions:**

1. In 50% Water add ingredients in the order listed above. Add additional water as needed.
2. Mix until all particles are completely dissolved.
3. DON'T KNOW THE PH
4. Bring to final volume with water.
5. Filter.

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 10ml AMBER BOTTLES


Pegasis 3174

# HORSE POWER

## (PER 1000ML) (100 BOTTLES)

**ATP - .2GM---- 2**

**NIACINAMINDE – 2GM---- 20**

**MAGNESIUM ASPARATE – 2GM--- 20**

**DADA – 10GM---- 100**

**L-ARGININE – 10GM--- 100**

**LYSINE – 5GM---- 50**

**ACETYL GLUCOSAMINE 10GM– 50**

**CYANOCOBALAMIN - .1GM---- 1**

**BENZYL – 2ML---- 20**

**PH 5-6**

**10ML CLEAR**


Pegasis 3175

# JOINT 50 – HYALURONIC ACID

Total amount to be made: _____1000__________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

Phosphate Buffer Sterile Stock Solution:

| | | |
|---|---|---|
| Sodium Phosphate DIBASIC Heptahydrate | 0.00179 grams | Actual: _1.8_______________ |
| Potassium Phosphate MONOBASIC | 0.00136 grams | Actual: ____1.4____________ |
| Sodium Chloride USP Granular | 0.00702 grams | Actual: _______7_________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |
| | | |
| Hyaluronic Acid Sodium Salt | 0.005 grams | Actual: ________5________ |

**Directions:**

1. Dissolve powders for Phosphate Buffer Sterile Stock Solution in water, **heat to 120 degrees** and mix until fully dissolved.
2. Slowly add in Hyaluronic Acid Sodium Salt.
3. Mix until Hyaluronic Acid Sodium Salt is fully dissolved
4. Pump into 10ml vials (no filter), stoppers and caps.
5. AUTOCLAVE sterilize at 121C for 25 minutes at 15psi.

## 10ml CLEAR Bottles

HEMO

3000ml

RIBOFLAVIN 1GM 30
NIACINAMIDE 10GM 300
PYRIDOXINE 1GM 30
B12 .015GM .5
CHOLINE CHLORIDE .1GM 3
FERRIC 1.5GM 45
COPPER .02 .6
COBALT .07GM 2.1
GLYCINE 2GM 60
LYSINE 2GM 60
METHIONINE 2GM 60
INOSITOL 1GM 30
BENZYL 2ML 60


Pegasis 3177

# GLUCOSAMINE

GLUCOSAMINE 200mg/ml

Total amount to be made: _____5000________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Glucosamine Hydrochloride | 0.2 grams | Actual: _1K________________ |
| Benzyl Alcohol | 0.02 ml | Actual: ___100_____________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Combine all components in 95% of total volume of water.
2. PH between 3.0 and 5.0*
3. Add water to final volume.
4. Filter.

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles

# GLYCOPYRROLATE (ROBINUL)

GLYCOPYRROLATE 0.2mg/ml

Total amount to be made: _____2000_______ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Glycopyrrolate USP | 0.0002 grams | Actual: _.4_______________ |
| Benzyl Alcohol NF | 0.009 ml | Actual: ___18_____________ |
| Water for Sterile Injection | 1 ml | Actual: __________________ |

**Directions:**

1. Dissolve Glycopyrrolate in 95% of total volume of water and mix until dissolved.
2. Add Benzyl Alcohol
3. Bring to volume with water.
4. Filter

## 20ml AMBER Bottles

# GLUTATHIONE

GLUTATHIONE 200mg/ml

Total amount to be made: ______5000_________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Glutathione (L) Reduced | 0.2 grams | Actual: ___1000____________ |
| Ascorbic Acid USP Fine Powder | 0.002 grams | Actual: _____10___________ |
| Edetate Disodium USP Dihydrate | 0.001 grams | Actual: ______5__________ |
| Benzyl Alcohol | 0.02 ml | Actual: _____100__________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine all components in 95% of total volume of water.
2. Add water to final volume.
3. Filter.
4. Refrigerate

## 100ml Bottles

PH 4

## GREEN SPEED

Levothyroxine Sodium 300mcg/ml

Total amount to be made: _____5000__________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Levothyroxine Sodium USP (T4) Pentahydrate | 0.0003 grams | Actual: ____1.5____________ |
| Ethyl Alcohol USP (190 proof) | 0.075 ml | Actual: _____375____________ |
| Propylene Glycol USP | 0.4 ml | Actual: ____2000___________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |
| Yellow Food Coloring | | |
| Blue Food Coloring | | |

**Directions:**

1. Mix Levothyroxine in Ethyl Alcohol, THEN add water, THEN add Propylene Glycol.
2. Adjust PH between 10-10.5*.
3. Bring to volume with water.
4. Adjust color by using yellow and blue food coloring to make a medium to dark green color.
5. Filter
6. REFRIGERATE

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 50ml CLEAR BOTTLES

# ITPP
# (TO MAKE 100)

Take a bottle of water under the hood, open it. Pour 100ml into one beaker, 100ml into another. Put 10g of calcium ball things in one beaker, put 37.5 itpp in the other. Ph the itpp to 7.5. pour them back into the bottle that has remained under the hood. Shake, its great. No filter. Yay we are done.


Pegasis 3182

# L-CARNITINE

Acetyl-L-Carnitine 100 mg/ml

Total amount to be made: _____5000_______ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Acetyl-L-Carnitine | 0.1 grams | Actual: __500______________ |
| Benzyl Alcohol | 0.01 ml | Actual: _____50____________ |
| Water for Sterile Injection | 1 ml | Actual: _______----_________ |

**Directions:**

1. Add Benzyl Alcohol to 80% of Water.
2. Add Acetyl-L-Carnitine to Step 1
3. *Adjust PH between 4.5 and 4.7. Do not allow to fall below 4.3.
4. Bring to volume with water.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER Bottles

***** About 33 Bottles per filter**


Pegasis 3183

# L-ARGININE

L-Arginine 100mg/ml

Total amount to be made: ____5000______ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Arginine (L) USP | 0.1 grams | Actual: __500______________ |
| Benzyl Alcohol | 0.02 ml | Actual: _____100___________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Mix Benzyl Alcohol in 90% of water.
2. Mix in L-Arginine.
3. Adjust PH between 5-6.5*.
4. Bring to volume with water.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 100ml AMBER BOTTLES


Pegasis 3184

# JUROCYL NUMMY

Sodium Arsanilate 50mg/ml

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Sodium Arsanilate (Caution) | 0.05 grams | Actual: ________________ |
| Sodium Chloride | 0.009 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve all components in 95% total volume of water.
2. Adjust PH to between 5.5 – 7.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles


Pegasis 3185

# LACTANASE (DCA) 120MCG / 250MG / ML INJECTABLE

Total amount to be made: ____5000________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Dichlororcetic Acid | 0.0012 ml | Actual: _6_______________ |
| Sodium Gluconate | 0.25 grams | Actual: __1250___________ |
| Benzyl Alcohol NF | 0.006 ml | Actual: ______30___________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Mix Benzyl Alcohol with 90% of water.
2. Dissolve Dimethyl Sulfone and Benzyl Alcohol in 90% total volume of water.
3. Bring to total volume with water.
4. Filter

## 100ml AMBER Bottles


Pegasis 3186

# ARSENOCYL – JUROSENIC

Sodium Arsanilate/Cyanocobalamin USP (B12)

Total amount to be made: ____5,000________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Sodium Arsanilate (Caution) | 0.05 grams | Actual: _250_______________ |
| Cyanocobalamin USP | 0.00005 grams | Actual: _____.25____________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ________50__________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve all components in 95% total volume of water.
2. Adjust PH to between 5.5 – 7.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles


Pegasis 3187

# ARSENOCYL – JUROSENIC – CACCOCYLE – JUROSANILATE - APPETITE

Sodium Arsanilate/Cyanocobalamin USP (B12)

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Sodium Arsanilate (Caution) | 0.05 grams | Actual: ________________ |
| Cyanocobalamin USP | 0.00005 grams | Actual: ________________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve all components in 95% total volume of water.
2. Adjust PH to between 5.5 – 7.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

# KETOPROFEN

Ketoprofen 100mg/ml

Total amount to be made: _____1500_______ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ketoprofen USP | 0.1 grams | Actual: _150_____________ |
| L-Arginine USP | 0.072 grams | Actual: ____108___________ |
| Benzyl Alcohol | 0.02 ml | Actual: _______30_________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add Benzyl Alcohol to 60% of Sterile Water.
2. Add L-Arginine and mix well until ALL particles have completely dissolved.
3. Add Ketoprofen and mix well until ALL particles have completely dissolved.
4. Test PH and it should lie between 6.7 and 7.4. If necessary, adjust with Citric Acid... **DO NOT LET PH FALL BELOW 6.7.**
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Citric Acid

## 50ml AMBER Bottles


Pegasis 3189

# N-BUTYL ALCOHOL 21%

N-Butyl Alcohol 210mg/ml

Total amount to be made: _____2000______ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Butyl Alcohol A.C.S. (1-Butanol) | 0.21ml | Actual: _420__________ |
| Propylene Glycol USP | 0.25 ml | Actual: ____500_________ |
| Water for Sterile Injection | 1 ml | Actual: _______________ |

**Directions:**

1. Dissolve Butyl Alcohol in Propylene Glycol. Mix well.
2. Bring to volume with water.
3. Filter

## 100ml AMBER BOTTLES

# LIGHT EXPLOSION

Levothyroxine Sodium 300mcg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Levothyroxine Sodium USP (T4) Pentahydrate | 0.0003 grams | Actual: _________________ |
| Ethyl Alcohol USP (190 proof) | 0.075 ml | Actual: _________________ |
| Propylene Glycol USP | 0.4 ml | Actual: _________________ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Mix Levothyroxine in Ethyl Alcohol, THEN add water, THEN add Propylene Glycol.
2. Adjust PH between 10-10.5*.
3. Bring to volume with water.
4. Filter
5. REFRIGERATE

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 10ml AMBER BOTTLES

# MAGNESIUM SULFATE

Magnesium Sulfate 500mg/ml

Total amount to be made: _____5000______ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Magnesium Sulfate | 0.2 grams | Actual _1000_______________ |
| Benzyl Alcohol NF | 0.02 ml | Actual: _____100___________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Magnesium Sulfate in 95% of total volume of water, then add Benzyl Alcohol. (POUR IT SLOWLY RUDY)
2. Adjust PH to approximately 5.5-7*.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding **SULFURIC** Acid.

## 100ml AMBER BOTTLES


Pegasis 3192

# L-CARNOSINE

L-Carnosine 50mg/ml

Total amount to be made: ____5000_______ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Carnosine (L) USP | 0.05 grams | Actual: _250____________ |
| Benzyl Alcohol | 0.02 ml | Actual: ____100__________ |
| Sodium Chloride USP Granular | 0.0006 grams | Actual: ________3_______ |
| Water for Sterile Injection | 1 ml | Actual: _________________ |

**Directions:**

1. Mix Benzyl Alcohol in 90% of water.
2. Mix in L-Carnosine, then mix in Sodium Chloride.
3. Adjust PH between 5-6*.
4. Bring to volume with water.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

**100ml AMBER BOTTLES**


Pegasis 3193

MUSCLE BUFFER

PER 50 BOTTLES 50ML

CARNOSINE 2GM------ 250

BENZYL .14ML------- 17.5

CARNITINE 2GM------ 250

BETA ALANINE 6GM------ 750

**50 ml Amber**


Pegasis 3194

# METHOCARBOMOL 100MG/ML

Total amount to be made: ____2500______ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Methocarbomol USP | 0.1 grams | Actual: _250_______________ |
| Base C (Polyethylene Glycol "300MW, NF Liquid) | 0.5 grams | Actual: ____1250_________ |
| Water for Sterile Injection | 1 ml | Actual: __________________ |

**Directions:**

1. **Heat Base C to 150C.**
2. Dissolve Methocarbomol in Base C then add sufficient sterile volume to water and mix well.
3. AUTOCLAVE sterilize at 121C for 30 minutes at 15psi.

## 100ml AMBER Bottles

# MSM

Dimethyl Sulfone 200mg/ml

Total amount to be made: _____3000__________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Dimethyl Sulfone | 0.2 grams | Actual: _______600_________ |
| Benzyl Alcohol NF | 0.02 ml | Actual: ____60___________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Dimethyl Sulfone and Benzyl Alcohol in 90% total volume of water.
2. Bring to total volume with water.
3. Filter

## 100ml AMBER Bottles



Pegasis 3196

# MISOPROSTOL POWDER

Misoprostol Powder 1.4mg/5 cc scoop

Total amount to be made: **30 SCOOPS**
Calculations made for **30 SCOOPS**

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | |
|---|---|
| Misoprostol 1% (HPMC Dispersion) | 4.2 grams |
| Apple Flavor Powder | 0.09 grams |
| Stevia Powder Extract | 0.09 grams |
| Lactose Monohydrate NF (Spray-Dried) | 145 grams |

**Directions:**

1. Mix powders.
2. Package in **8 OUNCE CONTAINER WITH 5CC SCOOP**.


Pegasis 3197

# NEWCELLS

Total amount to be made: _____2500__________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Dexpanthenol USP (B5) | 0.02 grams | Actual: ______---_______ |
| Niacinimide USP (B3) | 0.1 grams | Actual: _250_______________ |
| Pyridoxine Hydrochloride USP (B6) | 0.005 grams | Actual: ____12.5_____________ |
| Riboflavin-5-Phosphate Sodium (B2) | 0.002 grams | Actual: ________5________ |
| Thiamine Hydrochloride USP (B1) | 0.075 grams | Actual: ________187.5____ |
| Copper Gluconate USP | 0.0002 grams | Actual: __.5______________ |
| Cobalt Chloride | 0.0007 grams | Actual: __1.75____________ |
| Cyanocobalamin USP (B12) | 0.0001 grams | Actual: ______.25__________ |
| Chlorobutanol | 0.005 grams | Actual: ______----__________ |
| Benzyl Alcohol NF | 0.02 ml | Actual: ________50________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine components in given order in 80% of total volume of water.
2. Adjust PH to approximately 4.5 – 5.0.
3. Bring to volume with water.
4. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.


Pegasis 3198

# NO PAIN EXPLOSION

ISOLEUCINE/PHENYLALANINE/AMMONIUM SULFATE 10mg– 7.6mg- 40mg/ml

Total amount to be made: ______1000_________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Isoleucine USP (L) | 0.001 grams | Actual: ___1_____________ |
| Phenylalanine (D) | 0.0076 grams | Actual: ____7.6_____________ |
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: _______40_________ |
| Benzyl Alcohol | 0.01 ml | Actual: _________10_______ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine the components in the order listed above in 75% of total volume of water.
2. Mix until FULLY DISSOLVED.
3. Add water to final volume.
4. Filter.

## 10ml AMBER Bottles


Pegasis 3199

# NO TY-UP

AMP/ATP/Dextrose/Niacinimide/Magnesium Asparate/Potassium Asparate/Sodium Selenite/B12/Lysine/Arginine/DADA

Total amount to be made: _____5000______ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Adenosine-5-Triphosphoric Disodium | 0.002 grams | Actual: _10_______________ |
| Dextrose USP Anhydrous | 0.1 grams | Actual: ___500_____________ |
| Niacinimide USP | 0.02 grams | Actual: ______100__________ |
| Potassium Magnesium Asparate | 0.02 grams | Actual: _________100_______ |
| Cyanocobalamin USP | 0.001 grams | Actual: ____________5___ |
| Lysine Hydrochloride USP | 0..05 grams | Actual: _____________250___ |
| Arginine (L) Hydrochloride USP | 0.1 grams | Actual: __500______________ |
| Diisopropylamine Dichloracetate (DADA) | 0.1 grams | Actual: _____500___________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: ________50________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add Sodium Hydroxide to 50% of total volume of water and bring PH up to 10.0- 11.0.
2. Add Adenosine-5-Monophosphate.
3. Add all other components.
4. Bring to volume with water.
5. Adjust PH to approximately 5.0 – 6.0.
6. Filter

*Raise PH level by adding Sodium Hydroxide.
Lower PH level by adding Hydrochloric Acid.

## 100ml AMBER Bottles


Pegasis3200

# PANGAMIC ACID

Total amount to be made: _____2500__________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Diisopropylamine Dichloracetate | 0.25 grams | Actual: __625_______________ |
| Benzyl Alcohol NF | 0.01 ml | Actual: _____25____________ |
| Water for Sterile Injection | 1 ml | Actual: _______-----_________ |

**Directions:**

1. Add Diisopropylamine Dichloracetate to 95% of total volume of water and mix until dissolved.
2. Add Benzyl Alcohol
3. Adjust PH between 6.0 – 7.0.
4. Bring to volume with water.
5. Filter

*Raise PH level by adding Sodium Hydroxide
Lower PH level by adding Hydrochloric Acid

## 50ml AMBER Bottles

# NO PAIN

ISOLEUCINE/PHENYLALANINE 10mg– 7.6mg/ml

Total amount to be made: ______5000_____ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Isoleucine USP (L) | 0.01 grams | Actual: __50______________ |
| Phenylalanine (D) | 0.0076 grams | Actual: ____38____________ |
| Benzyl Alcohol | 0.01 ml | Actual: ______50__________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine the components in the order listed above in 90% of total volume of water.
2. Mix until FULLY DISSOLVED.
3. Add water to final volume.
4. Filter.

## 100ml AMBER Bottles


Pegasis 3202

# Ozfoz Explosion

Clodronate Disodium Tetrahydrate 50mg/ml

Total amount to be made: _______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Clodronate Disodium Tetrahydrate | 0.05 grams | Actual: ________________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Dissolve Clodronate Disodium Tetrahydrate in 90% of total volume of water.
2. Bring to volume with water.
3. Filter

## 15ml CLEAR Bottles

# OSTARINE ORAL SOLUTION

**NUMBER OF BOTTLES** to be made: ______________

Calculations made for **20** **100ml Bottles (Label will say 90ml)**

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ethyl Alcohol | 300 ml | Actual: _______________ |
| Ostarine | 100 grams | Actual: _______________ |
| Propylene Glycol | 180 ml | Actual: _______________ |
| Glycerine | 90 ml | Actual: _______________ |
| Liquid Apple Flavor | 60 ml | Actual: _______________ |
| Simple Syrup | 1270ml | Actual: _______________ |

**Directions:**

1. Pour in Ethyl Alcohol and mix in Ostarine and mix for **18-24 hours**.
2. Add Propylene Glycol and mix until CLEAR.
3. Mix in all other components.
4. PUMP 100ml into each container.

**100 ml CLEAR PLASTIC Oral Bottles, Plastic Stopper, Cap and 5ml Dose Syringe goes with order.**


Pegasis 3204

# OZONE

35% Hydrogen Peroxide 25%

Total amount to be made: ______5000_____ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Hydrogen Peroxide 35% Food Grade | 0.25 ml | Actual: _1250__________ |
| Water for Sterile Injection | 0.75 ml | Actual: ________________ |

**Directions:**

1. Mix Hydrogen Peroxide and Water
2. Filter

## 100ml AMBER BOTTLES

# P-BLOCK – AMMONIUM SULFATE

Ammonium Sulfate 40mg/ml

Total amount to be made: ______5000_________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: ___200_____________ |
| Benzyl Alcohol | 0.007 ml | Actual: ______35__________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Add Benzyl Alcohol to 80% of total volume of water.
2. Add Ammonium Sulfate to Step #1.
3. Bring to volume with water.
4. Filter

## 100ml AMBER Bottles


Pegasis 3206

# NO PAIN EXPLOSION – PURPLE PAIN

ISOLEUCINE/PHENYLALANINE/AMMONIUM SULFATE 10mg– 7.6mg- 40mg/ml

Total amount to be made: ______________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Isoleucine USP (L) | 0.001 grams | Actual: _______________ |
| Phenylalanine (D) | 0.0076 grams | Actual: _______________ |
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: _______________ |
| Benzyl Alcohol | 0.01 ml | Actual: _______________ |
| Water for Sterile Injection | 1 ml | Actual: _______________ |

**Directions:**

1. Combine the components in the order listed above in 75% of total volume of water.
2. Mix until FULLY DISSOLVED.
3. Add water to final volume.
4. Filter.

## 10ml AMBER Bottles


Pegasis 3207

# NO PAIN EXPLOSION – PURPLE PAIN – NUMB IT

ISOLEUCINE/PHENYLALANINE/AMMONIUM SULFATE 10mg– 7.6mg- 40mg/ml

Total amount to be made: ______1000_________ml
Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Isoleucine USP (L) | 0.001 grams | Actual: ___1_____________ |
| Phenylalanine (D) | 0.0076 grams | Actual: ____7.6____________ |
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: _______40_________ |
| Benzyl Alcohol | 0.01 ml | Actual: _________10______ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine the components in the order listed above in 75% of total volume of water.
2. Mix until FULLY DISSOLVED.
3. Add water to final volume.
4. Filter.

## 10ml AMBER Bottles

# NO PAIN PRO– PAIN STOPPER PRO – MITOCHONDRIAL –

ISOLEUCINE/PHENYLALANINE/L-CARNITINE 10mg– 7.6mg- 200mg/ml

Total amount to be made: _____5000__________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Isoleucine USP (L) | 0.001 grams | Actual: _5_______________ |
| Phenylalanine (D) | 0.0076 grams | Actual: __38_______________ |
| Acetyl-L-Carnitine | 0.2 grams | Actual: ___1000_____________ |
| Benzyl Alcohol | 0.01 ml | Actual: _______50_________ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine the components in the order listed above in 75% of total volume of water.
2. Mix until FULLY DISSOLVED.
3. Add water to final volume.
4. Filter.

## 100ml AMBER Bottles

# NO PAIN EXPLOSION – PURPLE PAIN – NUMB IT

ISOLEUCINE/PHENYLALANINE/AMMONIUM SULFATE 10mg– 7.6mg- 40mg/ml

Total amount to be made: ______1000_________ml

Calculations made for **1 ml**: Multiply all ingredients by number of ml's to be made.

- **Be sure to read Directions BEFORE starting.**

**Ingredients:**

| | | |
|---|---|---|
| Isoleucine USP (L) | 0.001 grams | Actual: ___1_____________ |
| Phenylalanine (D) | 0.0076 grams | Actual: ____7.6____________ |
| Ammonium Sulfate FCC Granular | 0.04 grams | Actual: _______40_________ |
| Benzyl Alcohol | 0.01 ml | Actual: _________10_______ |
| Water for Sterile Injection | 1 ml | Actual: ________________ |

**Directions:**

1. Combine the components in the order listed above in 75% of total volume of water.
2. Mix until FULLY DISSOLVED.
3. Add water to final volume.
4. Filter.

## 10ml AMBER Bottles


Pegasis 3210