

William J. Harrington
+1 212 459 7140
WHarrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

September 28, 2022

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Scott Mangini, 20 Cr. 162 (JPO)

Dear Judge Oetken:

I represent Scott Mangini in the above referenced matter. I write to request that the Court order Pretrial Services to release Mr. Mangini's passport and mail it to Mr. Mangini at his address in Boca Raton, Florida. I can provide the pretrial officer with the full address as needed.  Mr. Mangini was sentenced by Your Honor in September 2021 and he subsequently surrendered to the Bureau of Prisons as directed.

AUSA Sarah Mortazavi indicated to me on September 15, 2022 that the Government has no objection to this request.

Respectfully submitted,

/s/ William J. Harrington

William J. Harrington

CC by ECF:   AUSA Sarah Mortazavi

> Granted.
> Pretrial Services is hereby directed to release custody of Mr. Mangini's passport and return it to him or his designated representative.
>  So ordered.
>  9/28/2022

_____
J. PAUL OETKEN
United States District Judge